# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; FIDELIS ABAEKOBE; WILLIAM AGUILAR; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; KEITH FERGUSON; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; JOSEPH LUNA; JUAN CARLOS MEJIA; VICENTE MENDEZ; JUDE MUOJEKWU; ELIAS PALMA; ALVIN PASCASCIO; ISRAEL PONCE; JOSE ENRIQUE GONZALEZ PORTILLO; JULIO ROBERTO ROSALES; ISRAEL SANCHEZ; RAFAEL ZAYAS; EDWARD AVALOS; FRANCISCO HERNANDEZ; MARIO HERNANDEZ; GUSTAVO TARIN; MIGUEL MOJARRO; and MANUEL GUZMAN,<br><br>   Plaintiffs,<br><br>  v.<br><br>CEVA FREIGHT, LLC, a Delaware Company; and DOES 1-10, inclusive;<br><br>   Defendants. | CASE NO. 2:23-cv-00659- ODW (Ex)<br><br>**ORDER DISMISSING PLAINTIFFS JOSEPH LUNA AND JUAN CARLOS MEJIA**<br><br>Fourth Amended Complaint Filed: August 2, 2023<br>Discovery Cut-Off: May 6, 2024<br>Motion Cut-Off: June 24, 2024<br>Trial Date: Sept. 3, 2024 |

**[PROP] ORDER DISMISSING PLAINTIFFS JOSEPH LUNA AND JUAN CARLOS MEJIA/Case No. 2:23-cv-00659 ODW (Ex)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have stipulated to the dismissal of Plaintiff Joseph Luna and Plaintiff Juan Carlos Mejia. Based on the Stipulation, filed September 28, 2023, (ECF No. 46), it is HEREBY ORDERED that:

1. Plaintiff Joseph Luna is dismissed from this case without prejudice;
2. Plaintiff Juan Carlos Mejia is dismissed from this case without prejudice; and
3. The Parties will bear their own costs and fees as to the dismissed Party and claims.

DATED: October 2, 2023

By: _____
Honorable Otis D. Wright II
United States District Judge