UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CEVA FREIGHT, LLC, et al.<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00659 ODW (Ex)<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __12/13/23_____    ____/S/ CHARLES F. EICK_____
　　　　　　　　　　　　　　　　HONORABLE CHARLES F. EICK
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

1

ORDER GRANTING STIPULATED PROTECTIVE ORDER

CASE NO. 2:23-cv-00659 ODW (Ex)