O

# United States District Court
# Central District of California

| | |
|---|---|
| ROOSEVELT ESPINOSA et al., <br><br>     Plaintiffs, <br> v. <br>CEVA Freight, LLC et al., <br><br>     Defendants. | Case No. 2:23-CV-00659 ODW (Ex) <br><br>**ORDER GRANTING JOINT APPLICATION TO ADJUST TRIAL AND PRE-TRIAL DATES** |

Based on the stipulations and joint request set forth in the parties' Joint Application to Adjust Trial and Pre-trial Dates, there is good cause to amend the pre-trial and trial dates set forth in the Court's scheduling order. (ECF No. 32.) Accordingly, the request is **GRANTED**. All dates previous set are hereby vacated and the following modified dates are hereby adopted as the new pre-trial and trial schedule.

A. Percipient/Fact Discovery Cut-Off – October 1, 2024

B. Expert Discovery Cutoff – October 21, 2024

C. Deadline for Hearings Motions – November 12, 2024

D. Deadline to File Pretrial Materials – December 31, 2024

E. Deadline to File Motions in Limine – January 3, 2025

F. Oppositions to Motions in Limine – January 10, 2025

G. Final Pretrial Conference – January 8, 2025 at 1:30 p.m.

H. Hearing on Motions in Limine – January 22, 2025 at 1:30 p.m.

I. Deadline to file Final Trial Exh. Stip – January 23, 2025

J. Jury Trial – January 28, 2025 at 9:00 a.m.

**IT IS SO ORDERED.**

December 13, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**