1  Aaron Kaufmann, SBN 148580
2  akaufmann@kgworklaw.com
   Elizabeth Gropman, SBN 294156
3  egropman@kgworklaw.com
4  KAUFMANN & GROPMAN, LLP
   1939 Harrison Street, Suite 620
5  Oakland, CA 94612
6  Telephone: (510) 817-4380

7  *(Additional Counsel on Next Page)*

8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; ISRAEL PONCE; RAFAEL ZAYAS; and MANUEL GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CEVA FREIGHT, LLC., a Delaware Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-00659 ODW (Ex)<br><br>[Assigned to the Honorable Otis D. Wright II – Courtroom 5D]<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS ROOSEVELT ESPINOSA'S, JOSE FERNANDEZ'S AND MANUEL GUZMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint filed: January 27, 2023<br>Trial Date: October 14, 2025<br>Hearing Date: July 14, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom of the Hon. Otis D. Wright |

James M. Finberg, SBN 114850
jfinberg@altshulerberzon.com
Eve H. Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Amanda C. Lynch, SBN 318022
alynch@altshulerberzon.com
Jonah Lalas, SBN 286755
jlalas@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cornelia Ho-Chin Dai, SBN 207435
cdai@hadsellstormer.com
Sarah Cayer, SBN 334166
scayer@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs request that the Court take judicial notice that CEVA Logistics, Inc. ("CEVA") (1) made the statements in CEVA's 2012 SEC Form F-1, Registration Statement, filed with the SEC on May 4, 2012 (attached as **Appendix A**); and (2) submitted the Affidavit of Zerius Brittain, dated February 21, 2023, filed as Document 236-1 on March 2, 2023 in support of Defendant CEVA Logistics U.S., Inc.'s Motion for Summary Judgment in *Estate of Robert P. Gutierrez, Plaintiff v. Unitrans, L.L.C.*, U.S. District Court of New Mexico, Case No. 1:21-CV-00073-KWR-SCY (attached as **Appendix B**).

It is well-established that courts may take judicial notice of SEC filings. *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *see also*, *e.g.*, *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n. 7 (9th Cir. 2008) (SEC filings are subject to judicial notice).

Under Fed. R. Evid. 201(b)(2), Courts can take judicial notice of court filings.

DATED:  Respectfully submitted,

KAUFMANN & GROPMAN LLP

By: /s/ Aaron Kaufmann
    AARON KAUFMANN
    ELIZABETH GROPMAN
    Kaufmann & Gropman, LLP

    JAMES M. FINBERG
    EVE H. CERVANTEZ
    AMANDA C. LYNCH
    JONAH LALAS
    Altshuler Berzon LLP

    CORNELIA HO-CHIN DAI
    SARAH CAYER
    Hadsell Stormer Renick & Dai LLP
    Attorneys for Plaintiffs