Aaron Kaufmann, SBN 148580
akaufmann@kgworklaw.com
Elizabeth Gropman, SBN 294156
egropman@kgworklaw.com
KAUFMANN & GROPMAN, LLP
1939 Harrison Street, Suite 620
Oakland, CA 94612
Telephone: (510) 817-4380

*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; ISRAEL PONCE; RAFAEL ZAYAS; and MANUEL GUZMAN,<br><br>        Plaintiffs,<br><br>      v.<br><br>CEVA FREIGHT, LLC., a Delaware Company; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:23-CV-00659 ODW (Ex)<br><br>[Assigned to the Honorable Otis D. Wright II – Courtroom 5D]<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [FRCP 56]**<br><br>**Date:** July 14, 2025<br>**Time:** 1:30 pm<br>**Before:** Hon. Otis D. Wright, II<br>**Final PTC:** Sep. 22, 2025<br>**Trial Date:** Oct. 14, 2025 |

James M. Finberg, SBN 114850
jfinberg@altshulerberzon.com
Eve H. Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Amanda C. Lynch, SBN 318022
alynch@altshulerberzon.com
Jonah Lalas, SBN 286755
jlalas@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cornelia Ho-Chin Dai, SBN 207435
cdai@hadsellstormer.com
Sarah Cayer, SBN 334166
scayer@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs submitting the following undisputed facts in support of their motion for partial summary judgment for the Bellwether Plaintiffs Roosevelt Espinosa, Jose Fernandez and Manuel Guzman and against Defendant CEVA Freight, LLC on Defendant's Second and Third Affirmative Defenses as to Plaintiffs' California law claims (1-5, 7-9, and 11) and Los Angeles law claim (10).

| No. | Fact | Supporting Evidence |
|-----|------|---------------------|
| 1. | Defendant CEVA Freight, LLC (hereafter "CEVA" and/or "Defendant") is a subsidiary of CEVA Logistics. | Declaration of Aaron Kaufmann ISO Plaintiffs' Motion for Summary Judgment, ("Kaufmann Decl."), Exh. 28,[1] CEVA Logistics, Inc.'s 2012 SEC Form F-1, pp. 37-38. This document is also attached to the accompanying Request for Judicial Notice, Appx. A. |

---

[1] Unless otherwise noted, all exhibits cited herein are to the Kaufmann Declaration.

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| | 2. | CEVA Logistics stated in its February 5, 2025 press release: "CEVA Logistics is a world leader in third-party logistics, and provides global supply chain solutions to connect people, products and providers all around the world. Headquartered in Marseille, France, CEVA Logistics offers a broad range of end-to-end, customized solutions in contract logistics and air, ocean, ground and finished vehicle transport in 170 countries worldwide thanks to its approximately 110,000 employees at approximately 1,500 facilities." | Exh. 25, CEVA Press Release, "CEVA Logistics Boosts Low Carbon Fleet with 23 Electric Trucks in Europe". |
| --- | --- | --- | --- |
| | 3. | Defendant CEVA transports freight by ground, air, ship, and train, and provides warehousing, pick-up/delivery, and freight management services. | Exh. 1, Deposition of Manuel Ramirez ("CEVA Depo.") 26:7-12, 62:11-15, 63:1-15.<br><br>*See also* Exh. 27, *Estate of Robert Guitterez v.Uni Trans, LLC,* D. N.M.  Case No. I :2 I -CV-00073 - KWR-SCY, Brittain Affidavit, ¶ 6. This document is attached to the Request for Judicial Notice, Appx. B. |
| | 4. | Defendant CEVA holds several freight transportation authorizations from the federal Department of Transportation. | Exh. 1, CEVA Depo. 93:22-94:1, 94:20-95:12. |

| | 5. | In describing its "mission" on its website, CEVA Logistics stated that it is a "top 5 player in third-party logistics by consistently delivering exceptional end-to-end supply chain solutions in contract logistics, customs, project logistics, FVL and air, ground, and ocean freight that answer even their most complex needs." | Exh. 22, CEVA Logistics Website, "Our Vision and Mission." |
|---|---|---|---|
| | 6. | CEVA Logistics stated on its website: "Our expansive network, strategic transportation hubs, and strong carrier partnerships enable our teams of experts throughout Canada, the United States, and Mexico to offer a complete suite of services that are specifically tailored and designed to meet your business needs." | Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." |

| | | |
|---|---|---|
| 7. | CEVA Logistics' website listed services it provides, including: "Pick-up and delivery services;" "Part-load services;" "Transportation Brokerage/Intermodal" using its "own equipment and external capacity;" "Dedicated transportation solutions" that includes "Milk-run collection and delivery"; and "Premium Services," which include "white glove home delivery" and "high value and sensitive cargo transportation." | Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 8. | CEVA Logistics stated on its website that it has "[s]pecial capabilities" to provide transportation services including "+1,000 trained and uniformed drivers and a fleet of air-ride trailers" and that it utilizes its "[o]wn trucks or third party vehicles adapted to each commodity and compliant to regulation standards." | Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." |

| | | |
|---|---|---|
| 9. | CEVA Logistics stated on its website: "**Our vast ground network and strategic hubs:** provide reliable and efficient delivery services to our customers. **Seamless connection to major U.S. airports** with domestic air freight services." | Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 10. | CEVA Logistics' website provided details of CEVA's ground transportation services, including that it has "**stable capacities** (trucks & trailers) and **dedicated resources** (own drivers, Independent Contractor partners)." | Exh. 23, CEVA Logistics Website, "Customized Transport Solutions." |
| 11. | In California, CEVA provides its customers with the transportation services using three categories of drivers: (1) drivers who sign up through Cargomatic and are classified as "independent contractors" in Cargomatic's form agreements ("Drivers"); (2) drivers who are under direct contract with CEVA and CEVA classifies as "independent contractors" ("Direct Contract Drivers"); and (3) drivers who CEVA hires directly and acknowledges them to be its employees ("Company Drivers"). | Exh. 1, CEVA Depo. 15:24-16:5; 28:4-30:18, 93:1-7, 102:10-24, 103:8-12. |

| 12. | Cargomatic, Inc. is a third-party company with whom CEVA partners to manage freight movements. | Exh. 2, Deposition of Matthew Hogan ("Cargomatic Depo.") 48:21-50:12, 63:20-64:6.<br><br>Exh. 1, CEVA Depo. 144:21-146:10, 145, 186:1-7, 238:21-239:3, 239:16-240:19, 241:10-14.<br><br>Exh. 6, Cargomatic/CEVA Transportation Service Agreement ("TSA"), Oct. 25, 2016). |
|-----|-----|-----|
| 13. | CEVA directly employs approximately 16 Company Drivers in California. | Exh. 1, CEVA Depo. 111:13-20. |
| 14. | The pickup and delivery operations are part of CEVA's ground division. | Exh. 1, CEVA Depo. 25:25-26:12, 58:22-59:15, 62:11-15. |
| 15. | CEVA's ground division provides freight transportation services throughout the United States. | Exh. 1, CEVA Depo. 25:25-26:12, 62:11-15.<br><br>Exh. 21, CEVA Logistics Website, "Ground Transport Network Services."<br><br>Exh. 23, CEVA Logistics Website, "Customized Transport Solutions."<br><br>Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 16. | CEVA provides local pickup and delivery services in California using "straight" or "box" trucks, tractor-trailers, and cargo vans. | Exh. 1, CEVA Depo. 25:23-26:2, 28:4-29:8, 30:4-24. |

| 17. | During the potential liability period – January 27, 2019 through the present – each of the Bellwether Plaintiffs – Roosevelt Espinosa, Jose Fernandez, and Manuel Guzman – operated their own vehicles to pick-up and deliver freight for CEVA and its customers. | Exh. 1, CEVA Depo. 15:7-15.<br><br>Declaration of Roosevelt Espinosa ISO of Plaintiffs' Motion for Partial Summary Judgment ("Espinosa Decl."), ¶ 8.<br><br>Declaration of Jose Fernandez ISO of Plaintiffs' Motion for Partial Summary Judgment ("Fernandez Decl."), ¶ 8.<br><br>Declaration of Manuel Guzman ISO of Plaintiffs' Motion for Partial Summary Judgment ("Guzman Decl."), ¶ 7. |
|-----|------|------|
| 18. | Up until 2016 or 2017, each of the Bellwether Plaintiffs were Direct Contract Drivers, who signed written contracts with CEVA and were paid directly by CEVA. | Exh. 1, CEVA Depo. 48:20-49:3.<br><br>Exh. 2, Cargomatic Depo. 19:3-15.<br><br>Exh. 3, Deposition of Roosevelt Espinosa ("Espinosa Depo.") 70:12-71:7.<br><br>Exh. 4, Deposition of Jose Fernandez ("Fernandez Depo.") 41:2-10, 60:24-61:3.<br><br>Exh. 5, Deposition of Manuel Guzman ("Guzman Depo.") 35:12-13, 43:10-45:6.<br><br>Espinosa Decl. ¶ 2.<br><br>Fernandez Decl. ¶ 2.<br><br>Guzman Decl. ¶ 2. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 19. | Prior to entering a contract with Cargomatic in or about late 2016, CEVA directly contracted with approximately 70 drivers, including the Bellwether Plaintiffs, that it considered to be independent contractors. | Exh. 1, CEVA Depo. 17:10-18:10, 48:20-49:3, 227:3-19.<br><br>Espinosa Decl. ¶ 2.<br><br>Fernandez Decl. ¶ 2.<br><br>Guzman Decl. ¶ 2. |
|---|---|---|
| 20. | In or about late 2016 or early 2017, CEVA terminated the contracts it had with the Bellwether Plaintiffs and those of others carrying freight for CEVA in California. | Exh. 1, CEVA Depo. 227:3-228:7.<br><br>Espinosa Decl. ¶ 3.<br><br>Fernandez Decl. ¶ 3.<br><br>Guzman Decl. ¶ 3. |
| 21. | After CEVA terminated the contracts signed by the Bellwether Plaintiffs in 2016 or 2017, the Bellwether Plaintiffs and other drivers who had been Direct Contract drivers with CEVA continued transporting CEVA freight as Drivers under contracts with Cargomatic. | Exh. 1, CEVA Depo. 17:12-18:10.<br><br>Exh. 2, Cargomatic Depo. 19:3-15; 21:10-22:8.<br><br>Exh. 3, Espinosa Depo. 77:4-7, 89:12-15, 90:23-91:24, 93:23-94:4, 95:3-5.<br><br>Exh. 4, Fernandez Depo. 61:4-62:11, 63:8-11, 65:20-66:2, 71:3-7, 71:16-18, 83:20-84:1.<br><br>Exh. 5, Guzman Depo. 53:20-24, 62:15-25.<br><br>Exh. 8, Cargomatic Terms of Service.<br><br>Espinosa Decl. ¶ 4.<br><br>Fernandez Decl. ¶ 4.<br><br>Guzman Decl. ¶ 4. |
| 22. | Plaintiff Espinosa stopped transporting CEVA freight in approximately June 2023. | Exh. 3, Espinosa Depo. 62:16-20.<br><br>Espinosa Decl. ¶ 5. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 23. | Plaintiff Fernandez stopped transporting CEVA freight in approximately January 2023. | Exh. 4, Fernandez Depo. 81:10-15.<br><br>Fernandez Decl. ¶ 5. |
|---|---|---|
| 24. | Plaintiff Guzman stopped transporting CEVA freight in approximately October 2023. | Exh. 5, Guzman Depo. 26:2-5, 26:14-16<br><br>Guzman's Decl. ¶16. |
| 25. | Plaintiff Espinosa typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 3, Espinosa Depo. 146:8-19, 199:1-200:8, 210:19-212:10, 212:17-22, 234:15-235:5, 237:24-238:22.<br><br>Espinosa Decl. ¶ 11. |
| 26. | Plaintiff Fernandez typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 4, Fernandez Depo. 176:14-178:25.<br><br>Fernandez Decl. ¶ 11. |
| 27. | Plaintiff Guzman typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 5, Guzman Depo. 134:13-16, 136:12-13, 143:23-144:1, 144:8-15, 146:9-14.<br><br>Guzman Decl. ¶ 11. |
| 28. | CEVA operates five ground operation warehouse facilities in California, located near airports at Ontario (Bloomington), Sacramento, San Diego, San Francisco, and Los Angeles (Torrance). | Exh. 1, CEVA Depo. 26:13-23, 27:7-19. |
| 29. | CEVA's Southern California ground operations include picking up and delivering freight to business and residential customers and shuttling freight to and from airports. | Exh. 1, CEVA Depo. 25:5-26:3, 64:21-65:13, 75:7-76:20. |

| 30. | CEVA's Southern California ground operations handle "high value" movements, which involve extra security arrangements. | Exh. 1, CEVA Depo. 45:15-48:19. |
|---|---|---|
| 31. | CEVA's Southern California ground operations include performing "white glove" deliveries, where items are unpacked, installed, and packing materials removed from the delivery site. | Exh. 1, CEVA Depo. 44:14-45:14, 50:2-7, 127:6-14. |
| 32. | CEVA's Southern California ground operations include transporting empty and filled pallets and trailers to and from business customers. | Exh. 1, CEVA Depo. 76:21-77:23. |
| 33. | CEVA's Southern California ground operations provide "picking and packing" services or orders, where CEVA stores items for its business customers at its facilities and then fills orders from the items on hand. | Exh. 1, CEVA Depo. 63:10-15, 65:1-13. |
| 34. | Drivers also move freight from the airport to a CEVA transportation hub in Fontana, California, where the freight is then transferred to out-of-state and international destinations. | Exh. 1, CEVA Depo. 56:5-7, 68:8-70:7. |

| 35. | The Bellwether Plaintiffs worked out of CEVA's facilities in or around Torrance and Bloomington. | Exh. 3, Espinosa Depo. 78:11-17, 199:11-24, 200:1-4, 234:20-235:1.<br><br>Exh. 4, Fernandez Depo. 176:19-177:2.<br><br>Exh. 5, Guzman Depo. 145:17-19, 146:1-8, 147:3-11.<br><br>Espinosa Decl. ¶ 7.<br><br>Fernandez Decl. ¶ 7.<br><br>Guzman Decl. ¶ 6. |
|---|---|---|
| 36. | Between CEVA's facilities in Torrance and Bloomington, there are approximately 65 Drivers, 5 Company Drivers, and 4 Direct Contract Drivers. | Exh. 1, CEVA Depo. 28:4-16, 29:12-25, 30:12-18, 103:8-12.<br><br>Exh. 2, Cargomatic Depo. 24:5-9. |
| 37. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform pickup and delivery assignments. | Exh. 1, CEVA Depo. 28:4-30:18, 103:8-12.<br><br>Exh. 2, Cargomatic Depo. 24:5-9. |
| 38. | Bellwether Plaintiff Espinosa performed pickup and delivery assignments for CEVA and its customers. | Espinosa Decl. ¶ 8. |
| 39. | Bellwether Plaintiff Fernandez performed pickup and delivery assignments for CEVA and its customers during the liability period. | Fernandez Decl. ¶ 8. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 40. | Bellwether Plaintiff Guzman performed pickup and delivery assignments for CEVA and its customers during the liability period. | Guzman Decl. ¶ 7. |
| 41. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "white glove" delivery assignments. | Exh. 1, CEVA Depo. 43:2-15, 50:2-7, 127:6-14. |
| 42. | Bellwether Plaintiff Espinosa performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Espinosa Decl. ¶ 9. |
| 43. | Bellwether Plaintiff Fernandez performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Fernandez Decl. ¶ 9. |
| 44. | Bellwether Plaintiff Guzman performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Guzman Decl. ¶ 8. |
| 45. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "high value" delivery assignments. | Exh. 1, CEVA Depo. 43:2-15, 48:13-19. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 46. | Bellwether Plaintiff Espinosa performed "high value" delivery assignments for CEVA and its customers during the liability period. | Exh. 1, CEVA Depo. 49:13-50:1.<br><br>Espinosa Decl. ¶ 10. |
|---|---|---|
| 47. | Bellwether Plaintiff Fernandez performed "high value" delivery assignments for CEVA and its customers during the liability period. | Fernandez Decl. ¶ 10. |
| 48. | Bellwether Plaintiff Guzman performed "high value" delivery assignments for CEVA and its customers during the liability period. | Guzman Decl. ¶ 9. |
| 49. | CEVA provides some Drivers with trailers. | Exh. 1, CEVA Depo. 30:8-11, 30:22-24, 209:19-24. |
| 50. | CEVA provides some Drivers with padlocks to secure high-value freight. | Exh. 1, CEVA Depo. 126:12-17. |
| 51. | CEVA allows some Drivers in Southern California access to dollies and pallet jacks. | Exh. 1, CEVA Depo. 127:2-5. |
| 52. | CEVA provides Drivers in Southern California with trash cans to dispose of debris from pickups and deliveries. | Exh. 1, CEVA Depo. 175:24-177:2. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 53. | CEVA employs several layers of non-driver staff to serve its ground operations in the greater Los Angeles area, including operations managers, ground supervisors, warehouse supervisors, freight handlers, dispatchers, supply chains operation specialists, rating and billing clerks, and operations key account managers. | Exh. 1, CEVA 22:7-17, 24:3-16, 205:21-208:17, 261:7-18. |
| 54. | CEVA's ground operations staff includes approximately 25 employees in its Torrance facility and approximately 27 in its Bloomington facility. | Exh. 1, CEVA Depo. 204:6-205:20. |
| 55. | CEVA supply chain specialists schedule pickups and deliveries for CEVA customers and transmit the assignments for dispatching to drivers. | Exh. 1, CEVA Depo. 37:16-38:11, 40:2-6. |
| 56. | CEVA provides documentation for the assignments, including movement orders, bills of lading, and specific instructions about pickups and deliveries (e.g., white-glove deliveries, security for high value freight movements), which dispatchers relay to drivers. | Exh. 1, CEVA Depo. 51:25-52:4, 54:6-12, 112:1-15, 183:12-18. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 57. | CEVA distributes the freight movement assignments in Southern California to both Drivers (through Cargomatic) and Company Drivers, often documenting assignments to both groups of drivers on the same chart tracking freight movement assignments. | Exh. 1, CEVA Depo. 36:18-23, 39:13-15, 43:9-15, 290:3-22.<br><br>Exh. 19, Business Appointments Driver Assignment chart. |
|---|---|---|
| 58. | CEVA dispatchers in Southern California make assignments to the Company Drivers directly, while CEVA transmits assignments for Drivers to Cargomatic dispatchers to assign and relay any instructions. | Exh. 1, CEVA Depo. 43:9-15, 183:3-18. |
| 59. | Sometimes CEVA selects a specific Driver to perform an assignment in Southern California. | Exh. 1, CEVA Depo. 52:9-53:13, 276:5-20.<br><br>Exh. 17, CEVA emails re Amazon FC missed pickups. |
| 60. | In Southern California, CEVA does not typically differentiate what kinds of freight movements are assigned to the three categories of drivers—Drivers, Company Drivers, and Direct Contract Drivers; but rather most work is assigned based on availability, and the vehicle type needed. | Exh. 1, CEVA Depo. 32:3-33:6, 34:3-10, 39:1-7, 40:7-13, 50:2-10, 65:7-66:15, 71:8-25, 76:18-77:19, 288:22-291:22.<br><br>Exh. 19, Business Appointments Driver Assignment chart. |
| 61. | Drivers "service the same set of Ceva business clients on a regular basis." | Exh. 1, CEVA Depo. 53:7-13. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 62. | Cargomatic dispatchers work inside CEVA's Southern California facilities and are in daily contact with other CEVA staff. | Exh. 1, CEVA Depo. 53:20-24, 54:13-20, 55:9-20. |
|---|---|---|
| 63. | The Bellwether Plaintiffs regularly communicated directly with CEVA dispatchers and other staff regarding their assignments, such as when Cargomatic dispatchers were not available, to receive additional assignments while in the field, or if customer service issues arose. | Exh. 1, CEVA 23:3-8, 24:3-16.<br><br>Exh. 3, Espinosa Depo. 204:7-20, 218:19-222:24.<br><br>Exh. 4, Fernandez Depo. 166:1-3, 170:4-174:7.<br><br>Exh. 5, Guzman Depo. 148:1-150:24.<br><br>Espinosa Decl. ¶¶ 12, 15.<br><br>Fernandez Decl. ¶¶ 12, 15.<br><br>Guzman Decl. ¶ 15. |
| 64. | Inside CEVA's Torrance and Bloomington facilities, CEVA dock supervisors plan for the daily freight movement orders. | Exh. 1, CEVA Depo. 196:2-199:2. |
| 65. | Inside CEVA's Torrance and Bloomington facilities, CEVA freight handlers pull and stage the freight for the movement orders to be performed by the Drivers. | Espinosa Decl. ¶13.<br><br>Fernandez Decl. ¶14.<br><br>Guzman Decl. ¶13.<br><br>Exh. 4, Fernandez Depo. 165:12-16.<br><br>Exh. 5, Guzman Depo. 137:19-20. |
| 66. | Inside CEVA's Torrance and Bloomington facilities, CEVA staff or the customers load and unload the trailers pulled by the Drivers. | Exh. 1, CEVA Depo. 77:24-78:15. |

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659

| 67. | Inside CEVA's Torrance and Bloomington facilities, CEVA handlers also help the drivers load and unload freight on occasion. | Exh. 1, CEVA Depo. 77:24-78:15. |
|---|---|---|
| 68. | Inside CEVA's Torrance and Bloomington facilities, CEVA warehouse supervisors interact with Drivers daily. | Exh. 1, CEVA Depo. 35:25-36:5. |
| 69. | To leave the warehouse, the Bellwether Plaintiffs first gave CEVA staff paperwork documenting what freight was loaded on their vehicles. | Exh. 3, Espinosa Depo. 206:2-208:12.<br><br>Exh. 4, Fernandez Depo. 166:17-167:8, 168:13-20.<br><br>Espinosa Decl. ¶ 14.<br><br>Fernandez Decl. ¶ 14.<br><br>Guzman Decl. ¶ 14. |
| 70. | Cargomatic and CEVA entered a TSA in late 2016 and another one in early 2017, under which Cargomatic committed to providing CEVA with "motor carriers of property," who are the Drivers. | Exh. 1, CEVA Depo. 225:16-226:17, 227:3-7, 230:20-231:12.<br><br>Exh. 2, CARGOMATIC Depo. 63:22-64:6.<br><br>Exh. 6, TSA, Oct. 25, 2016, ¶ 2, CARGOMATIC_012144-45.<br><br>Exh. 16, TSA, Jan. 1, 2017, ¶ 2, CEVA_036902-03. |
| 71. | CEVA committed to and has generally tendered 90 percent of its shipments to Cargomatic. | Exh. 1, CEVA Depo. 234:9-235:7.<br><br>Exh. 16, TSA, Jan. 1, 2017, ¶ 5, CEVA_036903. |
| 72. | Cargomatic began supplying Drivers for CEVA transports in late 2016 or early 2017. | Exh. 2, Cargomatic Depo. 32:3-7. |

| 73. | Most of the Drivers moving CEVA freight in California had previously worked for CEVA as "owner operators" under direct contracts with CEVA. | Exh. 1, CEVA Depo. 227:13-228:2. |
|---|---|---|
| 74. | Drivers "pickup and deliver CEVA freight." | Exh. 2, Cargomatic Depo. 24:11-12. |
| 75. | Cargomatic provides a smartphone app that is used to assign CEVA freight movements to the Drivers. | Exh. 2, Cargomatic Depo. 34:14-35:17, 48:20-49:20.<br><br>Exh. 16, TSA, Jan. 1, 2017, ¶ 6.e, CEVA_036904. |
| 76. | Drivers use the Cargomatic app to document completion of shipments, including uploading completed shipment documents and taking photographs to document completion of the delivery, and that information is then shared with CEVA. | Exh. 2, Cargomatic Depo. 36:7-19, 38:7-39:1, 48:20-50:12, 83:17-87:9, 108:6-109:2, 203:1-22, 213:4-214:9.<br><br>Espinosa Decl. ¶ 4.<br><br>Fernandez Decl. ¶ 4.<br><br>Guzman Decl. ¶ 4.<br><br>Exh. 16, TSA, Jan. 1, 2017, ¶ 6.e, CEVA_036904, Appx. A-1, CEVA_036915. |
| 77. | The Cargomatic app has geolocation functions that can rack the Drivers' current locations; that information is shared with CEVA in near real time as possible. | Exh. 2, Cargomatic Depo. 34:18-35:17, 38:7-39:1, 48:20-50:12. |

| 78. | Both the Drivers and Company Drivers record their work on CEVA-provided forms, such as driver manifests and proofs of delivery. | Exh. 1, CEVA Depo. 90:16-91:10, 147:24-148:13, 150:6-12, 19-22, 166:12-167:2.<br><br>Exh. 2, Cargomatic Depo. 36:9-19, 37:7-16, 180:1-22.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044.<br><br>Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019, CARGOMATIC_000002. |
| --- | --- | --- |
| 79. | Drivers upload completed forms into the Cargomatic app and turn in hard copies to Cargomatic, which then deposits them with CEVA. | Exh. 1, CEVA Depo. 144:23-145:24, 146:23-147:18, 239:16-18.<br><br>Exh. 2, Cargomatic Depo. 203:1-22.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000041.<br><br>Espinosa Decl. ¶14.<br><br>Guzman Decl. ¶14. |
| 80. | For deliveries not requiring a receipt signature, CEVA has instructed Drivers to photograph the completion of the delivery and upload the photo into the Cargomatic app. | Exh. 1, CEVA Depo. 184:23-185:15, 186:1-7.<br><br>Exh. 2, Cargomatic Depo. 37:7-16, 101:5-13, 106:5-109:2.<br><br>Exh. 7, NSR Shipment Delivery Process. |
| 81. | With the work of the Drivers and others, CEVA moves 400 to 500 shipments a day out of its Bloomington and Torrance facilities. | Exh. 2, Cargomatic Depo. 119:14-121:10. |

| | | |
|---|---|---|
| 82. | As part of managing the CEVA/Cargomatic relationship, CEVA's Operations Manager in Southern California meets with Cargomatic's Operations Manager monthly and otherwise communicates a few times a week. | Exh. 1, CEVA Depo. 56:9-21. |
| 83. | Cargomatic has had a "CEVA Account Manager," and "CEVA Operations Managers" and other staff stationed inside CEVA's Torrance and Bloomington facilities to facilitate freight movements for CEVA and its customers. | Exh. 2, Cargomatic Depo. 57:22-58:10; 113:14-22, 119:14-121:10. |
| 84. | Cargomatic managers have regular business reviews with CEVA managers to ensure Drivers are "meeting CEVA's operational expectations and key performance indicators," including on time pickups and deliveries. | Exh. 1, CEVA Depo. 248:15-249:6.<br><br>Exh. 2, Cargomatic Depo. 34:5-8, 34:18-35:17, 37:17-38:6. |
| 85. | Many of the CEVA operational staff in CEVA's warehouses, including the Operations Manager, have daily interactions with Cargomatic dispatchers. | Exh. 1, CEVA Depo. 53:20-55:20. |

| 86. | Cargomatic submits regular reports to CEVA showing drivers' check-in and check-out times at CEVA's facilities, and unsuccessful delivery attempts. | Exh. 1, CEVA Depo. 292:2-293:12; 293:13-20.<br><br>Exh. 2, Cargomatic Depo. 231:22-234:20.<br><br>Exh. 14, Matrix attempts chart.<br><br>Exh. 15, Driver Check In/Out chart, Mar. 21, 2024.<br><br>Exh. 20, Driver Check In/Out chart, Mar. 14, 2024. |
| --- | --- | --- |
| 87. | CEVA customers can track their freight in transport, whether it is being moved by Drivers or Company Drivers. | Exh. 1, CEVA Depo. 88:10-25. |
| 88. | If a Driver cannot complete an assignment due to vehicle failure, Cargomatic informs CEVA and CEVA informs the customer. | Exh. 1, CEVA Depo. 212:10-16.<br><br>Exh. 14, Matrix attempts chart. |
| 89. | CEVA "has the customer relationship with the shipper." | Exh. 1, CEVA Depo. 242:24-243:1. |
| 90. | CEVA charges its customers a "tariff rate" for each freight movement performed by a Driver and then pays Cargomatic a percentage of the tariff. | Exh. 1, CEVA Depo. 243:7-13.<br><br>Exh. 2, Cargomatic Depo. 77:12-78:8. |
| 91. | CEVA invoices and collects payment from customers for all pickups and deliveries performed by Drivers and Company Drivers. | Exh. 1, CEVA Depo. 96:20-25, 97:7-16, 243:7-9. |

| 92. | The TSA prohibits Cargomatic and the Drivers from performing freight transportation services for any CEVA customers for an 18-month period after cessation of services. | Exh. 1, CEVA Depo. 244:19-245:7.<br><br>Exh. 16, TSA, Jan. 1, 2017, CEVA_36910, ¶21. |
|---|---|---|
| 93. | Cargomatic trains the Drivers on CEVA's service requirements and those of its customers. | Exh. 2, Cargomatic Depo. 158:19-162:23, 172:18-179:25, 182:21-183:4, 193:10-194:7.<br><br>Exh. 9, email forwarding Driver Customer Service training document.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044.<br><br>Exh. 11, Cargomatic Driver Training manual. |
| 94. | CEVA and Cargomatic have substantively the same driver training manuals, as Cargomatic based its manual on CEVA's. | Exh. 2, Cargomatic Depo. 192:20-193:6.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br><br>Exh. 11, Cargomatic Driver Training manual. |
| 95. | Both CEVA's and Cargomatic's manuals set expectations on customer services, completing pickups and deliveries on time, completing and turning in driver manifests and proofs of delivery, dress, and how to perform high-value deliveries. | Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br><br>Exh. 11, Cargomatic Driver Training manual. |

| 96. | Cargomatic tracks and reports to CEVA regarding Drivers' performance on metrics established by CEVA, including on-time delivery and pickup. | Exh. 2, Cargomatic Depo. 63:20-64:1, 85:6-88:14.<br><br>Exh. 6, TSA, Oct. 25, 2016), Appx. A-1, CARGOMATIC_12159-61.<br><br>Exh. 16, TSA, Jan. 1, 2017, Appx., A-1, CEVA_036915-17.<br><br>Exh. 18, emails re ONT Daily Shift Meetings. |
| 97. | Cargomatic ensures the Drivers meet "CEVA's key performance metrics and operational requirements." | Exh. 2, Cargomatic Depo. 31:1-19. |
| 98. | CEVA determines when the Drivers can pick up freight at the warehouse. | Exh. 2, Cargomatic Depo. 35:18-21.<br><br>Exh. 4, Fernandez Depo. 164:8-165:7. |
| 99. | CEVA and its customers determine the time windows for pickups and deliveries. | Exh. 2, Cargomatic Depo. 74:25-75:9. |
| 100. | CEVA requires the Drivers to return undeliverable freight to CEVA's facilities and tag the freight with a CEVA dock tag that documents why the delivery could not be completed. | Exh. 1, CEVA Depo. 174:16-19.<br><br>Exh. 13, CEVA LAX – Cargomatic Freight Return & Dock Protocol. |
| 101. | CEVA sets delivery instructions, rules and regulations for Drivers transporting CEVA freight, including delivery times with their customers, safety expectations, and freight handling and documentation requirements. | Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8, 111:14-112:9, 134:8-24, 142:6-8, 159:18-162:23, 178:11-183:24, 184:6-13, 195:23-197:12.<br><br>Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019. |

| 102. | Cargomatic communicates with Drivers to facilitate their compliance with CEVA's rules and regulations. | Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8, 111:14-112:9, 134:8-24, 159:18-162:23, 178:11-183:24, 195:23-197:12. |
|---|---|---|
| 103. | CEVA expects Cargomatic to take necessary steps to see to it that Drivers comply with CEVA's requirements. . | Exh. 1, CEVA Depo.124:19-125:7.<br><br>Exh. 2, Cargomatic Depo. 111:14-112:9. |
| 104. | CEVA has asked Cargomatic to no longer assign CEVA freight to Drivers who have had performance issues. | Exh. 1, CEVA Depo. 125:8-24.<br><br>Exh. 2, Cargomatic Depo. 205:8-206:3. |

DATED:  May 22, 2025                    Respectfully submitted,

KAUFMANN & GROPMAN LLP

ALTSHULER BERZON LLP

HADSELL STORMER RENICK & DAI LLP


By:  */s/ Aaron Kaufmann*
            AARON KAUFMANN

Attorneys for Plaintiffs

STATEMENT OF UNDISPUTED FACTS ISO OF PLTFS' MTN FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659