UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; ISRAEL PONCE; RAFAEL ZAYAS; and MANUEL GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CEVA FREIGHT, LLC., a Delaware Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-00659 ODW (Ex)<br><br>[Assigned to the Honorable Otis D. Wright II – Courtroom 5D]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ROOSEVELT ESPINOSA'S, JOSE FERNANDEZ'S AND MANUEL GUZMAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint filed:   January 27, 2023<br>Trial Date:          January 28, 2025<br>Hearing Date:    July 14, 2025<br>Hearing Time:   1:30 p.m.<br>Courtroom of the Hon. Otis D. Wright |

James M. Finberg, SBN 114850
jfinberg@altshulerberzon.com
Eve H. Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Amanda C. Lynch, SBN 318022
alynch@altshulerberzon.com
Jonah Lalas, SBN 286755
jlalas@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cornelia Ho-Chin Dai, SBN 207435
cdai@hadsellstormer.com
Sarah Cayer, SBN 334166
scayer@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

Bellwether Plaintiff Roosevelt Espinosa's, Jose Fernandez's, and Manuel Guzman's ("Bellwether Plaintiffs") Motion for Partial Summary Judgment came on for hearing on Monday, July 14, 2025, at 1:30 p.m. Having considered the papers and evidence submitted by the Parties, the Court rules as follows:

As to the Bellwether Plaintiffs' claims under California law (Claims 1-5, 7-9, 11) and Los Angeles law (Claim 10):

1) The undisputed facts establish that the Bellwether Plaintiffs performed work for Defendant CEVA Freight, LLC ("CEVA") and thus were presumptively CEVA's employees.

2) The undisputed material facts establish that CEVA cannot rebut this presumption by showing the Bellwether Plaintiffs were "independent contractors," as it cannot satisfy its burden under the "ABC Test" adopted by the California Supreme Court in *Dynamex Operations W., Inc. v. Superior Court,* 4 Cal.5th 903 (2018) – which was subsequently codified by the Legislature at Labor Code §2775(b) with the passage of AB 5 (*eff.* Jan. 1, 2020) as the test for distinguishing employees from independent contractors. Failure to prove any one of the three Parts of the ABC test defeats CEVA's "independent contractor" defense. CEVA cannot meet Part B of that test, which requires the employer to establish that the work performed by the worker is "outside of the usual course of the hiring entity's business." Here, the undisputed material facts show that the Bellwether Plaintiffs performed the core work of CEVA's business –transporting freight. Accordingly, under California law, the Bellwether Plaintiffs were employees of CEVA, and CEVA should have classified them as employees and treated them as employees.

///
///
///

3) Accordingly, as a matter of law, CEVA cannot prove its Second Affirmative Defense -- that "CEVA was not Plaintiffs' employer" – or its Third Affirmative Defense -- that "Plaintiffs' at all times were independent contractors"-- as to the Bellwether Plaintiffs' California and Los Angeles claims. IT IS SO ORDERED.

DATED: _____, 2025          By: _____
                                              HONORABLE OTIS D. WRIGHT II