1  Aaron Kaufmann, SBN 148580
2  akaufmann@kgworklaw.com
   Elizabeth Gropman, SBN 294156
3  egropman@kgworklaw.com
4  KAUFMANN & GROPMAN, LLP
   1939 Harrison Street, Suite 620
5  Oakland, CA 94612
6  Telephone: (510) 817-4380

7  *(Additional Counsel on Next Page)*

8                 UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA

11 ROOSEVELT ESPINOSA; RUXNER     CASE NO. 2:23-CV-00659 ODW (Ex)
12 ANDINO; EMEKA ANIAGBA;
   MAYCOL CAMEY; HANS DURAN;      [Assigned to the Honorable Otis D.
13 JOSE FERNANDEZ; CESAR          Wright II – Courtroom 5D]
   GALINDO; ANTONIO
14 HERMOSILLO; OTASOWIE ISIBOR;   **DECLARATION OF AARON KAUFMANN IN SUPPORT OF MOTION OF PLAINTIFFS ROOSEVELT ESPINOSA, JOSE FERNANDEZ, AND MANUAL GUZMAN FOR PARTIAL SUMMARY JUDGMENT [FRCP 56]**
15 ISRAEL PONCE; RAFAEL ZAYAS;
   and MANUEL GUZMAN,
16
                Plaintiffs,
17
        v.
18
   CEVA FREIGHT, LLC., a Delaware
19 Company; and DOES 1-10, inclusive,
20              Defendants.

   **Date:**      July 14, 2025
   **Time:**      1:30 pm
   **Before:**    Hon. Otis D. Wright, II
   **Final PTC:** Sep. 22, 2025
   **Trial Date:** Oct. 14, 2025

---

KAUFMANN DECL. ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:23-CV-00659 ODW (Ex)

James M. Finberg, SBN 114850
jfinberg@altshulerberzon.com
Eve H. Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Amanda C. Lynch, SBN 318022
alynch@altshulerberzon.com
Jonah Lalas, SBN 286755
jlalas@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cornelia Ho-Chin Dai, SBN 207435
cdai@hadsellstormer.com
Sarah Cayer, SBN 334166
scayer@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

I, Aaron D. Kaufmann, hereby declare as follows:

1. I am an attorney at law, admitted to practice in this court, licensed to practice law in California, and am a partner at Kaufmann & Gropman, LLP, one of the firms representing Plaintiffs herein.

2. I make this declaration of personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Defendant CEVA Freight, LLC via their Fed. R. Civ. Proc. Rule 30(b)(6) corporate designee, Manuel Ramirez, taken in the above captioned action on January 16 and 17, 2025 ("CEVA Depo.").

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Cargomatic, Inc. via their Fed. R. Civ. Proc. Rule 30(b)(6) corporate designee, Matthew Hogan, taken in the above captioned action on January 13, 2025 ("Cargomatic Depo.").

5. Attached hereto as **Exhibit 3** is a true and correct copy of the excerpts from the transcript of the deposition of Plaintiff Roosevelt Espinosa taken in the above captioned action on December 18, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the excerpts from the transcript of the deposition of Jose Fernandez taken in the above captioned action on December 11, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the excerpts from the transcript of the deposition of Plaintiff Manuel Guzman taken in the above captioned action on March 12, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Transportation Services Agreement entered by Cargomatic and CEVA Freight, dated October 25, 2016, produced by Cargomatic with production number CARGOMATIC_012144-012164 in response to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 5 authenticated in the Cargomatic Depo.

1  (attached hereto as Exhibit 2) at 63:22-64:10.

2      9.    Attached hereto as **Exhibit 7** is a true and correct copy of the ONT NSR
3  Delivery Process protocol, produced by Cargomatic with production number
4  CARGOMATIC_000078 in response to Plaintiffs' Subpoena to Produce Documents.
5  It is Deposition Exhibit 9 authenticated in the Cargomatic Depo. (attached hereto as
6  Exhibit 2) at 106:2-107:22.

7      10.    Attached hereto as **Exhibit 8** is a true and correct copy of the Terms of
8  Service entered by Roosevelt Espinosa and Cargomatic on August 27, 2019, produced
9  by Cargomatic with production number CARGOMATIC_001536-001557 in response
10 to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 13
11 authenticated in the Cargomatic Depo. (attached hereto as Exhibit 2) at 128:17-129:18.

12     11.    Attached hereto as **Exhibit 9** is a true and correct copy of emails dated
13 November 21, 2019 between Steven Guyer, Cynthia Urbina, and drivers referencing a
14 "Driver Customer Service Training" document, produced by Defendant CEVA with
15 production numbers CARGOMATIC_013687 in response to Plaintiffs' Request for
16 Production of Documents. It is Deposition Exhibit 22 authenticated in the Cargomatic
17 Depo. (attached hereto as Exhibit 2) at 172:18-175:6.

18     12.    Attached hereto as **Exhibit 10** is a true and correct copy of the CEVA
19 Vendor/Delivery Agent Customer Service Training manual, produced in discovery by
20 Cargomatic with production number CARGOMATIC_000032-000046 in response to
21 Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 24 authenticated
22 in the Cargomatic Depo. (attached hereto as Exhibit 2) at 176:14-181:11, 188:3-190:7,
23 193:10-21.

24     13.    Attached hereto as **Exhibit 11** is a true and correct copy of the
25 Cargomatic Driver Training manual, produced by Cargomatic with production
26 number CARGOMATIC_000066-000077 in response to Plaintiffs' Subpoena to
27 Produce Documents. It is Deposition Exhibit 25 authenticated in the Cargomatic
28 Depo. (attached hereto as Exhibit 2) at 192:20-194:8.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Cargomatic/Ceva Driver Service Rules & Regulations 2019, produced by Cargomatic with production number CARGOMATIC_000002-000003 in response to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 26 authenticated in the Cargomatic Depo. (attached hereto as Exhibit 2) at 195:23-197:12.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the CEVA LAX- Cargomatic Freight Returns & Dock Protocol, produced by Cargomatic with production number CARGOMATIC_000057-000059 in response to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 27 authenticated in the Cargomatic Depo. (attached hereto as Exhibit 2) at 201:3-202:6.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email dated October 27, 2022 that contains a chart tracking driver check-in/check-out times, among other things, produced by Defendant CEVA with production numbers CEVA_033942-033945 in response to Plaintiffs' Request for Production of Documents. It is Deposition Exhibit 38 authenticated in the Cargomatic Depo. (attached hereto as Exhibit 2) at 231:23-232:25.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an email dated March 21, 2024 that contains a chart tracking unsuccessful freight movements, produced by Defendant CEVA with production numbers CEVA_015522--15524 in response to Plaintiffs' Request for Production of Documents. It is Deposition Exhibit 39 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 294:20-295:11.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Transportation Services Agreement entered by Cargomatic and CEVA Freight, dated January 1, 2017, produced by Defendant CEVA with production numbers CEVA_036902-036922 in response to Plaintiffs' Request for Production of Documents. It is Deposition Exhibit 57 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 224:24-226:25, 230:20-231:12.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a chain of

emails to and from Manuel Ramirez regarding staffing Amazon pickups, dated March 8, 2021 through April 2, 2021, produced by Defendant CEVA with production number CEVA_032753-032758 in response to Plaintiffs' Request for Production of Documents. It is Deposition Exhibit 60 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 273:20-276:20.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a chain of emails regarding Ontario Daily Shift meetings, to and from Manuel Ramirez regarding staffing Amazon pickups, dated April 22, 2024 through April 24, 2024, produced by Defendant CEVA with production number CEVA_018096-018099 in response to Plaintiffs' Request for Production of Documents. It is Deposition Exhibit 64 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 273:20-276:20.

21. Attached hereto as **Exhibit 19 is a** true and correct copy of emails dated June 3, 2020 that include a chart showing business delivery appointments, including the driver assigned to the appointment, produced by Cargomatic with production number CARGOMATIC_013719-013724 in response to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 66 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 288:19-291:22.

22. Attached hereto as **Exhibit 20** is a true and correct copy of email dated March 14, 2024 that includes a chart showing drivers' time in and time out from facility, produced by CEVA with production number CEVA_015114 in response to Plaintiffs' Subpoena to Produce Documents. It is Deposition Exhibit 67 authenticated in the CEVA Depo. (attached hereto as Exhibit 1) at 292:3-293:6.

23. Attached hereto as **Exhibit 21** is a true and correct printout from CEVA Logistics' "Ground Transport Network Services, What We Do For You" webpage. I accessed this webpage on November 7, 2024 at https://www.cevalogistics.com/en/what-we-do/ground-rail-freight/road-transport-network-services and prepared this PDF printout.

24. Attached hereto as **Exhibit 22** is a true and correct printout of CEVA

Logistics' from CEVA Logistics's "Our Vision and Mission" webpage. I accessed this webpage on November 7, 2024 at https://www.cevalogistics.com/en/who-we-are/about-ceva-logistics/our-vision-and-mission and directed staff in our office to prepare this PDF printout.

25. Attached hereto as **Exhibit 23** is a true and correct printout from CEVA Logistics' "Customized Transport Solutions" webpage. I accessed this webpage on November 7, 2024 at https://www.cevalogistics.com/en/what-we-do/ground-rail-freight/customized-transport-solutions and directed staff in our office to prepare this PDF printout.

26. Attached hereto as **Exhibit 24** is a true and correct printout from CEVA Logistics' "Ground & Rail Transportation in North America" webpage. I accessed this webpage on November 7, 2024 at https://www.cevalogistics.com/en/what-we-do/ground-rail-freight/ground-rail-north-american-transport-networks and directed staff in our office to prepare this PDF printout.

27. Attached hereto as **Exhibit 25** is a true and correct printout of a press release from CEVA Logistics' website entitled, "CEVA Logistics Boosts Low Carbon Fleet with 23 Electric Trucks in Europe." I accessed this press release on February 25, 2025 at https://www.cevalogistics.com/en/news-and-media/Newsroom/press-release/ceva-logistics-boosts-low-carbon-fleet-with-23-electric-trucks-in-europe and directed staff in our office to prepare this PDF printout.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the CEVA Logistics Inc.'s Form F-1 Registration Statement filed with the Securities Exchange Commission (SEC) on May 4, 2012. I downloaded this document from the SEC's webpage at https://www.sec.gov/Archives/edgar/data/1391594/000119312512212397/d342927df1.htm on May 20, 2025. Plaintiffs seek judicial notice of this document in its entirety in their Request for Judicial Notice filed in support of the subject motion.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Affidavit of Zerius Brittain, dated February 21, 2023, filed as Document 236-1 on March 2, 2023 in support of Defendant CEVA Logistics U.S., Inc.'s Motion for Summary Judgment in Estate of Robert P. Gutierrez, Plaintiff v. Unitrans, L.L. C., U.S. District Court of New Mexico, Case No. 1:21-CV-00073 - KWR-SCY, which I downloaded from PACER.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of May, 2025 at Oakland, California.

_____
AARON KAUFMANN