ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
zander.chemers@ogletree.com
JULIANA C. VALLIER, CA Bar No. 345339
juliana.vallier@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

*[Additional Counsel on following page]*

Attorneys for Defendant
CEVA FREIGHT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; ISRAEL PONCE; RAFAEL ZAYAS; GUSTAVO TARIN; and MANUEL GUZMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CEVA FREIGHT, LLC, a Delaware Company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00659-ODW-E<br><br>Date:      July 14, 2025<br>Time:      1:30 p.m.<br>Place:     Courtroom 5D<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CEVA FREIGHT, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: January 27, 2023<br>Trial Date:      October 14, 2025<br>District Judge:   Hon. Otis D. Wright II<br>             Courtroom 5D, First St.<br>Magistrate Judge: Hon. Charles F. Eick<br>             Courtroom 750, Roybal |

1   CONOR J. DALE, CA Bar No. 274123
    conor.dale.jacksonlewis.com
2   JACKSON LEWIS P.C.
    50 California St., 9th Floor
3   San Francisco, CA  94111
    Telephone: (415) 394-9400
4   Facsimile:   (415) 394-9401

5   Attorneys for Defendant
    CEVA FREIGHT, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CEVA FREIGHT, LLC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

Defendant CEVA Freight, LLC ("Defendant") moves this court pursuant to the provisions of Federal Rule of Evidence 201 to take judicial notice of the following facts:

**A.** **The Federal Motor Carrier Safety Administration ("FMCSA") website at:**

    1. https://www.fmcsa.dot.gov/mission/about-us, https://www.fmcsa.dot.gov/protect-your-move/glossary (last visited May 22, 2025);

    2. https://www.fmcsa.dot.gov/faq/what-are-definitions-motor-carrier-broker-and-freight-forwarder-authorities (last visited May 22, 2025);

    3. https://www.fmcsa.dot.gov/faq/what-operating-authority-mc-number-and-who-needs-it#:~:text=Operating%20Authority%20means%20the%20registration,of%20authority%20that%20is%20granted(last visited May 22, 2025).

**B.** **The United States Department of Transportation website**

    1. https://www.transportation.gov/briefing-room/safetyfirst/federal-motor-carrier-safety-administration  (last visited May 22, 2025).

**C.** **Federal Regulations under title 49, including the following:**

    1. 49 CFR § 350.105;

    2. 49 CFR § 371.1-371.3, and 49 CFR § 371.10;

    3. 49 CFR § 390.3; and 49 CFR § 390.50;

    4. 49 CFR § 391.1;

    5. 49 CFR § 392.1; 49 CFR § 392.2; 49 CFR § 392.7; 49 CFR § 392.9; and 49 CFR § 392.9a;

    6. 49 CFR § 395.3;

    7. 49 CFR § 396.17.

**D.** **Federal Motor Carrier Safety Administration at 49 U.S. Code § 113(a), (b), (f); and**

**E.** **Interstate Transportation at 49 U.S. Code § 13102.**

**F.** **Documents Retrieved from Government Website**

    1. A true and correct copy of plaintiff Roosevelt L. Espinosa dba Yito Express's USDOT information, which is publicly available on Department of Transportation's website(DOT, Federal Motor

Carrier Safety Administration, Safety and Fitness Electronic Records (SAFER) System, Company Snapshot USDOT Number: 2742970available at https://safer.fmcsa.dot.gov/CompanySnapshot.aspx, last accessed May 22, 2025).

Under Federal Rule of Evidence 201, a federal court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Judicial notice of such facts is mandatory when requested by a party who has supplied the information to the court. *Id.* at 201(c).

It is permissible for district courts to take judicial notice of information on government websites. Federal Evidence Rule 201(b)(2); *see also Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (courts may take judicial notice of information posted on an official government website.); *Latiff v. Nestle United States, Inc.*, 2019 U.S. Dist. LEXIS 161015, *6 ("Since these exhibits are from a government website or public record, these matters are not subject to reasonable dispute."); *U.S., ex rel. Modglin v. DJO Glob. Inc.*, 114 F. Supp. 3d 993, 1008 (C.D. Cal. 2015), *aff'd sub nom. United States v. DJO Glob., Inc.*, 678 F. App'x 594 (9th Cir. 2017). It is also permissible for district courts to take judicial notice of relevant statutes and regulations. *Mora v. Vasquez*, 199 F.3d 1024, 1028 n. 7 (9th Cir.1999) (taking judicial notice of federal regulation); *Agricola Cuyuma SA v. Corona Seeds, Inc.*, No. CV 17-8220 DMG (SK), 2020 WL 7034596, at *2 (C.D. Cal. Oct. 15, 2020)

For the foregoing reasons, Defendant respectfully requests that the Court take judicial notice of the facts set forth above, and of Exhibits A-F attached hereto.

DATED: May 22, 2025      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/  *Juliana C. Vallier*
Robert R. Roginson
Alexander M. Chemers
Juliana C. Vallier

Attorneys for Defendant
CEVA FREIGHT, LLC

4

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CEVA FREIGHT, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
89943660.v1-OGLETREE

# EXHIBIT A

An official website of the United States government  Here's how you know ⌄

🚩 United States Department of Transportation

# FMCSA
Federal Motor Carrier Safety Administration

Search

Home / Mission

**IN THIS SECTION** +

## FMCSA Information Line

1200 New Jersey Avenue SE
Washington, DC 20590
United States

**Phone:** 800-832-5660 ☎

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

# About Us

## History

The Federal Motor Carrier Safety Administration (FMCSA) was established within the Department of Transportation on January 1, 2000, pursuant to the Motor Carrier Safety Improvement Act of 1999 (49 U.S.C. 113). Formerly a part of the Federal Highway Administration, the Federal Motor Carrier Safety Administration's primary mission is to prevent commercial motor vehicle-related fatalities and injuries. Activities of the Administration contribute to ensuring safety in motor carrier operations through strong enforcement of safety regulations; targeting high-risk carriers and commercial motor vehicle drivers; improving safety information systems and commercial motor vehicle technologies; strengthening commercial motor vehicle equipment and operating standards; and increasing safety awareness. To accomplish these activities, the Administration works with Federal, State, and local enforcement agencies, the motor carrier industry, labor and safety interest groups, and others.

## Activities

**Commercial Drivers' Licenses**
The Administration develops standards to test and license commercial motor vehicle drivers.

**Data and Analysis**
The Administration collects and disseminates data on motor carrier safety and directs resources to improve motor carrier safety.

**Regulatory Compliance and Enforcement**
The Administration operates a program to improve safety performance and remove high-risk carriers from the Nation's highways.

**Research and Technology**
The Administration coordinates research and development to improve the safety of motor carrier operations and commercial motor vehicles and drivers.

**Safety Assistance**
The Administration provides States with financial assistance for roadside inspections and other commercial motor vehicle safety programs. It promotes motor vehicle and motor carrier safety.

**Other Activities**
The Administration supports the development of unified motor carrier safety requirements and procedures throughout North America. It participates in international technical organizations and committees to help share the best practices in motor carrier safety throughout North America and the rest of the world. It enforces regulations ensuring safe highway transportation of hazardous materials and has established a task force to identify and investigate those carriers of household goods which have exhibited a substantial pattern of consumer abuse.

Last updated: Thursday, December 12, 2013

U.S. DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

<u>Subscribe To Email Updates</u>

   

**About**

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Emergency Declarations

**Resources**

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics

**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards





An official website of the United States government  Here's how you know ⌄

United States Department of Transportation

## FMCSA
### Federal Motor Carrier Safety Administration

Search

Home  /  Are You Moving?

**IN THIS SECTION**                                                              **+**

---

### Contact Us

Federal Motor Carrier Safety Administration
Department of Transportation
Commercial Enforcement and Investigations Division
1200 New Jersey Ave, S.E.
Washington, DC 20590
United States

**Email:**
CEI_Mailbox@dot.gov
**Phone:** 888-368-7238 ↳

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

---

## Glossary



GLOSSARY OF MOVING TERMS

*This glossary is intended to provide a single source for descriptions of commonly used moving terms and does not modify or replace applicable FMCSA regulations or substantive standards.*

### A-Z Terms

A  B  C  D  E  F  G  H  I  L  M  N  O  P  R  S  T  V  W

### Definitions

### A

**Accessorial (Additional) Services:**
Services such as packing, appliance servicing, unpacking, or piano stair carries that you request to be performed (or that are necessary because of landlord requirements or other special circumstances). Charges for these services may be in addition to the line haul charges.

**Advanced Charges:**
Charges for services performed by someone other than the mover. A professional, craftsman, or other third party may perform these services at your request. The mover pays for these services and adds the charges to your bill of lading charges.

**Agent:**
A local moving company authorized to act on behalf of a larger, national company.

**Appliance Service by Third Party:**
The preparation of major electrical appliances to make them safe for shipment. Charges for these services may be in addition to the line haul charges.

**Auxiliary Service (Shuttle):**
If the assigned over-the-road van is unable to make a normal pickup/delivery because of physical constraints and a second, smaller, vehicle is needed, this is considered Auxiliary Service (a shuttle). Examples of such physical constraints include situations such as a road or driveway that is too narrow, a bridge unable to support the weight of the van, and the inability to park the moving van within a reasonable distance of the pickup or the delivery residence. Charges for the second, smaller, vehicle are assessed on an hourly basis, in addition to charges for the extra labor involved in making the pickup with the shuttle truck.

[Back to top](#)

## B

**Bill of Lading:**
The receipt for your goods and the contract for their transportation. NOTE: It is your responsibility to understand the bill of lading before you sign it. If you do not agree with something on the bill of lading, do not sign it until you are satisfied that it is correct. The bill of lading is an important document. Do not lose or misplace your copy.

**Booking Agent:**
The agent who accepts the order for your move. The booking agent may or may not be your origin or destination agent.

**Broker:**
A person who, for compensation, arranges or offers to arrange, the transportation of cargo by an authorized carrier. A broker does not provide the actual truck transportation. A broker does not assume responsibility for the cargo and usually does not take possession of the cargo.

**Bulky Article:**
Items such as pianos, cars, boats, snowmobiles and campers usually carry a bulky article charge to compensate the carrier for the difficulty of loading and unloading such articles, and their unusual bulk or low weight density. In some cases, an additional "weight additive" is applicable.

[Back to top](#)

## C

**Carrier:**
The mover transporting your household goods.

**Carrier's Liability For Loss or Damage:**
The liability the carrier assumes for your possessions. There are several different liability options available to you so be sure to ask the carrier's representative to explain each option, its ramifications and its cost. Carrier's Liability for Loss or Damage is often incorrectly referred to as "insurance."

**Claim:**
Shipper's statement of loss or damage to any of his or her household goods while they were in the care of the carrier or its agent. Such a statement is generally made on a "Claim Form."

**Collect on Delivery (COD):**
Shipments where customer pays moving charges at the time of delivery. For COD shipments, payment is required in cash, or by traveler's check, money order, cashier's check or credit card (pending a prior credit card approval process). Personal checks are not accepted for payment of COD charges.

**Commercial Shipper:**
Any person who is named as the consignor or consignee in a bill of lading contract who is not the owner of the goods being transported but who assumes the responsibility for payment of the transportation and other tariff charges for the account of the beneficial owner of the goods. The beneficial owner of the goods is normally an employee of the consignor and/or consignee. A freight forwarder tendering a shipment to a carrier in furtherance of freight forwarder operations is also a commercial shipper. The Federal government is a government bill of lading shipper, not a commercial shipper.

**Consignee:**
The person to whom the shipment is to be delivered.

**Consignor:**
The person from whom the shipment is picked up.

**CP (Carrier Packed):**
Articles packed into cartons or crates by the carrier, not the shipper.

**Cwt.:**

This abbreviation stands for the rate or charge per 100 pounds.

Back to top

## D

**Deadhead:**

Empty (unloaded) miles traveled by a driver in order to move his or her truck to pick up a paying load.

**Declared Valuation:**

The shipper's indication of the value declared for the possessions being shipped, thereby establishing the carrier's maximum liability for loss or damage to the shipment. If no value is declared, the liability is then controlled by the tariff under which the shipment is moved.

**Destination Agent:**

The agent designated in the destination area to be available to assist or provide information to you or the van operator regarding your shipment.

Back to top

## E

**Elevator Carry:**

 A charge to compensate the carrier for the additional labor required to move a shipment by way of an elevator.

**Estimate, Binding:**

An agreement made in advance with your mover, which guarantees the total cost of the move based upon the quantities and services shown on the estimate. However, if you add additional items to your shipment or request additional services, you and your mover may: agree to abide by the original binding estimate, negotiate a new binding estimate or convert the binding estimate into a non-binding estimate.

**Estimate, Non-Binding:**

This is what your mover believes the cost will be, based upon the estimated weight of the shipment and the accessorial services requested. A non-binding estimate is not binding on the mover. The final charges will be based upon the actual weight of your shipment, the services provided, and the tariff provisions in effect. You must be prepared to pay 10 percent more than the estimated charges at delivery (110 Percent Rule).

**Expedited Service:**

An agreement with the mover to perform transportation by a set date in exchange for charges based upon a higher minimum weight.

**Extraordinary Value or High Value Article:**

An item whose value exceeds $100 per pound ($220 per kilogram). NOTE: These items should be disclosed to the mover to ensure that they are protected accordingly.

Back to top

## F

**Flight Charge:**

A charge for carrying items up or down flights of stairs. Charges for these services may be in addition to the line haul charges.

**Flight Charge (Stair Carry):**

An extra charge to compensate the carrier for the additional labor and time required to move a shipment up or down flights of stairs which lead to or from an origin or destination residence.

**For-Hire Carrier:**

A trucking company that is paid to transport cargo belonging to others.

**Force Majeure:**

A defense protecting the parties in the event that a part of the contract cannot be performed due to causes which are outside the control of the parties and could not be avoided by exercise of due care.

**Freight Forwarder:**

A company that arranges for truck transportation of cargo belonging to others, utilizing for-hire carriers to provide the actual truck transportation. A freight forwarder assumes responsibility for the cargo from origin to destination and usually takes possession of the cargo at some point during the transportation. Freight forwarders typically assemble and consolidate less-than-truckload shipments into truckload shipments at origin, and disassemble and deliver shipments at destination.

**Full Value:**

Under this option, the mover is liable for the replacement value of lost or damaged goods (as long as it doesn't exceed the total declared value of the shipment). If you elect to purchase full value protection (FVP), and your mover loses, damages or destroys your articles, your mover must repair, replace with like items, or settle in cash at the current market replacement value, regardless of the age of the lost or damaged item. The minimum declared value of a shipment under this option is $5,000 or $4.00 times the actual total weight (in pounds) of the shipment, whichever is greater. For example, the minimum declared value for a 4,000-pound (1,814.4-kilogram) shipment would be $16,000. Your mover may offer you FVP with a $250 or $500 deductible, or with no deductible at all. The amount of the deductible will affect the cost of your FVP coverage. The $4.00 per pound minimum valuation rate may be increased annually by your mover based on changes in the household furnishings element of the

Consumer Price Index established by the U.S. Department of Labor's Bureau of Labor Statistics. Unless you specifically agree to other arrangements, the mover must assume liability for the entire shipment based upon this option. The approximate cost for FVP is $8.50 for each $1,000 of declared value; however, it may vary by mover. In the example above, the valuation charge for a shipment valued at $16,000 would be $136.00. As noted above, this fee may be adjusted annually by your mover based on changes in the household furnishings element of the Consumer Price Index.

Alternatively, see **Released Value**.

Back to top

## G

**Government Bill of Lading Shipper:**
Any person whose property is transported under the terms and conditions of a government bill of lading issued by any department or agency of the Federal government to the carrier responsible for the transportation of the shipment.

**Gross Weight:**
Weight of the van and its contents after your goods are loaded.

**Guaranteed Pickup and Delivery Service:**
An additional level of service featuring guaranteed dates of service. Your mover will provide reimbursement to you for delays. This premium service is often subject to minimum weight requirements.

Back to top

## H

**Hazardous Materials:**
Explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Many common household items are considered hazardous materials. These include nail polish remover, paints, paint thinners, lighter fluid, gasoline, propane cylinders, and automotive repair and maintenance chemicals.

**High Value or Extraordinary Value Article:**
Items included in a shipment valued at more than $100 per pound ($220 per kilogram). NOTE: These items should be disclosed to the mover to ensure that they are protected accordingly.

**Household Goods (when used in connection with transportation):**
A Motor Carrier of Household Goods (HHG) is an authorized for-hire Motor Carrier that transports only household goods for the public in exchange for payment based on published tariff rates.  HHG carriers are paid to transport/move someone's possessions from one "dwelling/office" location to another "dwelling/office" location. HHG motor carriers also offer some or all the following additional services:  binding and nonbinding estimates; inventorying; protective packing and unpacking of individual items at personal residences; and/or loading and unloading at personal residences."

Back to top

## I

**Individual Shipper:**
Any person who is the shipper, consignor, or consignee of a household goods shipment identified as such in the bill of lading contract. The individual shipper owns the goods being transported and pays the transportation charges.

**Intrastate Move:**
A move in which goods are transported from one point to another within the same state; no state borders are crossed.

**Interstate Move:**
The transportation of goods from one state to a different state (including outside the United States); OR between two places in one state THROUGH another state or place outside of the United States. See more on the FAQ page.

Back to top

## L

**Line Haul Charges:**
The charges for the vehicle transportation portion of your move. These charges, if separately stated, apply in addition to the accessorial service charges.

**Long Carry:**
Charge for carrying articles excessive distances between the mover's vehicle and your residence. Charges for these services may be in addition to the line haul charges.

**Long Haul:**

A move that takes place over 450 miles. Long hauls are (generally) performed with tractor-trailers.

Back to top

## M

**Motor Carrier:**

A company that provides truck transportation. There are two types of motor carriers: private and for-hire carriers.

Back to top

## N

**Net Weight:**

Gross weight minus the tare weight. You are entitled to a copy of the scale ticket to verify your shipment's actual net weight.

Back to top

## O

**110 Percent Rule:**

Movers are required by law to deliver your goods for no more than 10 percent above the price of a non-binding estimate.

**Operating Authority:**

Registration issued by a state or Federal governmental entity authorizing a carrier to move household goods for compensation between designated geographical areas. A van line's agent may also have its own separate "operating authority" issued by a state or Federal governmental entity, to move shipments within a certain geographical area.

**Order (Bill of Lading) Number:**

The number used to identify and track your shipment.

**Origin Agent:**

The agent designated in the origin area to be available for preliminary readying of the shipment before movement (such as packing cartons), or to provide information to you regarding your move.

**Overflow:**

Articles that are left behind due to insufficient space on a van, to be loaded on a second van for transportation and delivery.

Back to top

## P

**PBO (Packed By Owner):**

Articles packed into cartons or crates by the shipper, not the carrier.

**Peak Season Rates:**

Higher line haul charges applicable during the summer months.

**Pickup and Delivery Charges:**

Separate transportation charges applicable for transporting your shipment between the storage-in-transit warehouse and your residence.

**Private Carrier:**

A company that provides truck transportation of its own cargo, usually as part of a business that produces, uses, sells and/or buys the cargo being hauled.

Back to top

## R

**Released Value (Basic Value):**

This is the most economical protection option available. This no-additional-cost option provides minimal protection. Under this option, the mover assumes liability for no more than 60 cents per pound ($1.32 cents per kilogram), per article. Loss or damage claims are settled based upon the pound (kilogram) weight of the article multiplied by 60 cents per pound ($1.32 cents per kilogram). For example, if your mover lost or destroyed a 10-pound (4.54-kilogram) stereo component valued at $1,000, your mover would be liable for no more than $6.00. Obviously, you should think carefully before agreeing to such an arrangement. There is no extra charge for this minimal protection, but you must sign a specific statement on the bill of lading agreeing to it. Alternatively, see **Full Value protection**.

**Reweigh:**

Second weighing of shipment performed at destination at the shipper's or the carrier's request.

**Road Van:**
A long haul tractor-trailer that moves shipments long distance (which is generally considered over 450 miles).

Back to top

## S

**Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (SAFETEA-LU):**
The Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (Public Law 109-59; SAFETEA-LU) is a funding and authorization bill that Congress passed in 2005 and enhanced existing federal authority over interstate movers.

**Shipper:**
The person (customer) whose goods are being moved.

**Short Haul:**
A move that takes place under 450 miles. Short hauls are (generally) performed with straight trucks, although tractor-trailers can, and are, often employed to complete large short haul moves.

**Shuttle Service:**
Use of a smaller vehicle to provide service to residences that are not accessible to the mover's normal line haul equipment (large moving vans).

**Straight Truck:**
A truck, generally one half the size and capacity of a tractor-trailer. Straight trucks are single cab and body vehicles (as opposed to a tractor-trailer on which the cab can be separated from the trailer).

**Storage-in-Transit (SIT):**
The temporary warehouse storage of your shipment pending further transportation, with or without notification to you. If you (or someone representing you) cannot accept delivery on the agreed-upon date or within the agreed-upon time period (for example, because your home is not quite ready to occupy), your mover may place your shipment into SIT without notifying you. In those circumstances, you will be responsible for the added charges for SIT service, as well as the warehouse handling and final delivery charges. However, your mover also may place your shipment into SIT if your mover was able to make delivery before the agreed-upon date (or before the first day of the agreed-upon delivery period), but you did not concur with early delivery. In those circumstances, your mover must notify you immediately of the SIT, and your mover is fully responsible for redelivery charges, handling charges, and storage charges.

**Surface Transportation Board (www.stb.gov):**
This agency within the Department of Transportation regulates household goods carrier tariffs among other responsibilities.

**Survey:**
The booking or origin agent examines (i.e., surveys, or visually inspects) the shipper's goods to develop a cost estimate.

Back to top

## T

**Tare Weight:**
Weight of the van and its contents before your goods are loaded.

**Tariff:**
A list (in whole or in part) containing rates, rules, regulations, classifications or other provisions related to a motor carrier's transportation services. The Surface Transportation Board requires that a tariff contain three specific items. First, an accurate description of the services the mover offers to the public. Second, the specific applicable rates and service terms for services offered to the public. Third, the mover's tariff must be arranged in a way that allows you to determine the exact rate(s) and service terms applicable to your shipment. Each mover publishes its own tariffs and these must be provided to you upon request.

**Third Party Services:**
Services performed by someone other than the carrier at your request or as required by Federal, state or local law.

Back to top

## U

**Unpacking:**
The removal of your goods from containers (boxes) and crates, and the disposal of such containers and packing materials.

Back to top

## V

**Valuation:**
The degree of "worth" or dollar value of the shipment. The valuation charge compensates the mover for assuming a greater degree of liability than is provided for in its base transportation charges. All movers are required to assume liability for the value of goods that they transport. Most

movers offer two levels of liability—basic and full value. "Basic value" is also referred to as "released value."

**Van:**

Movers call all types and kinds of trucks used for moving "vans." A van can be as small as a small econo-line pack van or as large as a long tractor-trailer.

**Van Operator:**

The driver of the vehicle carrying your household goods.

[Back to top](#)

## W

**Warehouse Handling:**

A charge may be applicable each time storage-in-transit service is provided. Charges for these services may be in addition to the line haul charges. This charge compensates the mover for the physical placement and removal of items within the warehouse.

[Back to top](#)

Last updated: Monday, November 4, 2024



U.S. DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

**Subscribe To Email Updates**

**About**

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Emergency Declarations

**Resources**

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics


**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards

5/22/25, 1:36 PM
What are the definitions of motor carrier, broker and freight forwarder authorities? | FMCSA
Case 2:23-cv-00659-ODW Document 117 Filed 05/22/25 Page 7 of 57 Page ID #:2554



An official website of the United States government  Here's how you know ∨

United States Department of Transportation

# FMCSA
## Federal Motor Carrier Safety Administration

Search

Home / About FMCSA

IN THIS SECTION                                                    +

# What are the definitions of motor carrier, broker and freight forwarder authorities?

**Question:**

What are the definitions of motor carrier, broker and freight forwarder authorities?

**Answer:**

A motor carrier operates commercial motor vehicles (CMV's) to transport property, passengers, or hazardous materials (HAZMAT) and is involved in commerce (transportation related to a business). It could be a company with several power units, or it could be an owner-operator.

Note: CMVs include vehicles with Gross Vehicle Weight Rating (GVWR, which is the prescribed weight limit from the vehicle manufacturer, indicating the total amount the vehicle can weigh to operate safely) or Gross combination weight (GVW, which is the total weight of the *truck*, any trailers and cargo), of 10,001 pounds or more, whichever is greater.

A broker is the "middle person" between a shipper and a motor carrier. Brokers arrange for the transportation of property or household goods. They don't transport the property, don't operate motor vehicles or have drivers, and don't assume responsibility for the cargo being transported. Hence, they don't directly engage with it.

A freight forwarder organizes shipments for individuals or corporations. Freight forwarders assemble and consolidate shipments and provide for break-bulk and distribution of shipments. Unlike Brokers, Freight Forwarders assume responsibility for the transportation and may transport the freight itself. Therefore, they are involved directly or indirectly with the cargo.

Note: If you only transport Freight, you are not a Freight Forwarder.

To learn more about entity types, see our video "How To Identify Entity Types". Also located on the FMCSA Registration Home Page.

Last Updated: May 22, 2023



U.S. DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

Subscribe To Email Updates

5/22/25, 1:36 PM
Case 2:23-cv-00659-ODW    Document 117    Filed 05/22/25    Page 18 of 57    Page ID #:2555
What are the definitions motor carrier, broker and freight forwarder authorities? | FMCSA

**About**

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Emergency Declarations

**Resources**

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics

**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards

An official website of the United States government  Here's how you know ⌄

United States Department of Transportation

# FMCSA
## Federal Motor Carrier Safety Administration

Search

Home  /  About FMCSA

## IN THIS SECTION                                                    +

# What is Operating Authority (MC number) and who needs it?

**Question:**

What is Operating Authority (MC number) and who needs it?

**Answer:**

In general, companies that do the following are required to have interstate operating authority (MC number) in addition to a DOT number:

- Operating as for-hire carriers (for a fee or other compensation)
- Transporting passengers, or arranging for their transport, in interstate commerce
- Transporting federally regulated commodities or arranging for their transport, in interstate commerce

As of December 12, 2015, all entities applying through the Unified Registration System will obtain a USDOT number.

Operating Authority means the registration required by 49 U.S.C. 13902, 49 CFR part 365, 49 CFR part 368, and 49 CFR 392.9a.

FMCSA operating authority is also referred to as an "MC," "FF," or "MX" number, depending on the type of authority that is granted. Unlike the USDOT Number application process, a company may need to obtain multiple operating authorities to support its planned business operations. Operating Authority dictates the type of operation a company may run and the cargo it may carry. Mexico-domiciled carriers may click here for information on registering with FMCSA.

New Applicants must register online via the Unified Registration System. They will be issued a USDOT number and an MC/MX/FF number. Existing entities that already have a USDOT number and/or MC/MX/FF number must apply via the OP-1 series forms, or online (click here), providing their existing USDOT number (and MC/MX/FF numbers, if they are applying for an additional authority.)

All of this also dictates the level of insurance/financial responsibilities a company must maintain. Carriers not required to have operating authority include:

- Private carriers (carriers that transport their own cargo)
- "For-hire" carriers that exclusively haul exempt commodities (cargo that is not federally regulated
- Carriers that operate exclusively within a federally designated "commercial zone" that is exempt from interstate authority rules. A commercial zone is, for example, a geographic territory that includes multiple states bordering on a major metropolitan city, such as Virginia/Maryland/Washington, DC

More information on motor carrier insurance requirements can be found on our web site.

Last Updated: May 20, 2023



U.S. DEPARTMENT OF TRANSPORTATION

**Federal Motor Carrier Safety Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

Subscribe To Email Updates

   

**About**

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

**News and Events**

FMCSA Newsroom

Press Releases

Emergency Declarations

**Resources**

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics

**Policies, Rights, Legal**

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards

# EXHIBIT B



🇺🇸 An official website of the United States government Here's how you know ⌄ 

Home \ Newsroom \ Safety

## In This Section +

**Related Links**

- Federal Motor Carrier Safety Administration

**Related Documents**

- Federal Motor Carrier Safety Administration Safety Sheet

## Federal Motor Carrier Safety Administration

## Who is FMCSA?

FMCSA is the lead federal government agency responsible for regulating and providing safety oversight of commercial motor vehicles (CMVs), to include more than 500,000 commercial trucking companies, more than 4,000 interstate bus companies, and more than four million commercial driver's license (CDL) holders. FMCSA's mission is to reduce crashes, injuries, and fatalities involving large trucks and buses.

## What Does FMCSA Do?

FMCSA 1) develops and enforces data-driven regulations that balance motor carrier (truck and bus companies) safety with efficiency; 2) harnesses safety information systems to focus on higher risk carriers in enforcing the safety regulations; 3) targets educational messages to carriers, commercial drivers, and the public; and 4) partners with stakeholders including Federal, State, and local enforcement agencies, the motor carrier industry, safety groups, and organized labor on efforts to reduce bus and truck-related crashes.

## Safety Programs

Compliance, Safety, Accountability (CSA)
CSA is FMCSA's safety compliance and enforcement program that holds motor carriers and drivers accountable for their role in safety. CSA affects motor carriers, including owner-operators, by identifying those with safety problems to prioritize them for interventions such as warning letters and investigations.

## Safety Programs

Safety Measurement System (SMS)
An FMCSA-regulated motor carrier's safety data appears online in the Safety Measurement System. FMCSA updates the SMS once a month with data from roadside inspections, including driver and vehicle violations; crash reports from the last two years; and investigation results.

Pre-employment Screening Program (PSP)
PSP helps carriers make more informed hiring decisions by providing secure, electronic access to a commercial driver's five-year crash and three-year inspection history from the FMCSA Motor Carrier Management Information System (MCMIS).

New Entrant Safety Assurance Program
New Entrant Safety Assurance Programs affect U.S. and Canada-based motor carriers not domiciled in Mexico that apply for a U.S. Department of Transportation (DOT) identification number, in order to initiate operations in interstate commerce. New Entrants are monitored during the initial 18-month period and must: 1) operate safely; 2) maintain up-to-date records; 3) conduct periodic inspections and perform maintenance on CMVs; and 4) pass an FMCSA safety audit.

## Grant Funding

FMCSA's safety grant funding opportunities are primarily available to State and local government agencies in one of the 50 States, the District of Columbia, Puerto Rico, Northern Mariana Islands, American Samoa, Guam, and the US Virgin Islands. Applicants for FMCSA funding opportunities should be working on commercial motor vehicle safety activities and should demonstrate a capacity to work with highway traffic safety.

Motor Carrier Safety Assistance Program (MCSAP) Grant
The MCSAP is a federal grant program that provides financial assistance to States to reduce the number and severity of crashes and hazardous materials incidents involving commercial motor vehicles (CMVs) through consistent, uniform, and effective CMV safety programs. The MCSAP is FMCSA's largest grant program that supports State and local law enforcement agencies to utilize over 12,000 enforcement officers to increase enforcement and safety activities nationwide.

Commercial Driver License (CDL) Program Implementation Grant
The CDLPI grant provides financial assistance to States to achieve compliance with the requirements of 49 CFR Parts 383 and 384. Additionally, the CDLPI grant program provides financial assistance for other entities capable of executing national projects that aid States in their compliance efforts and that will improve the national Commercial Driver's License (CDL) program.

CMV Operator Safety Training (CMVOST) Grant
The CMVOST grant program, has two goals: 1) to expand the number of CDL holders possessing enhanced operator safety training to help reduce the severity and number of crashes on U.S. roads involving commercial motor vehicles; and 2) to assist current or former members of the United States Armed Forces and their spouses to receive training to transition to the CMV operation industry.

High Priority (HP) Grant
The HP grant program is a discretionary (competitive) grant program designed to provide federal financial assistance to enhance MCSAP commercial vehicle safety plan (CVSP) activities, maintain innovative technology and/or new project(s) not included in the CVSP that will have a positive impact on CMV safety.

## FMCSA Hazardous Materials Program

Federal Hazardous Materials Safety Permit Program
In support of FMCSA's mission to improve truck and bus safety on our nation's highways, on January 1, 2005, the Agency initiated the Federal Hazardous Materials Safety Permit Program for intrastate, interstate, and foreign motor carriers transporting certain types and amounts of hazardous materials. These carriers must maintain a certain level of safety in their operations and certify they have programs in place as required by the Hazardous Materials Regulations and the Hazardous Materials Permit regulations.

Cargo Tank Safety
FMCSA strives to improve the safety of cargo tank motor vehicles on the nation's highways. The Agency enforces related rules and regulations, conducts inspections, licenses hazmat carriers, conducts studies, issues advisory notices, and provides educational resources to assist in the safe movement of cargo tanks.

## Consumer-Related Safety Programs

National Consumer Complaint Database (NCCDB)
FMCSA's National Consumer Complaint Database is an online interface allowing consumers, drivers and others to file complaints against unsafe and unscrupulous motor carriers and/or their employees.

Look Before You Book
Consumers planning to book an interstate bus trip can research company safety records online and quickly verify that the company is authorized to operate and has required liability insurance.

Our Roads, Our Safety
FMCSA developed the Our Roads, Our Safety program to help raise awareness among the general driving public (passenger vehicle drivers, truck drivers, bus drivers, bicyclists, and pedestrians) about operating safely around and sharing the road with large trucks and buses.

Last updated: Wednesday, May 2, 2018

   

**U.S. DEPARTMENT OF TRANSPORTATION**
1200 New Jersey Avenue, SE
Washington, DC 20590
855-368-4200

**WANT TO KNOW MORE?**
Receive email updates about the latest in Safety, Innovation, and Infrastructure.

SUBSCRIBE NOW

**ABOUT DOT**

Meet the Secretary

Mission

Newsroom

Social Media

Leadership

Regulations

Transit Benefit Policy

Careers

Contact Us

**OPERATING ADMINISTRATIONS**

FAA

FHWA

FMCSA

FRA

FTA

GLS

MARAD

NHTSA

OIG

OST

PHMSA

**RESEARCH AND TECHNOLOGY**

Office of the Assistant Secretary for Research and Technology

Bureau of Transportation Statistics

Volpe Center

Ask-A-Librarian

**PRIORITIES**

Infrastructure Investment and Jobs Act

Cybersecurity

Safety

Transformation

**POLICIES, RIGHTS, AND LEGAL**

USA.gov

Privacy Policy

FOIA

Budget and Performance

No FEAR Act

Cummings Act Notices

Ethics

Web Policies and Notices

Vulnerability Disclosure Policy

Digital Accessibility

# EXHIBIT C

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 350. Motor Carrier Safety Assistance Program (Mcsap) and High Priority Program (Refs & Annos)
                        Subpart A. General

49 C.F.R. § 350.105

§ 350.105 Definitions.

Currentness

Unless specifically defined in this section, terms used in this part are subject to the definitions in 49 CFR part 390. As used in this part:

Administrative takedown funds means funds FMCSA deducts each fiscal year from the amounts made available for MCSAP and the High Priority Program for expenses incurred by FMCSA for training State and local government employees and for the administration of the programs.

Administrator means the administrator of FMCSA.

Border State means a State that shares a land border with Canada or Mexico.

Commercial motor vehicle (CMV) means a motor vehicle that has any of the following characteristics:

(1) A gross vehicle weight (GVW), gross vehicle weight rating (GVWR), gross combination weight (GCW), or gross combination weight rating (GCWR) of 4,537 kilograms (10,001 pounds) or more.

(2) Regardless of weight, is designed or used to transport 16 or more passengers, including the driver.

(3) Regardless of weight, is used in the transportation of hazardous materials and is required to be placarded pursuant to 49 CFR part 172, subpart F.

Commercial vehicle safety plan (CVSP) means a State's CMV safety objectives, strategies, activities, and performance measures that cover a 3–year period, including the submission of the CVSP for the first year and annual updates thereto for the second and third years.

Compatible or compatibility means State laws, regulations, standards, and orders on CMV safety that:

(1) As applicable to interstate commerce not involving the movement of hazardous materials:

(i) Are identical to or have the same effect as the FMCSRs; or

(ii) If in addition to or more stringent than the FMCSRs, have a safety benefit, do not unreasonably frustrate the Federal goal of uniformity, and do not cause an unreasonable burden on interstate commerce when enforced;

(2) As applicable to intrastate commerce not involving the movement of hazardous materials:

(i) Are identical to or have the same effect as the FMCSRs; or

(ii) Fall within the limited variances from the FMCSRs allowed under § 350.305 or § 350.307; and

(3) As applicable to interstate and intrastate commerce involving the movement of hazardous materials, are identical to the HMRs.

FMCSA means the Federal Motor Carrier Safety Administration of the United States Department of Transportation.

FMCSRs means:

(1) The Federal Motor Carrier Safety Regulations under parts 390, 391, 392, 393, 395, 396, and 397 of this subchapter; and

(2) Applicable standards and orders issued under these provisions.

HMRs means:

(1) The Federal Hazardous Materials Regulations under subparts F and G of part 107, and parts 171, 172, 173, 177, 178, and 180 of this title; and

(2) Applicable standards and orders issued under these provisions.

High Priority Program funds means total funds available for the High Priority Program, less the administrative takedown funds.

Investigation means an examination of motor carrier operations and records, such as drivers' hours of service, maintenance and inspection, driver qualification, commercial driver's license requirements, financial responsibility, crashes, hazardous materials, and other safety and transportation records, to determine whether a motor carrier meets safety standards, including the safety fitness standard under § 385.5 of this subchapter, or, for intrastate motor carrier operations, the applicable State standard.

Lead state agency means the State CMV safety agency responsible for administering the CVSP throughout a State.

Maintenance of effort (MOE) means the level of a State's financial expenditures, other than the required match, the Lead State Agency is required to expend each fiscal year in accordance with § 350.225.

Motor carrier means a for-hire motor carrier or private motor carrier. The term includes a motor carrier's agents, officers, and representatives, as well as employees responsible for hiring, supervising, training, assigning, or dispatching a driver or an employee concerned with the installation, inspection, and maintenance of motor vehicle equipment or accessories.

Motor Carrier Safety Assistance Program (MCSAP) funds means total formula grant funds available for MCSAP, less the administrative takedown funds.

New entrant safety audit means the safety audit of an interstate motor carrier that is required as a condition of MCSAP eligibility under § 350.207(a)(26), and, at the State's discretion, an intrastate new entrant motor carrier under 49 U.S.C. 31144(g) that is conducted in accordance with subpart D of part 385 of this subchapter.

North American Standard Inspection means the methodology used by State CMV safety inspectors to conduct safety inspections of CMVs. This consists of various levels of inspection of the vehicle or driver or both. The inspection criteria are developed by FMCSA in conjunction with the Commercial Vehicle Safety Alliance (CVSA), which is an association of States, Canadian Provinces, and Mexico whose members agree to adopt these standards for inspecting CMVs in their jurisdiction.

State means a State of the United States, the District of Columbia, American Samoa, the Commonwealth of the Northern Mariana Islands, the Commonwealth of Puerto Rico, Guam, and the Virgin Islands, unless otherwise specified in this part.

Traffic enforcement means the stopping of vehicles operating on highways for moving violations of State, Tribal, or local motor vehicle or traffic laws by State, Tribal, or local officials.

**Credits**
[89 FR 90617, Nov. 18, 2024]

SOURCE: 59 FR 60323, Nov. 23, 1994; 85 FR 37796, June 24, 2020, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 13902, 31101, 31102, 31104, 31106, 31108, 31136, 31141, 31161, 31310, 31311, 31502; secs. 5106 and 5107, Pub.L. 114–94, 129 Stat. 1312, 1530; and 49 CFR 1.87.

Notes of Decisions (6)

Current through May 22, 2025, 90 FR 21870. Some sections may be more current. See credits for details.

**End of Document**                                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 371. Brokers of Property (Refs & Annos)
                        Subpart A. General Requirements (Refs & Annos)

49 C.F.R. § 371.1

§ 371.1 Applicability.

Currentness

This part applies, to the extent provided therein, to all brokers of transportation by motor vehicle as defined in § 371.2.

**Credits**

[32 FR 20034, Dec. 20, 1967; 62 FR 15421, April 1, 1997]

SOURCE: 45 FR 68942, Oct. 17, 1980; 59 FR 60323, Nov. 23, 1994; 61 FR 54707, Oct. 21, 1996; 62 FR 15421, April 1, 1997; 66 FR 49871, Oct. 1, 2001; 75 FR 72996, Nov. 29, 2010; 77 FR 59823, Oct. 1, 2012, unless otherwise noted.

AUTHORITY: 49 U.S.C. 13301, 13501, and 14122; subtitle B, title IV of Pub.L. 109–59; and 49 CFR 1.87.

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

End of Document

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

§ 371.10 Duties and obligations of brokers., 49 C.F.R. § 371.10
Case 2:23-cv-00659-ODW-E    Document 117    Filed 05/22/25    Page 31 of 57    Page ID
#:2568

Code of Federal Regulations
  Title 49. Transportation
    Subtitle B. Other Regulations Relating to Transportation
      Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
        Subchapter B. Federal Motor Carrier Safety Regulations
          Part 371. Brokers of Property (Refs & Annos)
            Subpart A. General Requirements (Refs & Annos)

49 C.F.R. § 371.10

§ 371.10 Duties and obligations of brokers.

Currentness

Where the broker acts on behalf of a person bound by law or the FMCSA regulation as to the transmittal of bills or payments, the broker must also abide by the law or regulations which apply to that person.

**Credits**

[45 FR 68943, Oct. 17, 1980; 62 FR 15421, April 1, 1997; 66 FR 49871, Oct. 1, 2001]

SOURCE: 45 FR 68942, Oct. 17, 1980; 59 FR 60323, Nov. 23, 1994; 61 FR 54707, Oct. 21, 1996; 62 FR 15421, April 1, 1997; 66 FR 49871, Oct. 1, 2001; 75 FR 72996, Nov. 29, 2010; 77 FR 59823, Oct. 1, 2012, unless otherwise noted.

AUTHORITY: 49 U.S.C. 13301, 13501, and 14122; subtitle B, title IV of Pub.L. 109–59; and 49 CFR 1.87.

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

        © 2025 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.   1

Code of Federal Regulations
  Title 49. Transportation
    Subtitle B. Other Regulations Relating to Transportation
      Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
        Subchapter B. Federal Motor Carrier Safety Regulations
          Part 392. Driving of Commercial Motor Vehicles (Refs & Annos)
            Subpart A. General

49 C.F.R. § 392.1

§ 392.1 Scope of the rules in this part.

Currentness

(a) Every motor carrier, its officers, agents, representatives, and employees responsible for the management, maintenance, operation, or driving of commercial motor vehicles, or the hiring, supervising, training, assigning, or dispatching of drivers, shall be instructed in and comply with the rules in this part.

(b) The rules in this part do not apply to drivers of "pipeline welding trucks" as defined in 49 CFR 390.38(b).

**Credits**

[37 FR 26112, Dec. 8, 1972; 53 FR 18057, May 19, 1988; 60 FR 38746, July 28, 1995; 81 FR 47721, July 22, 2016]

SOURCE: 33 FR 19732, Dec. 25, 1968; 52 FR 27201, July 20, 1987; 53 FR 18057, May 19, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 34711, July 6, 1994; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 59 FR 63924, Dec. 12, 1994; 66 FR 49874, Oct. 1, 2001; 67 FR 55165, Aug. 28, 2002; 73 FR 76823, Dec. 17, 2008; 76 FR 75487, Dec. 2, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 52655, Aug. 23, 2013; 78 FR 58923, Sept. 25, 2013; 80 FR 63695, 63714, Oct. 21, 2015; 81 FR 47721, July 22, 2016; 84 FR 51435, Sept. 30, 2019; 86 FR 55743, Oct. 7, 2021, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 13902, 31136, 31151, 31502; Section 112 of Pub.L. 103–311, 108 Stat. 1673, 1676 (1994), as amended by sec. 32509 of Pub.L. 112–141, 126 Stat. 405–805 (2012); and 49 CFR 1.87.

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

---

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Code of Federal Regulations
  Title 49. Transportation
    Subtitle B. Other Regulations Relating to Transportation
      Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
      Subchapter B. Federal Motor Carrier Safety Regulations
        Part 392. Driving of Commercial Motor Vehicles (Refs & Annos)
          Subpart A. General

49 C.F.R. § 392.2

§ 392.2 Applicable operating rules.

Currentness

Every commercial motor vehicle must be operated in accordance with the laws, ordinances, and regulations of the jurisdiction in which it is being operated. However, if a regulation of the Federal Motor Carrier Safety Administration imposes a higher standard of care than that law, ordinance or regulation, the Federal Motor Carrier Safety Administration regulation must be complied with.

**Credits**

[35 FR 7800, May 21, 1970; 60 FR 38746, July 28, 1995; 66 FR 49874, Oct. 1, 2001]

SOURCE: 33 FR 19732, Dec. 25, 1968; 52 FR 27201, July 20, 1987; 53 FR 18057, May 19, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 34711, July 6, 1994; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 59 FR 63924, Dec. 12, 1994; 66 FR 49874, Oct. 1, 2001; 67 FR 55165, Aug. 28, 2002; 73 FR 76823, Dec. 17, 2008; 76 FR 75487, Dec. 2, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 52655, Aug. 23, 2013; 78 FR 58923, Sept. 25, 2013; 80 FR 63695, 63714, Oct. 21, 2015; 81 FR 47721, July 22, 2016; 84 FR 51435, Sept. 30, 2019; 86 FR 55743, Oct. 7, 2021, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 13902, 31136, 31151, 31502; Section 112 of Pub.L. 103–311, 108 Stat. 1673, 1676 (1994), as amended by sec. 32509 of Pub.L. 112–141, 126 Stat. 405–805 (2012); and 49 CFR 1.87.

Notes of Decisions (9)

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

---

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 392. Driving of Commercial Motor Vehicles (Refs & Annos)
                        Subpart A. General

49 C.F.R. § 392.7

§ 392.7 Equipment, inspection and use.

Currentness

(a) No commercial motor vehicle shall be driven unless the driver is satisfied that the following parts and accessories are in good working order, nor shall any driver fail to use or make use of such parts and accessories when and as needed:

Service brakes, including trailer brake connections.

Parking (hand) brake.

Steering mechanism.

Lighting devices and reflectors.

Tires.

Horn.

Windshield wiper or wipers.

Rear-vision mirror or mirrors.

Coupling devices.

Wheels and rims.

Emergency equipment.

(b) Drivers preparing to transport intermodal equipment must make an inspection of the following components, and must be satisfied they are in good working order before the equipment is operated over the road. Drivers who operate the equipment over the road shall be deemed to have confirmed the following components were in good working order when the driver accepted the equipment:

—Service brake components that are readily visible to a driver performing as thorough a visual inspection as possible without physically going under the vehicle, and trailer brake connections

—Lighting devices, lamps, markers, and conspicuity marking material

—Wheels, rims, lugs, tires

—Air line connections, hoses, and couplers

—King pin upper coupling device

—Rails or support frames

—Tie down bolsters

—Locking pins, clevises, clamps, or hooks

—Sliders or sliding frame lock


**Credits**

[37 FR 26112, Dec. 8, 1972; 53 FR 18057, May 19, 1988; 60 FR 38746, July 28, 1995; 73 FR 76823, Dec. 17, 2008; 74 FR 68708, Dec. 29, 2009; 79 FR 75449, Dec. 18, 2014]


SOURCE: 33 FR 19732, Dec. 25, 1968; 52 FR 27201, July 20, 1987; 53 FR 18057, May 19, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 34711, July 6, 1994; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 59 FR 63924, Dec. 12, 1994; 66 FR 49874, Oct. 1, 2001; 67 FR 55165, Aug. 28, 2002; 73 FR 76823, Dec. 17, 2008; 76 FR 75487, Dec. 2, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 52655, Aug. 23, 2013; 78 FR 58923, Sept. 25, 2013; 80 FR 63695, 63714, Oct. 21, 2015; 81 FR 47721, July 22, 2016; 84 FR 51435, Sept. 30, 2019; 86 FR 55743, Oct. 7, 2021, unless otherwise noted.


AUTHORITY: 49 U.S.C. 504, 13902, 31136, 31151, 31502; Section 112 of Pub.L. 103–311, 108 Stat. 1673, 1676 (1994), as amended by sec. 32509 of Pub.L. 112–141, 126 Stat. 405–805 (2012); and 49 CFR 1.87.


Notes of Decisions (11)

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

**End of Document**                                                         © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 392. Driving of Commercial Motor Vehicles (Refs & Annos)
                        Subpart A. General

49 C.F.R. § 392.9

§ 392.9 Inspection of cargo, cargo securement devices and systems.

Currentness

(a) General. A driver may not operate a commercial motor vehicle and a motor carrier may not require or permit a driver to operate a commercial motor vehicle unless—

(1) The commercial motor vehicle's cargo is properly distributed and adequately secured as specified in §§ 393.100 through 393.136 of this subchapter.

(2) The commercial motor vehicle's tailgate, tailboard, doors, tarpaulins, spare tire and other equipment used in its operation, and the means of fastening the commercial motor vehicle's cargo, are secured; and

(3) The commercial motor vehicle's cargo or any other object does not obscure the driver's view ahead or to the right or left sides (except for drivers of self-steer dollies), interfere with the free movement of his/her arms or legs, prevent his/her free and ready access to accessories required for emergencies, or prevent the free and ready exit of any person from the commercial motor vehicle's cab or driver's compartment.

(b) Drivers of trucks and truck tractors. Except as provided in paragraph (b)(4) of this section, the driver of a truck or truck tractor must—

(1) Assure himself/herself that the provisions of paragraph (a) of this section have been complied with before he/she drives that commercial motor vehicle;

(2) Inspect the cargo and the devices used to secure the cargo within the first 50 miles after beginning a trip and cause any adjustments to be made to the cargo or load securement devices as necessary, including adding more securement devices, to ensure that cargo cannot shift on or within, or fall from the commercial motor vehicle; and

(3) Reexamine the commercial motor vehicle's cargo and its load securement devices during the course of transportation and make any necessary adjustment to the cargo or load securement devices, including adding more securement devices, to ensure that cargo cannot shift on or within, or fall from, the commercial motor vehicle. Reexamination and any necessary adjustments must be made whenever—

(i) The driver makes a change of his/her duty status; or

(ii) The commercial motor vehicle has been driven for 3 hours; or

(iii) The commercial motor vehicle has been driven for 150 miles, whichever occurs first.

(4) The rules in this paragraph (b) do not apply to the driver of a sealed commercial motor vehicle who has been ordered not to open it to inspect its cargo or to the driver of a commercial motor vehicle that has been loaded in a manner that makes inspection of its cargo impracticable.

**Credits**

[36 FR 18863, Sept. 23, 1971, as amended at 37 FR 12642, June 27, 1972; 38 FR 23522, Aug. 31, 1973; 60 FR 38746, July 28, 1995; 63 FR 33278, June 18, 1998; 67 FR 61224, Sept. 27, 2002; 72 FR 55703, Oct. 1, 2007]

SOURCE: 33 FR 19732, Dec. 25, 1968; 52 FR 27201, July 20, 1987; 53 FR 18057, May 19, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 34711, July 6, 1994; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 59 FR 63924, Dec. 12, 1994; 66 FR 49874, Oct. 1, 2001; 67 FR 55165, Aug. 28, 2002; 73 FR 76823, Dec. 17, 2008; 76 FR 75487, Dec. 2, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 52655, Aug. 23, 2013; 78 FR 58923, Sept. 25, 2013; 80 FR 63695, 63714, Oct. 21, 2015; 81 FR 47721, July 22, 2016; 84 FR 51435, Sept. 30, 2019; 86 FR 55743, Oct. 7, 2021, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 13902, 31136, 31151, 31502; Section 112 of Pub.L. 103–311, 108 Stat. 1673, 1676 (1994), as amended by sec. 32509 of Pub.L. 112–141, 126 Stat. 405–805 (2012); and 49 CFR 1.87.

Notes of Decisions (35)

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

---

**End of Document**                      © 2025 Thomson Reuters. No claim to original U.S. Government Works.

§ 392.9a Operating authority., 49 C.F.R. § 392.9a

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 392. Driving of Commercial Motor Vehicles (Refs & Annos)
                        Subpart A. General

49 C.F.R. § 392.9a

§ 392.9a Operating authority.

Currentness

(a) Operating authority required. A motor vehicle providing transportation requiring operating authority must not be operated—

(1) Without the required operating authority or

(2) Beyond the scope of the operating authority granted.

(b) Penalties. Every motor carrier providing transportation requiring operating authority shall be ordered out of service if it is determined that the motor carrier is operating a vehicle in violation of paragraph (a) of this section. In addition, the motor carrier may be subject to penalties in accordance with 49 U.S.C. 14901.

(c) Administrative review. Upon issuance of the out-of-service order under paragraph (b) of this section, the driver shall comply immediately with such order. Opportunity for review shall be provided in accordance with 5 U.S.C. 554 not later than 10 days after issuance of such order.

**Credits**

[67 FR 55165, Aug. 28, 2002; 71 FR 50867, Aug. 28, 2006; 78 FR 60234, Oct. 1, 2013]

SOURCE: 33 FR 19732, Dec. 25, 1968; 52 FR 27201, July 20, 1987; 53 FR 18057, May 19, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 34711, July 6, 1994; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 59 FR 63924, Dec. 12, 1994; 66 FR 49874, Oct. 1, 2001; 67 FR 55165, Aug. 28, 2002; 73 FR 76823, Dec. 17, 2008; 76 FR 75487, Dec. 2, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 52655, Aug. 23, 2013; 78 FR 58923, Sept. 25, 2013; 80 FR 63695, 63714, Oct. 21, 2015; 81 FR 47721, July 22, 2016; 84 FR 51435, Sept. 30, 2019; 86 FR 55743, Oct. 7, 2021, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 13902, 31136, 31151, 31502; Section 112 of Pub.L. 103–311, 108 Stat. 1673, 1676 (1994), as amended by sec. 32509 of Pub.L. 112–141, 126 Stat. 405–805 (2012); and 49 CFR 1.87.

Notes of Decisions (1)

Current through May 20, 2025, 90 FR 21436. Some sections may be more current. See credits for details.

---

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

Case 2:23-cv-00659-ODW-E    Document 117    Filed 05/22/25    Page 40 of 57    Page ID
#:2577
§ 395.3 Maximum driving time for property-carrying vehicles., 49 C.F.R. § 395.3

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 395. Hours of Service of Drivers (Refs & Annos)
                        Subpart A. General (Refs & Annos)

49 C.F.R. § 395.3

§ 395.3 Maximum driving time for property-carrying vehicles.

Currentness

(a) Except as otherwise provided in § 395.1, no motor carrier shall permit or require any driver used by it to drive a property-carrying commercial motor vehicle, nor shall any such driver drive a property-carrying commercial motor vehicle, regardless of the number of motor carriers using the driver's services, unless the driver complies with the following requirements:

(1) Start of work shift. A driver may not drive without first taking 10 consecutive hours off duty;

(2) 14–hour period. A driver may not drive after a period of 14 consecutive hours after coming on-duty following 10 consecutive hours off-duty.

(3) Driving time and interruptions of driving periods—

(i) Driving time. A driver may drive a total of 11 hours during the period specified in paragraph (a)(2) of this section.

(ii) Interruption of driving time. Except for drivers who qualify for either of the short-haul exceptions in § 395.1(e)(1) or (2), driving is not permitted if more than 8 hours of driving time have passed without at least a consecutive 30–minute interruption in driving status. A consecutive 30–minute interruption of driving status may be satisfied either by off-duty, sleeper berth or on-duty not driving time or by a combination of off-duty, sleeper berth and on-duty not driving time.

(b) No motor carrier shall permit or require a driver of a property-carrying commercial motor vehicle to drive, nor shall any driver drive a property-carrying commercial motor vehicle, regardless of the number of motor carriers using the driver's services, for any period after—

(1) Having been on duty 60 hours in any period of 7 consecutive days if the employing motor carrier does not operate commercial motor vehicles every day of the week; or

(2) Having been on duty 70 hours in any period of 8 consecutive days if the employing motor carrier operates commercial motor vehicles every day of the week.

(c)(1) Any period of 7 consecutive days may end with the beginning of an off-duty period of 34 or more consecutive hours.

(2) Any period of 8 consecutive days may end with the beginning of an off-duty period of 34 or more consecutive hours.

(d) [Reserved by 84 FR 48081]

**Credits**

[36 FR 20369, Oct. 21, 1971, as amended at 45 FR 46424 and 46425, July 10, 1980; 52 FR 41721, Oct. 30, 1987; 53 FR 18058, May 19, 1988; 55 FR 32916, Aug. 13, 1990; 57 FR 33649, July 30, 1992; 60 FR 38748, July 28, 1995; 66 FR 49874, Oct. 1, 2001; 68 FR 22516, April 28, 2003; 70 FR 50073, Aug. 25, 2005; 72 FR 71270, Dec. 17, 2007; 73 FR 69586, Nov. 19, 2008; 76 FR 81188, Dec. 27, 2011; 78 FR 58485, Sept. 24, 2013; 78 FR 64181, Oct. 28, 2013; 80 FR 78383, Dec. 16, 2015; 84 FR 48081, Sept. 12, 2019; 85 FR 33452, June 1, 2020]

SOURCE: 33 FR 19758, Dec. 25, 1968; 51 FR 12622, April 14, 1986; 52 FR 41721, Oct. 30, 1987; 53 FR 18058, May 19, 1988; 53 FR 38670, Sept. 30, 1988; 54 FR 7191, Feb. 17, 1989; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 60 FR 38747, July 28, 1995; 61 FR 14679, April 3, 1996; 66 FR 49874, Oct. 1, 2001; 68 FR 22514, April 28, 2003; 72 FR 36790, July 5, 2007; 75 FR 17245, April 5, 2010; 76 FR 25590, May 5, 2011; 77 FR 59828, Oct. 1, 2012; 78 FR 16195, March 14, 2013; 80 FR 78383, Dec. 16, 2015; 81 FR 47721, July 22, 2016; 83 FR 48726, Sept. 27, 2018; 86 FR 57076, Oct. 14, 2021, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 21104(e), 31133, 31136, 31137, 31502; sec. 113, Pub.L. 103–311, 108 Stat. 1673, 1676; sec. 229, Pub.L. 106–159 (as added and transferred by sec. 4115 and amended by secs. 4130–4132, Pub.L. 109–59, 119 Stat. 1144, 1726, 1743, 1744), 113 Stat. 1748, 1773; sec. 4133, Pub.L. 109–59, 119 Stat. 1144, 1744; sec. 32934, Pub.L. 112–141, 126 Stat. 405, 830; sec. 5206(b), Pub.L. 114–94, 129 Stat. 1312, 1537; and 49 CFR 1.87.

Notes of Decisions (62)

Current through May 22, 2025, 90 FR 21870. Some sections may be more current. See credits for details.

Code of Federal Regulations
    Title 49. Transportation
        Subtitle B. Other Regulations Relating to Transportation
            Chapter III. Federal Motor Carrier Safety Administration, Department of Transportation (Refs & Annos)
                Subchapter B. Federal Motor Carrier Safety Regulations
                    Part 396. Inspection, Repair, and Maintenance (Refs & Annos)

49 C.F.R. § 396.17

§ 396.17 Periodic inspection.

Currentness

(a) Every commercial motor vehicle must be inspected as required by this section. The inspection must include, at a minimum, the parts and accessories set forth in appendix A to this part. The term commercial motor vehicle includes each vehicle in a combination vehicle. For example, for a tractor semitrailer, full trailer combination, the tractor, semitrailer, and the full trailer (including the converter dolly if so equipped) must each be inspected.

(b) Except as provided in § 396.23 and this paragraph, motor carriers must inspect or cause to be inspected all motor vehicles subject to their control. Intermodal equipment providers must inspect or cause to be inspected intermodal equipment that is interchanged or intended for interchange to motor carriers in intermodal transportation.

(c) A motor carrier must not use a commercial motor vehicle, and an intermodal equipment provider must not tender equipment to a motor carrier for interchange, unless each component identified in appendix A to this part has passed an inspection in accordance with the terms of this section at least once during the preceding 12 months and documentation of such inspection is on the vehicle. The documentation may be:

(1) The inspection report prepared in accordance with § 396.21(a), or

(2) Other forms of documentation, based on the inspection report (e.g., sticker or decal), which contains the following information:

(i) The date of inspection;

(ii) Name and address of the motor carrier, intermodal equipment provider, or other entity where the inspection report is maintained;

(iii) Information uniquely identifying the vehicle inspected if not clearly marked on the motor vehicle; and

(iv) A certification that the vehicle has passed an inspection in accordance with § 396.17.

(d) A motor carrier may perform the required annual inspection for vehicles under the carrier's control which are not subject to an inspection under § 396.23(a)(1). An intermodal equipment provider may perform the required annual inspection for intermodal equipment interchanged or intended for interchange to motor carriers that are not subject to an inspection under § 396.23(a)(1).

(e) In lieu of the self-inspection provided for in paragraph (d) of this section, a motor carrier or intermodal equipment provider responsible for the inspection may choose to have a commercial garage, fleet leasing company, truck stop, or other similar commercial business perform the inspection as its agent, provided that business operates and maintains facilities appropriate for commercial vehicle inspections and it employs qualified inspectors, as required by § 396.19.

(f) Vehicles passing periodic inspections performed under the auspices of any State government or equivalent jurisdiction in the Canadian Provinces, the Yukon Territory, and Mexico, meeting the minimum standards contained in appendix A to this part, will be considered to have met the requirements of an annual inspection for a period of 12 months commencing from the last day of the month in which the inspection was performed.

(g) It is the responsibility of the motor carrier or intermodal equipment provider to ensure that all parts and accessories on commercial motor vehicles intended for use in interstate commerce for which they are responsible are maintained at, or promptly repaired to, the minimum standards set forth in appendix A to this part.

(h) Failure to perform properly the annual inspection required by this section shall cause the motor carrier or intermodal equipment provider to be subject to the penalty provisions of 49 U.S.C. 521(b).

**Credits**

[53 FR 49410, Dec. 7, 1988; 53 FR 49968, Dec. 12, 1988; 54 FR 50725, Dec. 8, 1989; 73 FR 76825, Dec. 17, 2008; 81 FR 47732, July 22, 2016; 83 FR 22881, May 17, 2018; 86 FR 57077, Oct. 14, 2021]

SOURCE: 44 FR 38526, July 2, 1979; 53 FR 18058, May 19, 1988; 53 FR 49410, Dec. 7, 1988; 54 FR 7191, Feb. 17, 1989; 57 FR 40964, Sept. 8, 1992; 59 FR 60323, Nov. 23, 1994; 59 FR 60324, Nov. 23, 1994; 60 FR 38749, July 28, 1995; 66 FR 49874, Oct. 1, 2001; 73 FR 76823, Dec. 17, 2008; 77 FR 34852, June 12, 2012; 77 FR 59828, Oct. 1, 2012; 78 FR 16195, March 14, 2013; 81 FR 47722, July 22, 2016; 83 FR 48726, Sept. 27, 2018, unless otherwise noted.

AUTHORITY: 49 U.S.C. 504, 31133, 31136, 31151, 31502; sec. 32934, Pub.L. 112–141, 126 Stat. 405, 830; sec. 5524, Pub.L. 114–94, 129 Stat. 1312, 1560; and 49 CFR 1.87.

Notes of Decisions (1)

Current through May 22, 2025, 90 FR 21870. Some sections may be more current. See credits for details.

# EXHIBIT D

United States Code Annotated
  Title 49. Transportation (Refs & Annos)
    Subtitle I. Department of Transportation
      Chapter 1. Organization (Refs & Annos)

49 U.S.C.A. § 113

§ 113. Federal Motor Carrier Safety Administration

Currentness

**(a) In general.**--The Federal Motor Carrier Safety Administration shall be an administration of the Department of Transportation.

**(b) Safety as highest priority.**--In carrying out its duties, the Administration shall consider the assignment and maintenance of safety as the highest priority, recognizing the clear intent, encouragement, and dedication of Congress to the furtherance of the highest degree of safety in motor carrier transportation.

**(c) Administrator.**--The head of the Administration shall be the Administrator who shall be appointed by the President, by and with the advice and consent of the Senate, and shall be an individual with professional experience in motor carrier safety. The Administrator shall report directly to the Secretary of Transportation.

**(d) Deputy administrator.**--The Administration shall have a Deputy Administrator appointed by the Secretary, with the approval of the President. The Deputy Administrator shall carry out duties and powers prescribed by the Administrator.

**(e) Chief Safety Officer.**--The Administration shall have an Assistant Federal Motor Carrier Safety Administrator appointed in the competitive service by the Secretary, with the approval of the President. The Assistant Administrator shall be the Chief Safety Officer of the Administration. The Assistant Administrator shall carry out the duties and powers prescribed by the Administrator.

**(f) Powers and duties.**--The Administrator shall carry out--

  **(1)** duties and powers related to motor carriers or motor carrier safety vested in the Secretary by chapters 5, 51, 55, 57, 59, 133 through 149, 311, 313, 315, and 317 and by section 18 of the Noise Control Act of 1972 (42 U.S.C. 4917; 86 Stat. 1249-1250); except as otherwise delegated by the Secretary to any agency of the Department of Transportation other than the Federal Highway Administration, as of October 8, 1999; and

  **(2)** additional duties and powers prescribed by the Secretary.

**(g) Limitation on transfer of powers and duties.**--A duty or power specified in subsection (f)(1) may only be transferred to another part of the Department when specifically provided by law.

§ 113. Federal Motor Carrier Safety Administration, 49 USCA § 113

**(h) Effect of certain decisions.**--A decision of the Administrator involving a duty or power specified in subsection (f)(1) and involving notice and hearing required by law is administratively final.


**(i) Consultation.**--The Administrator shall consult with the Federal Highway Administrator and with the National Highway Traffic Safety Administrator on matters related to highway and motor carrier safety.


**CREDIT(S)**

   (Added Pub.L. 106-159, Title I, § 101(a), Dec. 9, 1999, 113 Stat. 1750.)


Notes of Decisions (5)

49 U.S.C.A. § 113, 49 USCA § 113
Current through P.L. 119-5. Some statute sections may be more current, see credits for details.

---

**End of Document**                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT E

 KeyCite Yellow Flag
Proposed Legislation

United States Code Annotated
  Title 49. Transportation (Refs & Annos)
    Subtitle IV. Interstate Transportation (Refs & Annos)
      Part B. Motor Carriers, Water Carriers, Brokers, and Freight Forwarders (Refs & Annos)
        Chapter 131. General Provisions

49 U.S.C.A. § 13102

§ 13102. Definitions

Currentness

In this part, the following definitions shall apply:

**(1) Board.**--The term "Board" means the Surface Transportation Board.

**(2) Broker.**--The term "broker" means a person, other than a motor carrier or an employee or agent of a motor carrier, that as a principal or agent sells, offers for sale, negotiates for, or holds itself out by solicitation, advertisement, or otherwise as selling, providing, or arranging for, transportation by motor carrier for compensation.

**(3) Carrier.**--The term "carrier" means a motor carrier, a water carrier, and a freight forwarder.

**(4) Contract carriage.**--The term "contract carriage" means--

**(A)** for transportation provided before January 1, 1996, service provided pursuant to a permit issued under section 10923, as in effect on December 31, 1995; and

**(B)** for transportation provided after December 31, 1995, service provided under an agreement entered into under section 14101(b).

**(5) Control.**--The term "control", when referring to a relationship between persons, includes actual control, legal control, and the power to exercise control, through or by--

**(A)** common directors, officers, stockholders, a voting trust, or a holding or investment company, or

**(B)** any other means.

**(6) Foreign motor carrier.**--The term "foreign motor carrier" means a person (including a motor carrier of property but excluding a motor private carrier)--

**(A)(i)** that is domiciled in a contiguous foreign country; or

**(ii)** that is owned or controlled by persons of a contiguous foreign country; and

**(B)** in the case of a person that is not a motor carrier of property, that provides interstate transportation of property by motor vehicle under an agreement or contract entered into with a motor carrier of property (other than a motor private carrier or a motor carrier of property described in subparagraph (A)).

**(7) Foreign motor private carrier.**--The term "foreign motor private carrier" means a person (including a motor private carrier but excluding a motor carrier of property)--

**(A)(i)** that is domiciled in a contiguous foreign country; or

**(ii)** that is owned or controlled by persons of a contiguous foreign country; and

**(B)** in the case of a person that is not a motor private carrier, that provides interstate transportation of property by motor vehicle under an agreement or contract entered into with a person (other than a motor carrier of property or a motor private carrier described in subparagraph (A)).

**(8) Freight forwarder.**--The term "freight forwarder" means a person holding itself out to the general public (other than as a pipeline, rail, motor, or water carrier) to provide transportation of property for compensation and in the ordinary course of its business--

**(A)** assembles and consolidates, or provides for assembling and consolidating, shipments and performs or provides for break-bulk and distribution operations of the shipments;

**(B)** assumes responsibility for the transportation from the place of receipt to the place of destination; and

**(C)** uses for any part of the transportation a carrier subject to jurisdiction under this subtitle.

The term does not include a person using transportation of an air carrier subject to part A of subtitle VII.

**(9) Highway.**--The term "highway" means a road, highway, street, and way in a State.

**(10) Household goods.**--The term "household goods", as used in connection with transportation, means personal effects and property used or to be used in a dwelling, when a part of the equipment or supply of such dwelling, and similar property if the transportation of such effects or property is--

**(A)** arranged and paid for by the householder, except such term does not include property moving from a factory or store, other than property that the householder has purchased with the intent to use in his or her dwelling and is transported at the request of, and the transportation charges are paid to the carrier by, the householder; or

**(B)** arranged and paid for by another party.

**(11) Household goods freight forwarder.**--The term "household goods freight forwarder" means a freight forwarder of one or more of the following items: household goods, unaccompanied baggage, or used automobiles.

**(12) Household goods motor carrier.**--

**(A) In general.**--The term "household goods motor carrier" means a motor carrier that, in the ordinary course of its business of providing transportation of household goods, offers some or all of the following additional services:

**(i)** Binding and nonbinding estimates.

**(ii)** Inventorying.

**(iii)** Protective packing and unpacking of individual items at personal residences.

**(iv)** Loading and unloading at personal residences.

**(B) Inclusion.**--The term includes any person that is considered to be a household goods motor carrier under regulations, determinations, and decisions of the Federal Motor Carrier Safety Administration that are in effect on the date of enactment of the Household Goods Mover Oversight Enforcement and Reform Act of 2005.

**(C) Limited service exclusion.**--The term does not include a motor carrier when the motor carrier provides transportation of household goods in containers or trailers that are entirely loaded and unloaded by an individual (other than an employee or agent of the motor carrier).

**(13) Individual shipper.**--The term "individual shipper" means any person who--

**(A)** is the shipper, consignor, or consignee of a household goods shipment;

WESTLAW  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

**(B)** is identified as the shipper, consignor, or consignee on the face of the bill of lading;

**(C)** owns the goods being transported; and

**(D)** pays his or her own tariff transportation charges.

**(14) Motor carrier.**--The term "motor carrier" means a person providing motor vehicle transportation for compensation.

**(15) Motor private carrier.**--The term "motor private carrier" means a person, other than a motor carrier, transporting property by motor vehicle when--

    **(A)** the transportation is as provided in section 13501 of this title;

    **(B)** the person is the owner, lessee, or bailee of the property being transported; and

    **(C)** the property is being transported for sale, lease, rent, or bailment or to further a commercial enterprise.

**(16) Motor vehicle.**--The term "motor vehicle" means a vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway in transportation, or a combination determined by the Secretary, but does not include a vehicle, locomotive, or car operated only on a rail, or a trolley bus operated by electric power from a fixed overhead wire, and providing local passenger transportation similar to street-railway service.

**(17) Noncontiguous domestic trade.**--The term "noncontiguous domestic trade" means transportation subject to jurisdiction under chapter 135 involving traffic originating in or destined to Alaska, Hawaii, or a territory or possession of the United States.

**(18) Person.**--The term "person", in addition to its meaning under section 1 of title 1, includes a trustee, receiver, assignee, or personal representative of a person.

**(19) Pre-arranged ground transportation service.**--The term "pre-arranged ground transportation service" means transportation for a passenger (or a group of passengers) that is arranged in advance (or is operated on a regular route or between specified points) and is provided in a motor vehicle with a seating capacity not exceeding 15 passengers (including the driver).

**(20) Secretary.**--The term "Secretary" means the Secretary of Transportation.

**(21) State.**--The term "State" means the 50 States of the United States and the District of Columbia.

**(22) Taxicab service.**--The term "taxicab service" means passenger transportation in a motor vehicle having a capacity of not more than 8 passengers (including the driver), not operated on a regular route or between specified places, and that--

**(A)** is licensed as a taxicab by a State or a local jurisdiction; or

**(B)** is offered by a person that--

**(i)** provides local transportation for a fare determined (except with respect to transportation to or from airports) primarily on the basis of the distance traveled; and

**(ii)** does not primarily provide transportation to or from airports.

**(23) Transportation.**--The term "transportation" includes--

**(A)** a motor vehicle, vessel, warehouse, wharf, pier, dock, yard, property, facility, instrumentality, or equipment of any kind related to the movement of passengers or property, or both, regardless of ownership or an agreement concerning use; and

**(B)** services related to that movement, including arranging for, receipt, delivery, elevation, transfer in transit, refrigeration, icing, ventilation, storage, handling, packing, unpacking, and interchange of passengers and property.

**(24) United States.**--The term "United States" means the States of the United States and the District of Columbia.

**(25) Vessel.**--The term "vessel" means a watercraft or other artificial contrivance that is used, is capable of being used, or is intended to be used, as a means of transportation by water.

**(26) Water carrier.**--The term "water carrier" means a person providing water transportation for compensation.

**(27) Over-the-road bus.**--The term "over-the-road bus" means a bus characterized by an elevated passenger deck located over a baggage compartment.

## CREDIT(S)

(Added Pub.L. 104-88, Title I, § 103, Dec. 29, 1995, 109 Stat. 854; amended Pub.L. 104-287, § 5(27), Oct. 11, 1996, 110 Stat. 3390; Pub.L. 106-159, Title II, § 209(a), Dec. 9, 1999, 113 Stat. 1764; Pub.L. 107-298, § 3(a), Nov. 26, 2002, 116 Stat. 2343; Pub.L. 109-59, Title IV, §§ 4142(a), 4202(b), Aug. 10, 2005, 119 Stat. 1747, 1751; Pub.L. 110-244, Title III, § 305(c), June 6, 2008, 122 Stat. 1620; Pub.L. 110-291, § 3, July 30, 2008, 122 Stat. 2915.)

Notes of Decisions (100)

49 U.S.C.A. § 13102, 49 USCA § 13102
Current through P.L. 119-5. Some statute sections may be more current, see credits for details.

---

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT F

**USDOT Number**    ○ MC/MX Number    ○ Name

Enter Value: 2742970

[ Search ]

### Company Snapshot
**ROOSEVELT L ESPINOSA**
USDOT Number: 2742970

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

| Other Information for this Carrier |
| --- |
| ▼ SMS Results |
| ▼ Licensing & Insurance |

### USDOT Status

- **ACTIVE:** The entity's US DOT number is active.
- **INACTIVE:** Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

### Operating Authority Status

- **AUTHORIZED FOR { Passenger, Property, HHG }:** This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED:** The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
  - *Please Note:* NOT AUTHORIZED does not apply to Private or Intrastate operations.
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

### Out of Service Date

Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to SAFER General Help.

**The information below reflects the content of the FMCSA management information systems as of 05/21/2025. Carrier Registration Information Outdated. Carrier VMT Outdated.**

| USDOT INFORMATION | | | |
| --- | --- | --- | --- |
| Entity Type: | CARRIER | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None |
| USDOT Number: | 2742970 | State Carrier ID Number: | |
| MCS-150 Form Date: | 12/08/2021 | MCS-150 Mileage (Year): | 55,200 (2020) |
| OPERATING AUTHORITY INFORMATION | | | |
| Operating Authority Status: | NOT AUTHORIZED *Please Note: NOT AUTHORIZED does not apply to Private or Intrastate operations. For Licensing and Insurance details click here. | | |
| MC/MX/FF Number(s): | | | |
| COMPANY INFORMATION | | | |
| Legal Name: | ROOSEVELT L ESPINOSA | | |
| DBA Name: | YITO EXPRESS | | |
| Physical Address: | 13802 GRAYSTONE AVE NORWALK, CA  90650 | | |
| Phone: | (310) 976-2387 | | |
| Mailing Address: | 13802 GRAYSTONE AVE NORWALK, CA  90650 | | |
| DUNS Number: | -- | | |
| Power Units: | 1 | Drivers: | 1 |
| Operation Classification: | | | |

| | | |
| --- | --- | --- |
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

| Carrier Operation: | | | |
| --- | --- | --- | --- |
| Interstate | Intrastate Only (HM) | X Intrastate Only (Non-HM) | |

| Cargo Carried: | | |
| --- | --- | --- |
| X General Freight | Liquids/Gases | Chemicals |

| | | |
|---|---|---|
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**[ID/Operations](#) | Inspections/Crashes In US | [Inspections/Crashes In Canada](#) | [Safety Rating](#)**

**US Inspection results for 24 months prior to: 05/21/2025**

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to [Inspections Help](#) for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 04/25/2025* | 22.26% | 6.67% | 4.44% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

**Inspections**

*Number of roadside inspections conducted within the past two years. (Note: These inspections are distinct from the periodic inspections required under 49 CFR Part 396.17, and may not include inspection of all parts and accessories set forth in 49 CFR Part 396 Appendix A.)*

*The inspections listed on SAFER are conducted in accordance with the North American Standard Inspection Program which was created by the Commercial Vehicle Safety Alliance (CVSA) as the roadside inspection process for inspecting commercial motor vehicles and drivers throughout North America.*

*Inspections are listed as total, driver, vehicle, and Hazmat. Please see [https://www.fmcsa.dot.gov/safety/question-1-can-violation-free-cvsa-level-i-or-level-v-inspection-be-used-satisfy-periodic](https://www.fmcsa.dot.gov/safety/question-1-can-violation-free-cvsa-level-i-or-level-v-inspection-be-used-satisfy-periodic) for more details.*

**Crashes reported to FMCSA by states for 24 months prior to: 05/21/2025**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

**[ID/Operations](#) | [Inspections/Crashes In US](#) | Inspections/Crashes In Canada | [Safety Rating](#)**

**Canadian Inspection results for 24 months prior to: 05/21/2025**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to [Inspections Help](#) for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to:** **05/21/2025**

**Note:** Crashes listed represent a motor carrierâ€™s involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|------|-------|--------|-----|-------|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of:** **05/21/2025**

**Review Information:**

| Rating Date: | None | | Review Date: | None |
|--------------|------|---|--------------|------|
| Rating: | None | | Type: | None |

---



SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts