Aaron Kaufmann, SBN 148580
akaufmann@kgworklaw.com
Elizabeth Gropman, SBN 294156
egropman@kgworklaw.com
KAUFMANN & GROPMAN, LLP
1939 Harrison Street, Suite 620
Oakland, CA 94612
Telephone: (510) 817-4380

*(Additional Counsel on Next Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT ESPINOSA; RUXNER ANDINO; EMEKA ANIAGBA; MAYCOL CAMEY; HANS DURAN; JOSE FERNANDEZ; CESAR GALINDO; ANTONIO HERMOSILLO; OTASOWIE ISIBOR; ISRAEL PONCE; SONIA ALVAREZ, successor in interest to and as substituted for RAFAEL ZAYAS; and MANUEL GUZMAN, | CASE NO. 2:23-CV-00659 ODW (Ex) [Assigned to the Honorable Otis D. Wright II – Courtroom 5D] **PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiffs, | **Date:** **July 14, 2025** **Time:** **1:30 pm** |
| v. | **Before:** **Hon. Otis D. Wright, II** |
| CEVA FREIGHT, LLC., a Delaware Company; and DOES 1-10, inclusive, | **Final PTC:** **Sep. 22, 2025** **Trial Date:** **Oct. 14, 2025** |
| Defendants. | |

James M. Finberg, SBN 114850
jfinberg@altshulerberzon.com
Eve H. Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Amanda C. Lynch, SBN 318022
alynch@altshulerberzon.com
Jonah Lalas, SBN 286755
jlalas@altshulerberzon.com
Alice Xiaohe Wang
awang@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cornelia Ho-Chin Dai, SBN 207435
cdai@hadsellstormer.com
Sarah Cayer, SBN 334166
scayer@hadsellstormer.com
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

*Attorneys for Plaintiffs*

# PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

| No. | Fact | Supporting Evidence |
|-----|------|---------------------|
| 1. | The Federal Motor Carrier Safety Administration ("FMCSA") is an agency within the United States Department of Transportation ("DOT") charged with regulating and licensing large trucks, buses, brokers, and hazardous material shipments. | **Undisputed.** |
| 2. | The FMCSA regulations codify the distinct roles different businesses play in the movement of freight, including: (1) shippers, (2) brokers (also called a "transportation intermediary"), and (3) motor carriers. | **Undisputed.** |
| 3. | In addition to defining each of those roles, the regulations govern the activities that each type of entity performs and how freight can be transported without violating the federal rules. | **Undisputed.** |
| 4. | The FMCSA requires motor carriers and their drivers to meet the regulatory requirements set forth under the Federal Motor Carrier Safety Regulations ("FMCSR"), including that a motor carrier must have operating authority. | **Undisputed.** |

| 5. | Freight brokers must also comply with the FMCSR, as well as have protocols in place to ensure those motor carriers and drivers contracted will also meet those requirements. | **Undisputed.** |
|---|---|---|
| 6. | These distinct and established roles are necessary to fulfill the Congressional mandate to provide for the safe and efficient transportation of cargo. | **Disputed in part as to "necessary to fulfill the Congressional mandate to provide for . . . efficient transportation of cargo."**<br><br>Supporting Evid.:<br>*See* RJN at 49 U.S.C. § 113(b).<br><br>**Opposing Evidence**:<br>*See* 49 U.S.C. § 113(b) (does not address efficiency in transporting cargo). |
| 7. | CEVA and its sister companies comprise a global logistics network that markets itself as "CEVA Logistics." | **Undisputed**. |
| 8. | The services offered by CEVA Logistics are advertised to the public through a website found at www.cevalogistics.com. | **Undisputed**. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT
CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 9. | As shown by the "What We Do" page of the website, CEVA Logistics provides a wide range of supply chain solutions for large and medium-size national and multinational companies across the globe, including air, ocean, ground and rail freight, as well as warehousing and fulfillment, project logistics, and finished vehicle logistics. | **Undisputed.** |
| 10. | CEVA Logistics's global industries include the consumer & retail, automotive & industrial, and aerospace sectors. | **Undisputed.** |
| 11. | CEVA Logistics advertises itself as a provider capable of providing global supply chain management and end-to-end logistics solutions. | **Undisputed.** |
| 12. | CEVA Freight, LLC is a freight forwarder, which includes responsibility for warehousing and "final mile" fulfillment services for goods that are moving through CEVA Logistics's system. | **Undisputed.** |
| 13. | For example, at its distribution facility in Ontario, California, CEVA receives shipping containers that have recently arrived at the Ports of Los Angeles and Long Beach. | **Undisputed.** |

| 14. | Because of the logistics services offered through CEVA Logistics, the movement of those containers—including from their points of origin in other countries like China and Vietnam—can be coordinated through the same network, including booking space on a shipping container vessel, paying import/export dues, and real-time tracking of movements. | **Undisputed**. |
|---|---|---|
| 15. | The freight-forwarding operations are only a small portion of the overall services which CEVA Logistics offers to the public. | **Disputed in part as to "small portion of the overall services."**<br><br>**Supporting Evid.:**<br>Ramirez Decl., ¶ 3.<br><br>**Objection:**<br>Ramirez Decl., ¶ 3 – conclusory, no foundation, lacks personal knowledge. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 16. | Since at least 2017, CEVA has outsourced its trucking needs in California through Cargomatic Inc., a registered freight broker. | **Disputed**.<br><br>**Supporting Evid.:**<br>Guzman Depo. 29:3-6; Espinosa Depo. 43:19-44:14; 45:16-22; 89:12-90:9; Hogan Depo. 31:25-32:7; Ramirez Depo. 226:4-25, Ex. 57; 257:3-18; Hogan Depo. 63:22-64:10, Ex. 5; 132:2-4, Ex. 13; Hogan Decl. ¶ 14; Ramirez Decl. ¶ 4-5.<br><br>**Opposing Evid.:**<br>Declaration of Sarah Cayer in Opposition to Defendant's Motion for Partial Summary Judgment ("Cayer Decl."), Exh. 1,[1] Deposition of Manuel Ramirez, as CEVA's corporate designee ("CEVA Depo.") 39:13-15, 48:13-19, 103:8-12, 290:3-22. |

---

[1] All Plaintiffs' references to an "Exh." is an exhibit attached to the Cayer Decl.

| 17. | In its relationship with Cargomatic, CEVA exclusively functions as a shipper. | **Disputed.**<br><br>**Supporting Evid.:**<br>Guzman Depo. 63:1-3; Fernandez Depo. 163:5-8.; Hogan Depo 63:22-64:10, Ex. 5; 132:2-4, Ex. 13; Ramirez Depo. 226:4-25, Ex. 57; Ramirez Decl. ¶ 6.<br><br>**Objections:**<br>*See* Plaintiffs Opposition MPA ("Pl. Opp.") at §IV.A (evidence cited does not support factual assertions; legal arguments and conclusions should be disregarded).<br><br>Ramirez Decl. ¶ 6 (identifying CEVA "as a shipper") – lacks foundation; no personal knowledge shown; lay opinion; legal conclusion.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 94:20-96:4, 242:9-243:13.<br><br>Dkt. 119-27, ¶11 (economic terms between CEVA, its customer, and Cargomatic).<br><br>Cayer Decl., ¶ 28, Exh. 26, FMCSA site excerpt listing CEVA as "carrier/broker." |
| 18. | A shipper is a "person who tenders property to a motor carrier or driver of a commercial motor vehicle for transportation in interstate commerce . . . ." | **Undisputed.** |

6

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT
CASE NO. 2:23-CV-00659

| 19. | CEVA, as a shipper, relies on Cargomatic, as a registered broker, to arrange, coordinate, and fulfill shipment of CEVA's customers' freight to its final destination. | **Disputed in part that CEVA is a "shipper."**<br><br>**Supporting Evid.:**<br>Hogan Depo. 63:22-64:10, Ex. 5; Ramirez Depo. 66:9-15; 235:15-236:7; 226:4-25; Ex. 57; Hogan Decl. ¶ 7.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 94:20-96:4.<br><br>Dkt. 119-27, ¶11 (economic terms between CEVA, its customer, and Cargomatic).<br><br>Cayer Decl., ¶ 28, Exh. 26, FMCSA site excerpt listing CEVA as "carrier/broker." |
| --- | --- | --- |
| 20. | CEVA as a shipper, reserves the right based on its business judgment to take possession of a shipment and complete the delivery if the motor carrier has demonstrated an inability to complete the delivery of a shipment, or to comply with customer requirements. | **Undisputed.** |

| | | | |
|---|---|---|---|
| 21. | Accordingly, CEVA maintained only limited authority over whether Plaintiffs could deliver for CEVA shipments, based on good cause, but had no control over whether Plaintiffs could continue to drive for Cargomatic's other customers. | **Disputed in part as to CEVA having "maintained only *limited* authority over whether Plaintiffs could deliver for CEVA shipments."**  (Emphasis added).<br><br>**Supporting Evid.:**<br>Guzman Depo. 62:16-69:24; Espinosa Depo. 45:3-47-13; Hogan Depo. 126:23-127:11; Ramirez Depo. 226:4-25, Ex. 57; Ramirez Decl. ¶ 6.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 125:8-24.<br><br>Exh. 2, Deposition of Matthew Hogan, as Cargomatic's corporate designee ("Cargomatic Depo.") 85:14-22 , 122:20-123:13, 141:18-23.<br><br>Cayer Decl. ¶ 6, Exh. 4, Deposition of Jose Fernandez ("Fernandez Depo.") 80:8-9, 145:15-19, 147:6-16, 151:24-153:22, 154:9-20, 162:3-163:4. | |
| 22. | Without Cargomatic's fulfillment of CEVA's shipping needs, there are other mechanisms by which CEVA profits. | **Disputed.**<br><br>**Supporting Evidence:**<br>Ramirez Decl. ¶12.<br><br>**Objections:**<br>*See* "Pl. Opp." at §IV.A (legal arguments and conclusions should be disregarded).<br><br>Ramirez Decl. ¶ 12- lacks foundation; no personal knowledge shown; lay opinion; legal conclusion. | |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | | |
|---|---|---|---|
| 23. | CEVA maintains several ground operation facilities throughout California: San Francisco, Sacramento, Los Angeles, Ontario, and San Diego. | **Undisputed**. | |
| 24. | Plaintiffs transported CEVA shipments only from CEVA's Los Angeles and Ontario locations. | **Undisputed.** | |
| 25. | CEVA personnel do not load freight onto the licensed motor carrier's trucks. | **Disputed**.<br><br>**Supporting Evid.:**<br>Guzman Depo. 137:11-138:11; Espinosa Depo. 203:15-18; 207:11-18; Fernandez Depo. 165:12-16; Ramirez Depo.79:8-18; 257:3-18, 226:4-25; Ex. 57; Ramirez Decl., ¶ 7.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 77:24-78:15. | |

| 26. | Once the freight has been picked up, CEVA has limited communications with the licensed motor carriers. | **Disputed in part as to whether the communications were "limited."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 150:6-151:13; Espinosa Depo. 227:23-228:11; Ramirez Depo. 51:6-52:4; 112:16-25; Ramirez Decl. ¶ 9.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 23:3-8, 24:3-16.<br><br>Cayer Decl. ¶ 5, Exh. 3, Deposition of Roosevelt Espinosa ("Espinosa Depo.") 218:8-228:2.<br><br>Exh. 4, Fernandez Depo. 167:16-168:20, 170:4-175:11.<br><br>Cayer Decl. ¶ 7, Exh. 5, Deposition of Manuel Guzman ("Guzman Depo.") 149:2-150:24.<br><br>Declaration of Roosevelt Espinosa in Opposition to Defendant's Motion for Partial Summary Judgment ("Espinosa Oppos. Decl.") ¶¶ 19-20.<br><br>Declaration of Jose Fernandez in Opposition to Defendant's Motion for Partial Summary Judgment ("Fernandez Oppos. Decl.") ¶ 24.<br><br>Declaration of Manuel Guzman in Opposition to Defendant's Motion for Partial Summary Judgment, ("Guzman Oppos. Decl.") ¶ 20. |
| --- | --- | --- |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | 27. | Upon completion of the delivery, the carrier's driver will submit the paperwork to a CEVA employee showing that the CEVA's customer's delivery was executed and accepted without incident by the customer. | **Undisputed**. |
|---|---|---|---|
| | 28. | Any payment for Plaintiffs' services are settled directly with the carriers by Cargomatic. | **Undisputed.** |
| | 29. | Cargomatic is a licensed freight broker with the U.S. DOT. | **Undisputed**. |
| | 30. | Under the FMCSA, a freight broker is "a person who, for compensation, arranges, or offers to arrange, the transportation of property by an authorized motor carrier." | **Undisputed.** |
| | 31. | Brokers play a critical role in the supply chain industry by coordinating numerous individual delivery orders and the physical transportation of goods by contracted motor carriers. | **Undisputed.**<br><br>**Objection:**<br>Van Steenburg Rpt. at 6 ("[P]laintiffs . . . are not CEVA employees") – improper legal conclusion. |
| | 32. | Brokers, like Cargomatic, contract with licensed motor carriers, third-party partners, like Plaintiffs, that have the authority, credentials, and licensing under the FMCSA to transport freight, as brokers do not have that regulatory authority. | **Undisputed.** |

| | | |
|---|---|---|
| 33. | Cargomatic contracts with more than 10,000 freight haulers and uses a proprietary approach, network, and technology to offer motor carriers more than 1,500 freight loads every day. | **Undisputed**. |
| 34. | Cargomatic uses its proprietary mobile device application ("Cargomatic app") to upload delivery orders in real time for selection by available carriers. | **Undisputed**. |
| 35. | For instance, Cargomatic offers delivery orders of all sizes, including less than truckload ("LTL") and full truckload. | **Undisputed**. |
| 36. | Cargomatic partners with companies that operate some of the largest and most complex supply chains in the United States, contracting with each of the top 10 retailers, as well as 13 of the top 20 shippers, in the country. | **Undisputed.** |
| 37. | Cargomatic coordinates deliveries for multiple customers, including, but not limited to, CEVA. | **Undisputed.** |
| 38. | Thus, licensed motor carriers can choose to deliver products only for CEVA, only for other Cargomatic customers, or a combination of both. | **Undisputed.** |

| | | | |
|---|---|---|---|
| 39. | A "motor carrier" is "a person providing motor vehicle transportation for compensation." | **Undisputed**. | |
| 40. | It is undisputed that Plaintiffs' businesses were motor carriers from January 27, 2019 to when they stopped contracting with Cargomatic ("covered period"). | **Disputed in part as to whether Plaintiffs operated as "motor carriers" through distinct legal "business[ ]" entities and as to whether they contracted with Cargomatic as "businesses."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 26:2-5; 44:9-11; 54:21-55:7; 60:12-61:13, Ex. 3; 94:19-24; Espinosa Depo. 51:19-24; see RJN at SAFER printout for Espinosa; Depo. 68:1-69:8, Ex. 4; 69:22-70:19; 81:10-15.<br><br>**Opposing Evid.:**<br>Dkt. 119-03, CARGOMATIC_001536 (Carrier Name says "Roosevelt L Espinosa"), 001556-58 (same), 001578-79 (same).<br><br>Dkt. 119-13, CARGOMATIC _000993 (Carrier Name says "Jose Ernesto Fernandez"), 001010-11 (same).<br><br>Dkt. 119-14, CARGOMATIC_001012 (Legal Name says "Jose Ernesto Fernandez"), CARGOMATIC_00101029 (same).<br><br> Dkt. 119-24, CARGOMATIC_001199 (Carrier Name says "Manuel Guzman Fuentes"), 001219-20 (same). | |

| 41. | Plaintiffs all formed a registered business entity in California, and were licensed with the DOT and the state of California with operating authority to transport commercial property. | **Disputed in part as to "registered business entity in California."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 54:21-55:7; 55:17-19, Ex. 2; 56:11-57:17; 57:22-58:7; 60:12-61:13, Ex. 3; 94:19-24; Espinosa Depo. 104:21-105:15, Ex. 21; 109:7-14; Fernandez Depo. 16:19-19:7, Exs. 1, 2; 22:2-7; 68:1-18, Ex. 4; Hogan Depo. 24:10-12; 54:19-55:1; 65:5-10.<br><br>**Opposing Evid.:**<br>Espinosa Oppos. Decl. ¶ 4.<br><br>Fernandez Oppos. Decl. ¶ 4.<br><br>Guzman Oppos. Decl. ¶ 4. |
|---|---|---|
| 42. | In 2017, CEVA ceased providing trucking services in California directly using independent owner-operators. | **Disputed in part in so far as "directly" refers to drivers under direct contract with CEVA.**<br><br>**Supporting Evid.:**<br>Ramirez Depo. 226:4-25, Ex. 57; Ramirez Decl. ¶ 4.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo 103:8-12, 290:3-22. |
| 43. | Instead, CEVA contracted with Cargomatic, a broker, to arrange for any trucking services. | **Disputed in part in so far as "any trucking services" means all of CEVA's trucking services.**<br><br>**Supporting Evid.:**<br>Ramirez Depo. 226:4-25, Ex. 57; Ramirez Decl. ¶ 4-5.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 39:13-15, 43:2-15, 48:13-19, 50:2-7, 103:8-12, 111:13-20, 290:3-22. |

| | | |
|---|---|---|
| 44. | CEVA informed the independent owner-operators that were then contracting directly with CEVA and providing trucking services under CEVA's DOT operating authority, including Plaintiffs, that CEVA would no longer contract directly with independent owner-operators for trucking, since CEVA would be using a federally licensed freight broker to arrange and contract any trucking services. | **Undisputed.** |
| 45. | CEVA advised these independent owner-operators, including Plaintiffs, that CEVA would be contracting with Cargomatic as a freight broker. | **Undisputed.** |
| 46. | Accordingly, any independent owners-operators that intended to provide trucking services to CEVA would need obtain their own DOT motor carrier authority and contract with Cargomatic independently as licensed motor carriers should they decide to continue hauling. | **Undisputed.** |

| | | | |
|---|---|---|---|
| | 47. | This included Plaintiffs learning, through information sessions with Cargomatic personnel, that they would need to obtain their own motor carrier authority and obtain any required insurance. | **Undisputed.** |
| | 48. | CEVA did not assist its existing personnel with the transition to licensed motor carrier status, provide loans for vehicles, direct people to preferred vendors, or otherwise facilitate the transition or certification process. | **Undisputed.** |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 49. | Each Plaintiff executed a Terms of Service agreement ("TOS") with Cargomatic on behalf of their motor carrier business, which required Plaintiffs and their business to comply with certain obligations and laws, and provide the necessary documentation and credentials to Cargomatic. | **Disputed in part as to each Plaintiff executing a TOS "on behalf of their motor carrier business."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 132:10-133:9, Ex. 12.; Espinosa Depo. 126:7-22, Ex. 28; 127:14-128:5; 128:7-131:17, Ex. 29; 132:19-133:4; Fernandez Depo. 72:11-73:9, Ex. 5; 73:10-77:7, Exs. 6-7; 77:9-78:23; Hogan Depo. 127:13-25; 128:17-132:4; 149:5-25; Hogan Decl., ¶¶ 10, 15-16.<br><br>**Opposing Evid.:**<br>Dkt. 119-03, CARGOMATIC_001536 (Carrier Name says "Roosevelt L Espinosa"), 001556-58 (same), 001578-79 (same).<br><br>Dkt. 119-13, CARGOMATIC _000993 (Carrier Name says "Jose Ernesto Fernandez"), 001010-11 (same).<br><br>Dkt. 119-14, CARGOMATIC_001012 (Legal Name says "Jose Ernesto Fernandez"), CARGOMATIC_00101029 (same).<br><br>Dkt. 119-24, CARGOMATIC_001199 (Carrier Name says "Manuel Guzman Fuentes"), 001219-20 (same). |
| 50. | All motor carriers that provide trucking services to Cargomatic are expected to provide the necessary documentation and credentials and to execute a TOS between Cargomatic and the licensed third-party partner motor carrier. | **Undisputed**. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | | |
|---|---|---|---|
| | 51. | CEVA employees have limited communications with the motor carriers related to performing additional work located within the driver's current route location, estimated time of arrival, incorrect delivery paperwork, and late arrivals including truck breakdowns. | **Disputed in part as to whether CEVA's communications with the motor carriers was "limited."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 140:25-141:10; 147:15-149;1; 150:6-151:13; Espinosa Depo. 221:16-222:24; 227:23-228:11; Ramirez Depo. 51:12-24; 112:16-25; Ramirez ¶ 9.<br><br>**Opposing Evid.:**<br>Exh. 1, CEVA Depo. 23:3-8, 24:3-16.<br><br>Exh. 3, Espinosa Depo. 218:8-228:2.<br><br>Exh. 4, Fernandez Depo. 167:16-168:20, 170:4-175:11.<br><br>Exh. 5, Guzman Depo. 149:2-150:24.<br><br>Espinosa Oppos. Decl. ¶¶ 6, 16-20.<br><br>Fernandez Oppos. Decl. ¶¶ 8, 24.<br><br>Guzman Oppos. Decl. ¶ 20. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 52. | Otherwise, oversight of deliveries and other issues are handled by Cargomatic. | **Disputed.**<br><br>**Supporting Evid.:**<br>Hogan Depo. 58:1-60:1.; 61:1-19; 161:6-162:7; Hogan Decl., ¶ 26.<br><br>**Objection**:<br>*See* "Pl. Opp." at §IV.A (legal arguments and conclusions should be disregarded).<br><br>**Opposing Evid.:**<br><br>Exh. 1, CEVA Depo. 23:3-8, 24:3-16.<br><br>Exh. 3, Espinosa Depo. 218:8-228:2.<br><br>Exh. 4, Fernandez Depo. 167:16-168:20.<br><br>Exh. 5, Guzman Depo. 149:2-150:24.<br><br>Espinosa Oppos. Decl. ¶¶ 6, 16-20.<br><br>Fernandez Oppos. Decl. ¶¶ 6-10, 21-24.<br><br>Guzman Oppos. Decl. ¶¶ 7, 19-20. |
| 53. | Any orientation and training is conducted by Cargomatic, although some CEVA customers have certain delivery specifications, or a customer may select a "white-glove" service that includes delivery and installation, both of which are relayed to licensed motor carriers through Cargomatic. | **Undisputed.** |

| 54. | Plaintiffs received compensation for all trucking services provided by their businesses through the Cargomatic app. | **Undisputed.** |
|---|---|---|
| 55. | Carriers like Plaintiffs are paid a trip rate for each shipment, which is displayed on the Cargomatic app. | **Undisputed**. |
| 56. | Licensed motor carriers, including Plaintiffs, negotiated different trip rates than what was posted. | **Undisputed.** |
| 57. | Since the payment to Cargomatic from CEVA is a flat rate for arranging trucking services for shipments delivered on behalf of its customers, and pursuant to a negotiated contract, any losses related to renegotiated trip rates with the licensed motor carriers are reflected in Cargomatic's bottom line— not CEVA's. | **Undisputed.** |

| | 58. | Through the Cargomatic app, licensed third-party partner motor carriers, like Plaintiffs, were not limited to fulfilling CEVA shipments, but could also choose shipments for other Cargomatic customers, which they did. | **Disputed in part as to carriers choosing to perform non-CEVA shipments through the Cargomatic app.**<br><br>**Supporting Evid.:**<br>Guzman Depo. 65:19-69:24; Espinosa Depo. 45:3-22; Fernandez Depo. 138:9-139:6 Ex. 13; Hogan Depo. 127:4-11; Hogan Decl., ¶ 21.<br><br>**Opposing Evid.:**<br>Exh. 4, Fernandez Depo. 138:3-139:23.<br><br>Exh. 5, Guzman Depo. 63:1-7, 69:12-69:24.<br><br>Cayer Decl. ¶ 8, Exh. 6, Deposition of Jude Muojekwu ("Muojekwu Depo.") 88:9-89:16.<br><br>Cayer Decl. ¶ 9, Exh. 7, Deposition of Israel Ponce ("Ponce Depo.") 53:2-17, 70:7-15, 72:6-23.<br><br>Espinosa Oppos. Decl. ¶ 7.<br><br>Fernandez Oppos. Decl. ¶¶ 11-13.<br><br>Guzman Oppos. Decl. ¶ 8. |
| | 59. | Cargomatic paid Plaintiffs for *all* shipments made through the Cargomatic app, not just deliveries for CEVA's customers. | **Undisputed.** |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 60. | Plaintiffs set their own hours (provided that any shipments accepted were completed within the customer's required delivery window), work schedules, assign hauling to their own staff, and had the choice and the ability to accept freight loads from any of Cargomatic's other supply chain customers with listings on the Cargomatic app. | **Disputed** in part, as noted below.<br><br>**Supporting Evid.:**<br>Guzman Depo. 31:16-32:11; 63:4-7; 65:19-66:12; 67:16-69:24; 77:2-5; 77:20-78:9; 79:2-6; 79:21-80:8; 113:11-115:1; 140:25:141:10; 144:8-11; 145:2-5; Espinosa Depo. 79:25-80:9 213:15-215:24; 201:12-22; 209:16-213:6; Fernandez Depo. 156:19-157:6; 157:20-159:3; 164:14-165:16; 172:2-174:19; Hogan Decl. ¶¶ 24, 25; Ramirez Decl. ¶ 7.<br><br>**Objection:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions).<br><br>**Opposing Evid.:**<br><br>**Disputed** as to "Plaintiffs set their own hours (provided that any shipments accepted were completed within the customer's required delivery window), work schedules":<br>Exh. 2, Cargomatic Depo. 35:18-21.<br><br>Exh. 4, Fernandez Depo. 164:8-165:7, 178:11-178:25.<br><br>Exh., 5, Guzman Depo. 141:17-142:22.<br><br>Guzman Oppos. Decl. ¶ 17.<br><br>**Disputed as to Plaintiffs having the "choice and ability to accept freight loads from any of Cargomatic's other supply chain customers with listings on the Cargomatic app.":**<br>Exh. 4, Fernandez Depo. 138:3-139:23. |

| | | | |
|---|---|---|---|
| | | | Exh. 5, Guzman Depo. 63:1-7, 69:12-24. |
| | | | Exh. 6, Muojekwu Depo. 88:9-89:16. |
| | | | Exh. 7, Ponce Depo. 53:2-17, 70:7-15, 72:6-23. |
| | | | Espinosa Oppos. Decl. ¶ 7. |
| | | | Fernandez Oppos. Decl. ¶¶ 11-13. |
| | | | Guzman Oppos. Decl. ¶ 8. |
| | 61. | Some Plaintiffs chose to make only "hot shot" (*i.e.*, long distance) deliveries, which pay more, while others chose to make only local deliveries. | **Disputed as to Plaintiffs "only" making "long distance deliveries" or "only" making "local deliveries".**<br><br>**Supporting Evid.:**<br>Guzman Depo. 121:5-12; 123:7-20; 124:10-125:17; Espinosa Depo. 75:14-23; 77:2-7.<br><br>**Objection:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions).<br><br>**Opposing Evid.:**<br>Exh. 3, Espinosa Depo. 145:3-148:7; 199:1-24, 209:15-212:10.<br><br>Exh. 5, Guzman Depo. 123:7-125:17. |
| | 62. | Plaintiffs also had the choice to refuse a shipment. | **Undisputed.** |
| | 63. | Plaintiffs could, and did, negotiate trip rates with Cargomatic, and as a result, sometimes there would be an increase in the delivery amount. | **Undisputed.** |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT
CASE NO. 2:23-CV-00659

| 64. | Plaintiffs managed their businesses as they saw fit, including hiring or terminating employees, assigning routes, setting their employees' work schedules, and deciding their wages. | **Disputed.**<br><br>**Supporting Evid.:**<br>**Routes:** Guzman Depo. 112:3-25; 113:11-115:1; Espinosa Depo. 209:16-211:5; 211:13-212:21; Fernandez Depo. 168:21-170:3; 172:2-174:19;<br>**Hiring/Terminating**: Guzman Depo. 97:6-9; 106:7-108:1; 115:6-116:24; 118:5-12; Espinosa Depo. 153:15-23, 154:3-18; 156:12-157:4; 194:2-15; Fernandez Depo. 108:16-109:16; 143:21-144:25, Ex. 14; 150:25-152:14; **Schedule**: Guzman Depo. 113:11-115:1; 140:25-141:10; 142:9-13; 144:8-11; 145:2-5; Espinosa Depo. 79:10-14; 209:16-211:5, 211:13-212:19; Fernandez Depo. 157:20-159:3; **Wages:** Guzman Depo. 72:23-73:5; 73:18-24; 119:3-120:1; Espinosa Depo. 195:20-22; 197:3-11; 233:11-22; 236:6-237:10; 154:24-157:4; Fernandez Depo. 104:13-108:20.<br><br>**Objection**:<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions, legal arguments and conclusions should be disregarded).<br><br>**Opposing Evid.:**<br><br>**Drivers' Obligation to Abide by CEVA's Policies, Procedures and Service Requirements and those of its Customers**:<br>Exh. 1, CEVA Depo. 49:13-50:14, 51:25-52:4, 54:6-12, 72:23-73:23, 112:1-15, 120:15-121:22, 122:23-123:22, 124:14-18, 128:2-11, 135:9-15, 137:11-138:9, 142:3-13, 154:18-155:13, 169:12-15, 178:14-179:23, 180:6-8, 182:24- |

| | | |
|---|---|---|
| 1 | | 184:9,193:16-194:15, 235:24-236:7, 241:19-242:8, 246:12-17, 287:5-288:1. |
| 2 | | |
| 3 | | Exh. 2, Cargomatic Depo. 36:9-19, 37:7-16, 38:12-39:1, 40:3-8, 76:24-77:2, 103:2-15, 108:6-11, 133:21-134:24, 197:3-12, 201:18-24, 233:9- 14. |
| 4 | | |
| 5 | | |
| 6 | | Exh. 4, Fernandez Depo. 165:5-7. |
| 7 | | |
| 8 | | **Enforcement of CEVA's Policies and Procedures:** |
| 9 | | Exh. 1, CEVA Depo. 118:10-14, 125:8-24, 146:7-10. |
| 10 | | |
| 11 | | Exh. 2, Cargomatic Depo. 31:16-19, 49:14-50:2, 71:9-17, 87:10-13, 105:12-18, 115:14-23; 122:20-123:13, 141:18-23, 179:3-15, 181:7-10, 184:11-13, 194:2-7, 204:10-205:2; 205:8-206:3, 216:3-9. |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | **Hiring/Terminating:** |
| 16 | | Dkt. 119-3, TOS, § 2.6. |
| 17 | | Exh. 3, Fernandez Depo. 80:8-9, 154:17-20, 162:3-163:4. |
| 18 | | |
| 19 | | **SCHEDULES:** |
| 20 | | Exh. 1, CEVA Depo. 37:16-38:11, 40:2-6. |
| 21 | | |
| 22 | | Exh. 2, Cargomatic Depo. 35:18-21. |
| 23 | | Exh. 4, Fernandez Depo. 164:8-165:7. |
| 24 | | |
| 25 | | **WAGES:** |
| 26 | | Exh. 1, CEVA Depo. 61:15-18, 243:7-13, 257:16-258:2. |
| 27 | | Exh. 2, Cargomatic Depo. 62:5-15, 62:16-63:11, 63:12-16, 239:23-25, 242:18-22, |
| 28 | | |

| | | | |
|---|---|---|---|
| | | | 246:18-22, 249:3-12. |
| | 65. | Neither Cargomatic nor CEVA has directed or instructed Plaintiffs whether they needed to hire additional personnel, or whether to pay their drivers or helpers as employees or contractors. | **Disputed in part as to "whether to pay their drivers or helpers as employees or contractors."**<br><br>**Supporting Evid.:**<br>Guzman Depo. 115:6-116:24; 118:5-12; Espinosa Depo. 156:12-157:4; Fernandez Depo. 108:16-109:16; Ramirez Decl. ¶ 7; Hogan Decl., ¶ 25.<br><br>**Opposing Evid.:**<br>Dkt. 119-3, TOS, § 2.6. |
| | 66. | Any training of new employees would be handled internally through each Plaintiffs' business by Plaintiffs or their employees. | **Disputed.**<br><br>**Supporting Evid.:**<br>Fernandez Depo. 156:4-157:6.<br><br>**Opposing Evid.:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions). |
| | 67. | Plaintiffs owned/leased their vehicles, which were used to provide services through the Cargomatic app., and used tools they purchased or rented to assist them in their work. | **Undisputed**. |
| | 68. | In filing their yearly taxes, Plaintiffs all deducted labor and business expenses, and some Plaintiffs issued a 1099 to their employees, while others paid cash. | **Undisputed.** |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 69. | Plaintiffs' independent business decisions led to drastically different results, including grossing substantial sums, operating a fleet of trucks, employing multiple drivers, obtaining small-business government loans, working part-time, receiving additional compensation for marketing from third-parties, and delivering for other customers. | **Disputed**.<br><br>**Supporting Evid.:**<br>Guzman Depo. 31:16-32-11; 77:20-78:9; 79:2-6; 79:21-80:8; Espinosa Depo. 46:4-12; 121:7-122:1; 122:11-14; 212:25-213:6; 213:15-215:24; 217:22-218:4; 243:13-244:15; Fernandez Depo. 58:21-59:11; 83:20-22; 110:20-111:22, Ex. 9; 124:25-125:17, Ex. 9; 141:5-142:5; 143:21-144:25, Ex. 14 (Response to Interrogatory No. 3.).<br><br>**Objection:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions, legal arguments and conclusions should be disregarded). |
|---|---|---|
| 70. | Fernandez owned and operated four trucks, paid at least 23 drivers and helpers, and grossed more than $2MM from his carrier business between 2019 and 2022. | **Undisputed** |
| 71. | Guzman preferred to carry loads on a part-time basis so he could spend more time working on his house. | **Disputed in part as to "*preferred* to carry loads on a part-time basis."** (Emphasis added).<br><br>**Supporting Evid.:**<br>Guzman Depo. 31:16-32:11.<br><br>**Objection:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions).<br><br>**Opposing Evid.:**<br>Exh. 5, Guzman Depo. 31:16-32:11. |

| 72. | Espinosa reaped substantial benefits from operating his own business, including pocketing a $40,000 loan from the Paycheck Protection Program during COVID-19. | **Disputed in part as to "reaped substantial benefits from operating his own business."**<br><br>**Supporting Evid.:**<br>Espinosa Depo. 243:13-244:15.<br><br>**Objection:**<br>*See* Pl. Opp. at §IV.A (evidence cited does not support factual assertions, legal arguments and conclusions should be disregarded). |
|---|---|---|
| 73. | In California, CEVA employs some employee drivers who perform specialized transportation for CEVA customers. | **Undisputed.** |
| 74. | CEVA does not rely on its own drivers or its own operating authority to move the goods that are transported by licensed motor carriers. | **Undisputed**. |
| 75. | In response to customer needs, CEVA hired employee drivers to perform services that otherwise could not be fulfilled by licensed motor carriers through the Cargomatic app. | **Undisputed.** |

| | | |
|---|---|---|
| 76. | These included fulfilling shipments for companies who required electric vehicles, immediate transport from airport to CEVA's warehouse for pick up by a driver for its ultimate destination, or other specialty services. | **Undisputed.** |
| 77. | The employee drivers do not have dedicated routes, are unable to negotiate trip rates, are prohibited from hiring or sub-contracting helpers or drivers to complete their work, are prohibited from obtaining business loans to assist in payroll, do not own their vehicles, are unable to use those vehicles for marketing purposes to increase income potential, and are unable to decide whether and when to work. | **Undisputed.** |
| 78. | Employee drivers are required to punch a time clock, complete timesheets, and are required to work those hours and perform whatever duties CEVA requires. | **Undisputed**. |
| 79. | Employee drivers are *not* licensed motor carriers and do not have operating authority under their own motor carrier number. | **Undisputed**. |

29

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | 80. | Employee drivers do not perform the majority of ground delivery shipments for CEVA. | **Undisputed.** | |
|---|---|---|---|---|

### PLAINTIFFS' ADDITIONAL MATERIAL FACTS

| No. | Fact | Supporting Evidence |
|---|---|---|
| 81. | CEVA Logistics stated in its February 5, 2025 press release: "CEVA Logistics is a world leader in third-party logistics, and provides global supply chain solutions to connect people, products and providers all around the world. Headquartered in Marseille, France, CEVA Logistics offers a broad range of end-to-end, customized solutions in contract logistics and air, ocean, ground and finished vehicle transport in 170 countries worldwide thanks to its approximately 110,000 employees at approximately 1,500 facilities." | Exh. 24, CEVA Press Release, "CEVA Logistics Boosts Low Carbon Fleet with 23 Electric Trucks in Europe." |
| 82. | Defendant CEVA transports freight by ground, air, ship, and train, and provides warehousing, pick-up/delivery, and freight management services. | Exh. 1, CEVA Depo. 26:7-12, 62:11-15, 63:1-15.<br><br>Cayer Decl. ¶ 27, Exh. 25, *Estate of Robert Guitterez v.Uni Trans, LLC,* D.N.M. Case No. I :2 1 -CV-00073 -KWR-SCY, Brittain Affidavit, ¶ 6. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 83. | In describing its "mission" on its website, CEVA Logistics stated that it is a "top 5 player in third-party logistics by consistently delivering exceptional end-to-end supply chain solutions in contract logistics, customs, project logistics, FVL and air, ground, and ocean freight that answer even their most complex needs." | Exh. 21, CEVA Logistics Website, "Our Vision and Mission." |
| --- | --- | --- |
| 84. | CEVA Logistics stated on its website: "Our expansive network, strategic transportation hubs, and strong carrier partnerships enable our teams of experts throughout Canada, the United States, and Mexico to offer a complete suite of services that are specifically tailored and designed to meet your business needs." | Exh. 23, CEVA Logistics Website, "Ground & Rail Transportation in North America." |

| | | |
|---|---|---|
| 85. | CEVA Logistics' website listed services it provides, including: "Pick-up and delivery services;" "Part-load services;" "Transportation Brokerage/Intermodal" using its "own equipment and external capacity;" "Dedicated transportation solutions" that includes "Milk-run collection and delivery"; and "Premium Services," which include "white glove home delivery" and "high value and sensitive cargo transportation." | Exh. 23, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 86. | CEVA Logistics stated on its website that it has "[s]pecial capabilities" to provide transportation services including "+1,000 trained and uniformed drivers and a fleet of air-ride trailers" and that it utilizes its "[o]wn trucks or third party vehicles adapted to each commodity and compliant to regulation standards." | Exh. 23, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 87. | CEVA Logistics stated on its website: "**Our vast ground network and strategic hubs:** provide reliable and efficient delivery services to our customers. **Seamless connection to major U.S. airports** with domestic air freight services." | Exh. 23, CEVA Logistics Website, "Ground & Rail Transportation in North America." |

32

| | | |
|---|---|---|
| 88. | CEVA Logistics' website provided details of CEVA's ground transportation services, including that it has "**stable capacities** (trucks & trailers) and **dedicated resources** (own drivers, Independent Contractor partners)." | Exh. 22, CEVA Logistics Website, "Customized Transport Solutions." |
| 89. | Defendant CEVA holds several freight transportation authorizations from the federal Department of Transportation. | Exh. 1, CEVA Depo. 93:22-94:1, 94:20-95:12. |
| 90. | CEVA has no FMCSA authority to operate as a "shipper," only as a "carrier" or "broker." | Cayer Decl. ¶ 28, Exh. 26. |
| 91. | In California, CEVA provides its customers with the transportation services using three categories of drivers: (1) drivers who sign up through Cargomatic and are classified as "independent contractors" in Cargomatic's form agreements ("Drivers"); (2) drivers who are under direct contract with CEVA and CEVA classifies as "independent contractors" ("Direct Contract Drivers"); and (3) drivers who CEVA hires directly and acknowledges them to be its employees ("Company Drivers"). | Exh. 1, CEVA Depo. 15:24-16:5; 28:4-30:18, 93:1-7, 102:10-24, 103:8-12. |

| 92. | CEVA directly employs approximately 16 Company Drivers in California. | Exh. 1, CEVA Depo. 111:13-20. |
|---|---|---|
| 93. | The pickup and delivery operations are part of CEVA's ground division. | Exh. 1, CEVA Depo. 25:25-26:12, 58:22-59:15, 62:11-15. |
| 94. | CEVA's ground division provides freight transportation services throughout the United States. | Exh. 1, CEVA Depo. 25:25-26:12, 62:11-15.<br><br>Exh. 20, CEVA Logistics Website, "Ground Transport Network Services."<br><br>Exh. 22, CEVA Logistics Website, "Customized Transport Solutions."<br><br>Exh. 23, CEVA Logistics Website, "Ground & Rail Transportation in North America." |
| 95. | Up until 2016 or 2017, each of the Bellwether Plaintiffs were Direct Contract Drivers, who signed written contracts with CEVA and were paid directly by CEVA. | Exh. 1, CEVA Depo. 48:20-49:3.<br><br>Exh. 2, Cargomatic Depo. 19:3-15.<br><br>Exh. 3, Espinosa Depo. 70:12-71:7.<br><br>Exh. 4, Fernandez Depo. 41:2-10, 60:24-61:3.<br><br>Exh. 5, Guzman Depo. 35:12-13, 43:10-45:6.<br><br>Espinosa Oppos. Decl. ¶ 2.<br><br>Fernandez Oppos. Decl. ¶ 2.<br><br>Guzman Oppos. Decl. ¶ 2. |

| 96. | Prior to entering a contract with Cargomatic in or about late 2016, CEVA directly contracted with approximately 70 drivers that it considered to be independent contractors. | Exh. 1, CEVA Depo. 17:10-18:10, 48:20-49:3, 227:3-19. |
|---|---|---|
| 97. | After CEVA terminated the contracts signed by the Bellwether Plaintiffs in 2016 or 2017, many of the drivers who had been Direct Contract drivers with CEVA continued transporting CEVA freight as Drivers under contracts with Cargomatic. | Exh. 1, CEVA Depo. 17:12-18:10.<br><br>Exh. 2, Cargomatic Depo. 19:3-15; 21:10-22:8. |
| 98. | The TSA requires Cargomatic to include in its contracts with "carriers" provisions that evidenced an independent contractor relationship with the "carrier," and Cargomatic's Terms of Service classifies the "carriers" as "independent contractors." | Dkt. 119-26, TSA, ¶ 12, CARGOMATIC_102148-49.<br><br>Dkt. 119-03, TOS, § 16.5 |
| 99. | CEVA's designee identified that under the terms of the TSA the "customer" is the "shipper." | Exh. 1, CEVA Depo. 242:9-243:13.<br><br>Dkt. 119-27, TSA, ¶11, CEVA_036906 (economic terms between CEVA, its customer, and Cargomatic). |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 100. | The Bellwether Plaintiffs used their personal names in agreeing to Cargomatic's Terms of Service ("TOS"). | Dkt. 119-03, CARGOMATIC_001536 (Carrier Name says "Roosevelt L Espinosa"), 001556-58 (same), 001578-79 (same).<br><br>Dkt. 119-13, CARGOMATIC _000993 (Carrier Name says "Jose Ernesto Fernandez"), 001010-11 (same).<br><br>Dkt. 119-14, CARGOMATIC_001012 (Legal Name says "Jose Ernesto Fernandez"), CARGOMATIC_00101029 (same).<br><br>Dkt. 119-24, CARGOMATIC_001199 (Carrier Name says "Manuel Guzman Fuentes"), 001219-20 (same). |
| 101. | Cargomatic's designee admitted that under the TOS, "if CEVA gives instructions regarding how to load, handle, or ship freight, [Drivers] are required to comply with those instructions." | Exh. 2, Cargomatic Depo. 133:21-134:7. |
| 102. | Cargomatic's designee admitted that CEVA does give instructions regarding how to load, handle, or ship freight, and that Cargomatic communicates those instructions to the Drivers and holds them accountable to comply with CEVA's instructions. | Exh. 2, Cargomatic Depo. 134:8-24. |
| 103. | The TOS instructs the Drivers as to how to treat their hires (if any) as employees. | Dkt. 119-03, § 2.6, CARGOMATIC_001539-40. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 104. | The Bellwether Plaintiffs only registered a fictitious business name (aka "DBA"); they did not form an LLC, corporation, or partnership. | Espinosa Oppos. Decl. ¶ 4.<br><br>Fernandez Oppos. Decl. ¶ 4.<br><br>Guzman Oppos. Decl. ¶ 4. |
| 105. | After entering the TOS with Cargomatic, the Bellwether Plaintiffs continued transporting CEVA freight, serving largely the same pickup and delivery routes and "hot shot" runs in the same geographic areas that they worked when under direct contract with CEVA. | Espinosa Oppos. Decl. ¶ 6.<br><br>Fernandez Oppos. Decl. ¶ 6.<br><br>Guzman Oppos. Decl. ¶ 7. |
| 106. | Plaintiff Espinosa typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 3, Espinosa Depo. 146:8-19, 199:1-200:8, 210:19-212:10, 212:17-22, 234:15-235:5, 237:24-238:22.<br><br>Espinosa Oppos. Decl. ¶¶ 15, 17, 19-20. |
| 107. | Plaintiff Fernandez typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 4, Fernandez Depo. 176:14-178:25.<br><br>Fernandez Oppos. Decl. ¶ 20. |
| 108. | Plaintiff Guzman typically worked full-time—40 hours a week or more—transporting freight for CEVA. | Exh. 5, Guzman Depo. 134:13-16, 136:12-13, 143:23-144:1, 144:8-15, 146:9-14.<br><br>Guzman Oppos. Decl. ¶ 16. |
| 109. | CEVA's Southern California ground operations include picking up and delivering freight to business and residential customers and shuttling freight to and from airports. | Exh. 1, CEVA Depo. 25:5-26:3, 64:21-65:13, 75:7-76:20. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 110. | CEVA's Southern California ground operations handle "high value" movements, which involve extra security arrangements. | Exh. 1, CEVA Depo. 45:15-48:19. |
| 111. | CEVA's Southern California ground operations include performing "white glove" deliveries, where items are unpacked, installed, and packing materials removed from the delivery site. | Exh. 1, CEVA Depo. 44:14-45:14, 50:2-7, 127:6-14. |
| 112. | CEVA's Southern California ground operations include transporting empty and filled pallets and trailers to and from business customers. | Exh. 1, CEVA Depo. 76:21-77:23. |
| 113. | CEVA's Southern California ground operations provide "picking and packing" services or orders, where CEVA stores items for its business customers at its facilities and then fills orders from the items on hand. | Exh. 1, CEVA Depo. 63:10-15, 65:1-13. |
| 114. | Between CEVA's facilities in Torrance (aka "LA") and Bloomington (aka "Ontario"), there are approximately 65 Drivers, 5 Company Drivers, and 4 Direct Contract Drivers. | Exh. 1, CEVA Depo. 28:4-16, 29:12-25, 30:12-18, 103:8-12.<br><br>Exh. 2, Cargomatic Depo. 24:5-9. |

| | | |
|---|---|---|
| 115. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform pickup and delivery assignments. | Exh. 1, CEVA Depo. 28:4-30:18, 103:8-12.<br><br>Exh. 2, Cargomatic Depo. 24:5-9. |
| 116. | Bellwether Plaintiff Espinosa performed pickup and delivery assignments for CEVA and its customers. | Espinosa Oppos. Decl. ¶ 12. |
| 117. | Bellwether Plaintiff Fernandez performed pickup and delivery assignments for CEVA and its customers during the liability period. | Fernandez Oppos. Decl. ¶ 17. |
| 118. | Bellwether Plaintiff Guzman performed pickup and delivery assignments for CEVA and its customers during the liability period. | Guzman Oppos. Decl. ¶ 13. |
| 119. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "white glove" delivery assignments. | Exh. 1, CEVA Depo. 43:2-15, 50:2-7, 127:6-14. |
| 120. | Bellwether Plaintiff Espinosa performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Espinosa Oppos. Decl. ¶ 13. |

| 121. | Bellwether Plaintiff Fernandez performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Fernandez Oppos. Decl. ¶ 18. |
|---|---|---|
| 122. | Bellwether Plaintiff Guzman performed "white glove" delivery assignments for CEVA and its customers during the liability period. | Guzman Oppos. Decl. ¶ 14. |
| 123. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "high value" delivery assignments. | Exh. 1, CEVA Depo. 43:2-15, 48:13-19. |
| 124. | Bellwether Plaintiff Espinosa performed "high value" delivery assignments for CEVA and its customers during the liability period. | Exh. 1, CEVA Depo. 49:13-50:1.<br><br>Espinosa Oppos. Decl. ¶ 14. |
| 125. | Bellwether Plaintiff Fernandez performed "high value" delivery assignments for CEVA and its customers during the liability period. | Fernandez Oppos. Decl. ¶ 19. |
| 126. | Bellwether Plaintiff Guzman performed "high value" delivery assignments for CEVA and its customers during the liability period. | Guzman Oppos. Decl. ¶ 15. |
| 127. | CEVA provides some Drivers with trailers. | Exh. 1, CEVA Depo. 30:8-11, 30:22-24, 209:19-24. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 128. | CEVA provides some Drivers with padlocks to secure high-value freight. | Exh. 1, CEVA Depo. 126:12-17. |
| 129. | CEVA allows some Drivers in Southern California access to dollies and pallet jacks. | Exh. 1, CEVA Depo. 127:2-5. |
| 130. | CEVA provides Drivers in Southern California with trash cans to dispose of debris from pickups and deliveries. | Exh. 1, CEVA Depo. 175:24-177:2. |
| 131. | CEVA employs several layers of non-driver staff to serve its ground operations in the greater Los Angeles area, including operations managers, ground supervisors, warehouse supervisors, freight handlers, dispatchers, supply chains operation specialists, rating and billing clerks, and operations key account managers. | Exh. 1, CEVA 22:7-17, 24:3-16, 205:21-208:17, 261:7-18. |
| 132. | CEVA's ground operations staff includes approximately 25 employees in its Torrance facility and approximately 27 in its Bloomington facility. | Exh. 1, CEVA Depo. 204:6-205:20. |
| 133. | CEVA supply chain specialists schedule pickups and deliveries for CEVA customers and transmit the assignments for dispatching to drivers. | Exh. 1, CEVA Depo. 37:16-38:11, 40:2-6. |

| 134. | CEVA provides documentation for the assignments, including movement orders, bills of lading, and specific instructions about pickups and deliveries (e.g., white-glove deliveries, security for high value freight movements), which dispatchers relay to drivers. | Exh. 1, CEVA Depo. 51:25-52:4, 54:6-12, 112:1-15, 183:12-18. |
|---|---|---|
| 135. | CEVA distributes the freight movement assignments in Southern California to both Drivers (through Cargomatic) and Company Drivers, often documenting assignments to both groups of drivers on the same chart tracking freight movement assignments. | Exh. 1, CEVA Depo. 36:18-23, 39:13-15, 43:9-15, 290:3-22.<br><br>Exh. 18, Business Appointments Driver Assignment chart. |
| 136. | Generally, CEVA dispatchers in Southern California make assignments to the Company Drivers directly, while CEVA transmits assignments for Drivers to Cargomatic dispatchers to assign and relay any instructions. | Exh. 1, CEVA Depo. 43:9-15, 183:3-18. |
| 137. | Bellwether Plaintiffs Espinosa and Fernandez typically received their work assignments directly from a CEVA dispatcher. | Espinosa Oppos. Decl. ¶¶_6, 17, 20.<br><br>Fernandez Oppos. Decl. ¶¶_6, 22. |

| 138. | The Bellwether Plaintiffs had little choice in their assignments, and they did not typically use the Cargomatic app to choose shipments. | Espinosa Oppos. Decl. ¶¶ 6-7.<br><br>Fernandez Oppos. Decl. ¶¶ 6, 8-9, 11-13.<br><br>Guzman Oppos. Decl. ¶¶ 7-8. |
|---|---|---|
| 139. | The assignments were sent to the Bellwether Plaintiffs the night before or handed to them when they arrived at CEVA's warehouse in the morning. | Espinosa Oppos. Decl. ¶ 6.<br><br>Fernandez Oppos. Decl. ¶ 6.<br><br>Guzman Oppos. Decl. ¶ 7. |
| 140. | The Bellwether Plaintiffs seldom declined CEVA shipments or performed shipments for other Cargomatic customers. | Espinosa Oppos. Decl. ¶¶ 6-7.<br><br>Fernandez Oppos. Decl. ¶¶ 9, 13.<br><br>Guzman Oppos. Decl. ¶¶ 8-9. |
| 141. | Sometimes CEVA selects a specific Driver to perform an assignment in Southern California. | Exh. 1, CEVA Depo. 52:9-53:13, 276:5-20.<br><br>Exh. 16, CEVA emails re Amazon FC missed pickups. |
| 142. | In Southern California, CEVA does not typically differentiate what kinds of freight movements are assigned to the three categories of drivers— Drivers, Company Drivers, and Direct Contract Drivers; but rather most work is assigned based on availability, and the vehicle type needed. | Exh. 1, CEVA Depo. 32:3-33:6, 34:3-10, 39:1-7, 40:7-13, 50:2-10, 65:7-66:15, 71:8-25, 76:18-77:19, 288:22-291:22.<br><br>Exh. 18, Business Appointments Driver Assignment chart. |
| 143. | Drivers "pickup and deliver CEVA freight." | Exh. 2, Cargomatic Depo. 24:11-12. |
| 144. | Drivers "service the same set of Ceva business clients on a regular basis." | Exh. 1, CEVA Depo. 53:7-13. |

| 145. | Cargomatic dispatchers work inside CEVA's Southern California facilities and are in daily contact with other CEVA staff. | Exh. 1, CEVA Depo. 53:20-24, 54:13-20, 55:9-20. |
|---|---|---|
| 146. | The Bellwether Plaintiffs regularly communicated directly with CEVA dispatchers and other staff regarding their assignments, such as when Cargomatic dispatchers were not available, to receive additional assignments while in the field, or if customer service issues arose. | Exh. 1, CEVA 23:3-8, 24:3-16.<br><br>Exh. 3, Espinosa Depo. 204:7-20, 218:19-222:24.<br><br>Exh. 4, Fernandez Depo. 166:1-3, 170:4-174:7.<br><br>Exh. 5, Guzman Depo. 148:1-150:24.<br><br>Espinosa Oppos. Decl. ¶¶ 6, 16-20.<br><br>Fernandez Oppos. Decl. ¶¶ 6, 8, 21-24.<br><br>Guzman Oppos. Decl. ¶¶ 18-20. |
| 147. | Inside CEVA's Torrance and Bloomington facilities, CEVA dock supervisors plan for the daily freight movement orders. | Exh. 1, CEVA Depo. 196:2-199:2. |
| 148. | Inside CEVA's Torrance and Bloomington facilities, CEVA freight handlers pull and stage the freight for the movement orders to be performed by the Drivers. | Espinosa Oppos. Decl. ¶ 17.<br><br>Fernandez Oppos. Decl. ¶ 23.<br><br>Guzman Oppos. Decl. ¶ 18.<br><br>Exh. 4, Fernandez Depo. 165:12-16.<br><br>Exh. 5, Guzman Depo. 137:19-20. |
| 149. | Inside CEVA's Torrance and Bloomington facilities, CEVA staff or the customers load and unload the trailers pulled by the Drivers. | Exh. 1, CEVA Depo. 77:24-78:15. |

| | | |
|---|---|---|
| 150. | Inside CEVA's Torrance and Bloomington facilities, CEVA handlers also help the drivers load and unload freight on occasion. | Exh. 1, CEVA Depo. 77:24-78:15. |
| 151. | Inside CEVA's Torrance and Bloomington facilities, CEVA warehouse supervisors interact with Drivers daily. | Exh. 1, CEVA Depo. 35:25-36:5. |
| 152. | To leave the warehouse, the Bellwether Plaintiffs first gave CEVA staff paperwork documenting what freight was loaded on their vehicles. | Exh. 3, Espinosa Depo. 206:2-208:12.<br><br>Exh. 4, Fernandez Depo. 166:17-167:8, 168:13-20.<br><br>Espinosa Oppos. Decl. ¶ 18.<br><br>Fernandez Oppos. Decl. ¶ 23.<br><br>Guzman Oppos. Decl. ¶ 19. |
| 153. | CEVA committed to and has generally tendered 90 percent of its shipments to Cargomatic. | Exh. 1, CEVA Depo. 234:9-235:7.<br><br>Dkt. 119-27, TSA, Jan. 1, 2017, ¶ 5, CEVA_036903. |
| 154. | Drivers use the Cargomatic app to document completion of shipments, including uploading completed shipment documents and taking photographs to document completion of the delivery, and that information is then shared with CEVA. | Exh. 2, Cargomatic Depo. 36:7-19, 38:7-39:1, 48:20-50:12, 83:17-87:9, 108:6-109:2, 203:1-22, 213:4-214:9.<br><br>Espinosa Oppos. Decl. ¶ 8.<br><br>Fernandez Oppos. Decl. ¶ 12.<br><br>Guzman Oppos. Decl. ¶ 8.<br><br>Dkt. 119-27, TSA, ¶ 6.e, CEVA_036904, Appx. A-1, CEVA_036915-17. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| | | |
|---|---|---|
| 155. | The Cargomatic app has geolocation functions that can rack the Drivers' current locations; that information is shared with CEVA in near real time as possible. | Exh. 2, Cargomatic Depo. 34:18-35:17, 38:7-39:1, 48:20-50:12. |
| 156. | Both the Drivers and Company Drivers record their work on CEVA-provided forms, such as driver manifests and proofs of delivery. | Exh. 1, CEVA Depo. 90:16-91:10, 147:24-148:13, 150:6-12, 19-22, 166:12-167:2.<br><br>Exh. 2, Cargomatic Depo. 36:9-19, 37:7-16, 180:1-22.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044.<br><br>Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019, CARGOMATIC_000002. |
| 157. | Drivers upload completed forms into the Cargomatic app and turn in hard copies to Cargomatic, which then deposits them with CEVA. | Exh. 1, CEVA Depo. 144:23-145:24, 146:23-147:18, 239:16-18.<br><br>Exh. 2, Cargomatic Depo. 203:1-22.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000041. |
| 158. | For deliveries not requiring a receipt signature, CEVA has instructed Drivers to photograph the completion of the delivery and upload the photo into the Cargomatic app. | Exh. 1, CEVA Depo. 184:23-185:15, 186:1-7.<br><br>Exh. 2, Cargomatic Depo. 37:7-16, 101:5-13, 106:5-109:2.<br><br>Exh. 8, NSR Shipment Delivery Process. |

| | | |
|---|---|---|
| 159. | With the work of the Drivers and others, CEVA moves 400 to 500 shipments a day out of its Bloomington and Torrance facilities. | Exh. 2, Cargomatic Depo. 119:14-121:10. |
| 160. | As part of managing the CEVA/Cargomatic relationship, CEVA's Operations Manager in Southern California meets with Cargomatic's Operations Manager monthly and otherwise communicates a few times a week. | Exh. 1, CEVA Depo. 56:9-21. |
| 161. | Cargomatic has had a "CEVA Account Manager," and "CEVA Operations Managers" and other staff stationed inside CEVA's Torrance and Bloomington facilities to facilitate freight movements for CEVA and its customers. | Exh. 2, Cargomatic Depo. 57:22-58:10; 113:14-22, 119:14-121:10. |
| 162. | Cargomatic managers have regular business reviews with CEVA managers to ensure Drivers are "meeting CEVA's operational expectations and key performance indicators," including on time pickups and deliveries. | Exh. 1, CEVA Depo. 248:15-249:6.<br><br>Exh. 2, Cargomatic Depo. 34:5-8, 34:18-35:17, 37:17-38:6. |

| 163. | Many of the CEVA operational staff in CEVA's warehouses, including the Operations Manager, have daily interactions with Cargomatic dispatchers. | Exh. 1, CEVA Depo. 53:20-55:20. |
|---|---|---|
| 164. | Cargomatic submits regular reports to CEVA showing drivers' check-in and check-out times at CEVA's facilities, and unsuccessful delivery attempts. | Exh. 1, CEVA Depo. 292:2-293:12; 293:13-20.<br><br>Exh. 2, Cargomatic Depo. 231:22-234:20.<br><br>Exh. 15, Matrix attempts chart.<br><br>Exh. 14, Driver Check In/Out chart, Oct. 27, 2022.<br><br>Exh. 19, Driver Check In/Out chart, Mar. 14, 2024. |
| 165. | If a Driver cannot complete an assignment due to vehicle failure, Cargomatic informs CEVA and CEVA informs the customer. | Exh. 1, CEVA Depo. 212:10-16.<br><br>Exh. 15, Matrix attempts chart. |
| 166. | CEVA "has the customer relationship with the shipper." | Exh. 1, CEVA Depo. 242:24-243:1. |
| 167. | CEVA charges its customers a "tariff rate" for each freight movement performed by a Driver and then pays Cargomatic a percentage of the tariff; the trip pay rates paid to the Drivers are then pegged to the rates Cargomatic was paid by CEVA. | Exh. 1, CEVA Depo. 243:7-13.<br><br>Exh. 2, Cargomatic Depo. 62:3-25, 77:12-78:8, 246:6-11, 249:7-16. |

| 168. | CEVA invoices and collects payment from customers for all pickups and deliveries performed by Drivers and Company Drivers. | Exh. 1, CEVA Depo. 96:20-25, 97:7-16, 243:7-9. |
|---|---|---|
| 169. | Cargomatic trains the Drivers on CEVA's service requirements and those of its customers. | Exh. 2, Cargomatic Depo. 158:19-162:23, 172:18-179:25, 182:21-183:4, 193:10-194:7.<br><br>Exh. 9, email forwarding Driver Customer Service training document.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044.<br><br>Exh. 11, Cargomatic Driver Training manual. |
| 170. | CEVA and Cargomatic have substantively the same driver training manuals, as Cargomatic based its manual on CEVA's. | Exh. 2, Cargomatic Depo. 192:20-193:6.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br><br>Exh. 11, Cargomatic Driver Training manual. |
| 171. | Both CEVA's and Cargomatic's manuals set expectations on customer services, completing pickups and deliveries on time, completing and turning in driver manifests and proofs of delivery, dress, and how to perform high-value deliveries. | Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br><br>Exh. 11, Cargomatic Driver Training manual. |

| 172. | Cargomatic tracks and reports to CEVA regarding Drivers' performance on metrics established by CEVA, including on-time delivery and pickup. | Exh. 2, Cargomatic Depo. 63:20-64:1, 85:6-88:14.<br><br>Dkt. 119-26, TSA, Oct. 25, 2016, Appx. A-1, CARGOMATIC_12159-61.<br><br>Dkt. 119-27, TSA, Jan. 1, 2017, Appx., A-1, CEVA_036915-17.<br><br>Exh. 17, emails re ONT Daily Shift Meetings. |
| 173. | Cargomatic ensures the Drivers meet "CEVA's key performance metrics and operational requirements." | Exh. 2, Cargomatic Depo. 31:1-19. |
| 174. | CEVA determines when the Drivers can pick up freight at the warehouse. | Exh. 2, Cargomatic Depo. 35:18-21.<br><br>Exh. 4, Fernandez Depo. 164:8-165:7. |
| 175. | CEVA and its customers determine the time windows for pickups and deliveries. | Exh. 2, Cargomatic Depo. 74:25-75:9. |
| 176. | CEVA requires the Drivers to return undeliverable freight to CEVA's facilities and tag the freight with a CEVA dock tag that documents why the delivery could not be completed. | Exh. 1, CEVA Depo. 174:16-19.<br><br>Exh. 13, CEVA LAX – Cargomatic Freight Return & Dock Protocol. |
| 177. | CEVA sets delivery instructions, rules and regulations for Drivers transporting CEVA freight, including delivery times with their customers, safety expectations, and freight handling and documentation requirements. | Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8, 111:14-112:9, 134:8-24, 142:6-8, 159:18-162:23, 178:11-183:24, 184:6-13, 195:23-197:12.<br><br>Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019. |

PLAINTIFFS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

CASE NO. 2:23-CV-00659

| 178. | Cargomatic communicates with Drivers to facilitate their compliance with CEVA's rules and regulations. | Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8, 111:14-112:9, 134:8-24, 159:18-162:23, 178:11-183:24, 195:23-197:12. |
|---|---|---|
| 179. | CEVA expects Cargomatic to take necessary steps to see to it that Drivers comply with CEVA's requirements. | Exh. 1, CEVA Depo.124:19-125:7.<br><br>Exh. 2, Cargomatic Depo. 111:14-112:9. |
| 180. | CEVA has asked Cargomatic to no longer assign CEVA freight to Drivers who have had performance issues. | Exh. 1, CEVA Depo. 125:8-24.<br><br>Exh. 2,  Cargomatic Depo. 205:8-206:3. |
| 181. | The TSA prohibited Cargomatic and the Bellwether Plaintiffs from performing freight transportation services for any CEVA customers for an eighteen-month period after they stopped carrying CEVA freight. | Dkt. 119-27, ¶ 21.h. |
| 182. | When Bellwether Plaintiff Fernandez sought a higher trip pay rate, he would speak with a CEVA manager. | Fernandez Oppos. Decl. ¶10.B |

DATED:  June 16, 2025

Respectfully submitted,

KAUFMANN & GROPMAN LLP

ALTSHULER BERZON LLP

HADSELL STORMER RENICK & DAI LLP

By:  /s/ Aaron Kaufmann
AARON KAUFMANN

Attorneys for Plaintiffs