1  ROBERT R. ROGINSON, CA Bar No. 185286
   robert.roginson@ogletree.com
2  ALEXANDER M. CHEMERS, CA Bar No. 263726
   zander.chemers@ogletree.com
3  JULIANA C. VALLIER, CA Bar No. 345339
   juliana.vallier@ogletree.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
6  Telephone: 213-239-9800
   Facsimile: 213-239-9045
7
   *[Additional Counsel on following page]*
8
   Attorneys for Defendant
9  CEVA FREIGHT, LLC

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12  ROOSEVELT ESPINOSA; RUXNER          Case No. 2:23-cv-00659-ODW-E
    ANDINO; EMEKA ANIAGBA;
13  MAYCOL CAMEY; HANS DURAN;
    JOSE FERNANDEZ; CESAR               Date:     July 14, 2025
14  GALINDO; ANTONIO                    Time:     1:30 Pm
    HERMOSILLO; OTASOWIE ISIBOR;        Before:   Hon. Otis D. Wright, II
15  ISRAEL PONCE; RAFAEL ZAYAS;
    GUSTAVO TARIN; and MANUEL           **DEFENDANT'S STATEMENT OF**
16  GUZMAN,                             **GENUINE DISPUTES**

17           Plaintiffs,

18       v.                             Complaint Filed: January 27, 2023
                                        Trial Date:      October 14, 2025
19  CEVA FREIGHT, LLC, a Delaware       District Judge:  Hon. Otis D. Wright II
    Company; and DOES 1-10, inclusive,                   Courtroom 5D, First St.
20                                      Magistrate Judge:Hon. Charles F. Eick
             Defendants.                                 Courtroom 750, Roybal
21

22

23

24

25

26

27

28

1    CONOR J. DALE, CA Bar No. 274123
     conor.dale.jacksonlewis.com
2    JACKSON LEWIS P.C.
     50 California St., 9th Floor
3    San Francisco, CA  94111
     Telephone: (415) 394-9400
4    Facsimile:   (415) 394-9401

5    Attorneys for Defendant
     CEVA FREIGHT, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 56-3, and Judge Hon. Otis D. Wright, II's Civil Pretrial and Trial Procedures, Defendant CEVA Freight, LLC ("Defendant") hereby submits the following Responses to Plaintiff's statement of undisputed facts in support of their motion for partial summary judgment for the Bellwether Plaintiffs Roosevelt Espinosa, Jose Fernandez and Manuel Guzman ("Plaintiffs") and against Defendant CEVA Freight, LLC on Defendant's Second and Third Affirmative Defenses as to Plaintiffs' California law claims (1-5, 7-9, and 11) and Los Angeles law claim (10) ("Plaintiffs' Motion").

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| 1. Defendant CEVA Freight, LLC (hereafter "CEVA" and/or "Defendant") is a subsidiary of CEVA Logistics.<br><br>Evidence: Declaration of Aaron Kaufmann ISO Plaintiffs' Motion for Summary Judgment, ("Kaufmann Decl."), Exh. 28,1 CEVA Logistics, Inc.'s 2012 SEC Form F-1, pp. 37-38. This document is also attached to the accompanying Request for Judicial Notice, Appx. A. | Undisputed, but Plaintiffs' incorrectly identify the evidence as Exhibit 28. The cited evidence is Exhibit 26 to the Kaufmann Decl.<br><br>*See* Objections to Kaufmann Decl. |
| 2. CEVA Logistics stated in its February 5, 2025 press release: "CEVA Logistics is a world leader in third- party logistics, and provides global supply chain solutions to connect people, products and providers all around the world. Headquartered in Marseille, France, CEVA Logistics offers a broad range of end-to-end, customized solutions in contract logistics and air, ocean, ground and finished vehicle transport in 170 countries worldwide thanks to its approximately 110,000 employees at approximately 1,500 facilities."<br><br>Evidence: Exh. 25, CEVA Press | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the press release confirms, CEVA is not a trucking company, and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | Release, "CEVA Logistics Boosts Low Carbon Fleet with 23 Electric Trucks in Europe". |
| 3. Defendant CEVA transports freight by ground, air, ship, and train, and provides warehousing, pick-up/delivery, and freight management services.<br><br>Evidence: Exh. 1, Deposition of Manuel Ramirez ("CEVA Depo.") 26:7-12, 62:11-15, 63:1-15.<br>*See also* Exh. 27, *Estate of Robert Guitterez v.Uni Trans, LLC*, D. N.M. Case No. I :2 1-CV-00073 - KWR-SCY, Brittain Affidavit, ¶ 6.<br>This document is attached to the Request for Judicial Notice, Appx. B. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. In contrast, there are a small number of employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Regardless, this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>*See* SUF[1] 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE[2], Ex. 7:Hogan Depo. 53:1-8; 66:8-13; 121:11-21<br><br>*See* Objections to Kaufmann Decl. |
| 4. Defendant CEVA holds several freight transportation authorizations from the federal Department of Transportation.<br><br>Evidence: Exh. 1, CEVA Depo. | Undisputed, but this fact is irrelevant. During the covered period, CEVA was as shipper who contracted with Cargomatic, as a broker, to arrange transportation services through for-hire motor carriers, like the businesses operated by Plaintiffs. |

---

[1] *See* CEVA's Statement of Uncontroverted Facts (Dkt.116-2), Compendium of Evidence in support of CEVA's Motion. (Dkt.116-3), and Application to Seal with Unredacted Exhibits (Dkt. 119).

[2] Defendant's Compendium of Evidence ("CE") in support of its Opposition.

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | 93:22-94:1, 94:20-95:12. | Evidence:<br>SUF16-19, 29-30, 32, 40-43, 49. |
| 5. | In describing its "mission" on its website, CEVA Logistics stated that it is a "top 5 player in third-party logistics by consistently delivering exceptional end- to-end supply chain solutions in contract logistics, customs, project logistics, FVL and air, ground, and ocean freight that answer even their most complex needs."<br><br>Evidence: Exh. 22, CEVA Logistics Website, "Our Vision and Mission." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |
| 6. | CEVA Logistics stated on its website: "Our expansive network, strategic transportation hubs, and strong carrier partnerships enable our teams of experts throughout Canada, the United States, and Mexico to offer a complete suite of services that are specifically tailored and designed to meet your business needs."<br><br>Evidence: Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |
| 7. | CEVA Logistics' website listed services it provides, including: "Pick-up and delivery services;" "Part- load services;" "Transportation Brokerage/Intermodal" using its "own equipment and external capacity;" "Dedicated transportation solutions" that includes "Milk-run collection and delivery"; and "Premium Services," which include "white glove home delivery" and "high value and sensitive cargo transportation." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | Evidence: Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." | |
| 8. | CEVA Logistics stated on its website that it has "[s]pecial capabilities" to provide transportation services including "+1,000 trained and uniformed drivers and a fleet of air-ride trailers" and that it utilizes its "[o]wn trucks or third party vehicles adapted to each commodity and compliant to regulation standards." <br><br> Evidence: Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |
| 9. | CEVA Logistics stated on its website: "**Our vast ground network and strategic hubs:** provide reliable and efficient delivery services to our customers. **Seamless connection to major U.S. airports** with domestic air freight services." <br><br> Evidence: Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |
| 10. | CEVA Logistics' website provided details of CEVA's ground transportation services, including that it has "**stable capacities** (trucks & trailers) and **dedicated resources** (own drivers, Independent Contractor partners)." <br><br> Evidence: Exh. 23, CEVA Logistics Website, "Customized Transport Solutions." | Undisputed, but this fact does not support, and in fact undermines, Plaintiffs' motion. As the evidence confirms, CEVA is not a trucking company and it instead provides global supply chain solutions. Thus, as discussed in Defendant's Opposition and previously filed Motion for Summary Judgment, the work performed by Plaintiffs is outside the usual course of its business. |

| | | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|---|
| 11. | | In California, CEVA provides its customers with the transportation services using three categories of drivers: (1) drivers who sign up through Cargomatic and are classified as "independent contractors" in Cargomatic's form agreements ("Drivers"); (2) drivers who are under direct contract with CEVA and CEVA classifies as "independent contractors" ("Direct Contract Drivers"); and (3) drivers who CEVA hires directly and acknowledges them to be its employees ("Company Drivers").<br><br>Evidence: Exh. 1, CEVA Depo. 15:24-16:5; 28:4-30:18, 93:1-7, 102:10-24, 103:8-12. | Disputed. Plaintiffs have failed to include pages 16 or 102 in Exhibit 1. CEVA, as a shipper, arranges for transportation of freight for its customers.<br><br>Moreover, employee drivers and motor carriers do not provide the same services to CEVA or CEVA's clients.<br><br>Evidence:<br><br>SUF 4, 38-43, 46, 49, 69-80.<br><br>Hogan Depo. 42:9-45:2; 121:11-21; 200:12-25. |
| 12. | | Cargomatic, Inc. is a third-party company with whom CEVA partners to manage freight movements.<br><br>Evidence: Exh. 2, Deposition of Matthew Hogan ("Cargomatic Depo.") 48:21-50:12, 63:20-64:6.<br><br>Exh. 1, CEVA Depo. 144:21-146:10, 145, 186:1-7, 238:21-239:3, 239:16-240:19, 241:10-14.<br><br>Exh. 6, Cargomatic/CEVA Transportation Service Agreement ("TSA"), Oct. 25, 2016. | Disputed; CEVA and Cargomatic entered into a contract in 2019, for which Cargomatic, as a broker, arranges for-hire motor carriers, to deliver shipment for CEVA, as a shipper. CEVA is Cargomatic's customer.<br><br>Evidence:<br><br>Hogan Depo. 32:23-33:12; 42:9-45:2; 53:1-8; 66:8-1; 121:11-2; 183:5-9; 200:12-25.<br><br>SUF 16-19, 42-43. |
| 13. | | CEVA directly employs approximately 16 Company Drivers in California.<br><br>Evidence: Exh. 1, CEVA Depo. 111:13-20. | Disputed to the extent that CEVA's employee drivers perform only freight transportation. CEVA's employee drivers are expected to assist with any CEVA onsite needs, including paperwork, offloading, loading, and any other duties assigned.<br><br>Evidence:<br><br>SUF 73-80.<br><br>CE, Ex. 5: Ramirez Depo. 106:1-4. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| 14. | The pickup and delivery operations are part of CEVA's ground division.<br><br>Evidence: Exh. 1, CEVA Depo. 25:25-26:12, 58:22-59:15, 62:11-15. | Disputed. Plaintiffs misstate the evidence. CEVA, as a shipper, has operations that arrange for transportation of freight, and is involved in moving freight by air, train, ship and ground.<br><br>Evidence:<br><br>Plaintiffs' Exh. 1, CEVA Depo. 25:25-26:12.<br><br>SUF 9, 12, 15-19. |
| 15. | CEVA's ground division provides freight transportation services throughout the United States.<br><br>Evidence: Exh. 1, CEVA Depo. 25:25-26:12, 62:11-15.<br><br>Exh. 21, CEVA Logistics Website, "Ground Transport Network Services."<br><br>Exh. 23, CEVA Logistics Website, "Customized Transport Solutions."<br><br>Exh. 24, CEVA Logistics Website, "Ground & Rail Transportation in North America." | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; see also 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers, as opposed to workers engaged by motor carriers, perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 16. | CEVA provides local pickup and delivery services in California using "straight" or "box" trucks, tractor-trailers, and cargo vans.<br><br>Evidence: Exh. 1, CEVA Depo. 25:23-26:2, 28:4-29:8, 30:4-24. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; see also 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs ) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. Cargomatic drivers may operate straight trucks, vans, and tractor trailers. CEVA's employee drivers do not operate vans. Plaintiffs did not operate trailers.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12. |
| | SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 57, 59, 73-80. |
| | CE, Ex. 7: Hogan Depo. 44:9-45:2; 53:1-8; 65:11-20; 66:8-13; 79:1-80:4; 121:11-21; 170:7-171:1; 241:22-25. |
| | CE, Ex. 5: Ramirez Depo. 29:23-30:18; 209:13-210:15; 210:4-12. |
| | SUF 67, 75-80; Dkt. 119-18, at Ex. 14 (Interrogatory Response No. 16) |
| 17.  During the potential liability period – January 27, 2019 through the present – each of the Bellwether Plaintiffs – Roosevelt Espinosa, Jose Fernandez, and Manuel Guzman – operated their own vehicles to pick-up and deliver freight for CEVA and its customers.<br><br>Evidence: Exh. 1, CEVA Depo. 15:7-15.<br>Declaration of Roosevelt Espinosa ISO of Plaintiffs' Motion for Partial Summary Judgment ("Espinosa Decl."), ¶ 8.<br>Declaration of Jose Fernandez ISO of Plaintiffs' Motion for Partial Summary Judgment ("Fernandez Decl."), ¶ 8.<br>Declaration of Manuel Guzman ISO of Plaintiffs' Motion for Partial Summary Judgment ("Guzman Decl."), ¶ 7. | Disputed to the extent that Plaintiffs delivered freight for CEVA.<br><br>Plaintiffs, as licensed motor carriers, executed a Terms of Services Agreement with Cargomatic, which identified CEVA as the shipper, and Plaintiffs as motor carriers.<br><br>SUF 16-17, 49, 37, 53.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 121:11-21; 131:2-132:1; 183:5-9. |
| 18.  Up until 2016 or 2017, each of the Bellwether Plaintiffs were Direct Contract Drivers, who signed written contracts with CEVA and were paid directly by CEVA.<br><br>Evidence: Exh. 1, CEVA Depo. 48:20-49:3. | Undisputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | Exh. 2, Cargomatic Depo. 19:3-15. | |
| | Exh. 3, Deposition of Roosevelt Espinosa ("Espinosa Depo.") 70:12-71:7. | |
| | Exh. 4, Deposition of Jose Fernandez ("Fernandez Depo.") 41:2-10, 60:24-61:3. | |
| | Exh. 5, Deposition of Manuel Guzman ("Guzman Depo.") 35:12-13, 43:10-45:6. | |
| | Espinosa Decl. ¶ 2. | |
| | Fernandez Decl. ¶ 2. | |
| | Guzman Decl. ¶ 2. | |
| 19. | Prior to entering a contract with Cargomatic in or about late 2016, CEVA directly contracted with approximately 70 drivers, including the Bellwether Plaintiffs, that it considered to be independent contractors.<br><br>Evidence: Exh. 1, CEVA Depo. 17:10-18:10, 48:20-49:3, 227:3-19.<br><br>Espinosa Decl. ¶ 2.<br><br>Fernandez Decl. ¶ 2.<br><br>Guzman Decl. ¶ 2. | Undisputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. |
| 20. | In or about late 2016 or early 2017, CEVA terminated the contracts it had with the Bellwether Plaintiffs and those of others carrying freight for CEVA in California.<br><br>Evidence: Exh. 1, CEVA Depo. 227:3-228:7.<br><br>Espinosa Decl. ¶ 3.<br><br>Fernandez Decl. ¶ 3.<br><br>Guzman Decl. ¶ 3. | Undisputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. |
| 21. | After CEVA terminated the contracts signed by the Bellwether Plaintiffs in 2016 or | Disputed that all other drivers who had been "Direct Contract" drivers with CEVA continued transporting freight |

Case No. 2:23-cv-00659-ODW-E

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | 2017, the Bellwether Plaintiffs and other drivers who had been Direct Contract drivers with CEVA continued transporting CEVA freight as Drivers under contracts with Cargomatic. | under contracts with Cargomatic; but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. |
| | | Evidence: |
| | Evidence: Exh. 1, CEVA Depo. 17:12-18:10. | *See, e.g.*, CE, Ex. 7: Hogan Depo. 32:23-33:12; 53:1-8 ; 121:11-21. |
| | Exh. 2, Cargomatic Depo. 19:3-15; 21:10-22:8. | SUF 16-17, 39-40, 42-49. |
| | Exh. 3, Espinosa Depo. 77:4-7, 89:12-15, 90:23-91:24, 93:23-94:4, 95:3-5. | |
| | Exh. 4, Fernandez Depo. 61:4-62:11, 63:8-11, 65:20-66:2, 71:3-7, 71:16-18, 83:20-84:1. | |
| | Exh. 5, Guzman Depo. 53:20-24, 62:15-25. | |
| | Exh. 8, Cargomatic Terms of Service. | |
| | Espinosa Decl. ¶ 4. | |
| | Fernandez Decl. ¶ 4. | |
| | Guzman Decl. ¶ 4. | |
| 22. | Plaintiff Espinosa stopped transporting CEVA freight in approximately June 2023. | Disputed on the basis that Plaintiff Espinosa stopped transporting freight through the Cargomatic app in June 2023. |
| | Evidence: Exh. 3, Espinosa Depo. 62:16-20. | |
| | Espinosa Decl. ¶ 5. | |
| 23. | Plaintiff Fernandez stopped transporting CEVA freight in approximately January 2023. | Disputed on the basis that Plaintiff Fernandez stopped transporting freight through the Cargomatic app in January 2023. |
| | Evidence: Exh. 4, Fernandez Depo. 81:10-15. | |
| | Fernandez Decl. ¶ 5. | |
| 24. | Plaintiff Guzman stopped transporting CEVA freight in approximately October 2023. | Disputed on the basis that Plaintiff Guzman stopped transporting freight through the Cargomatic app in October 2023. |

| | | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|---|
| | | Evidence: Exh. 5, Guzman Depo. 26:2-5, 26:14-16 <br><br> Guzman's Decl. ¶16. | |
| 25. | | Plaintiff Espinosa typically worked full-time—40 hours a week or more— transporting freight for CEVA. <br><br> Evidence: Exh. 3, Espinosa Depo. 146:8-19, 199:1-200:8, 210:19-212:10, 212:17-22, 234:15-235:5, 237:24-238:22. <br><br> Espinosa Decl. ¶ 11. | Disputed.  Plaintiffs had the ability to accept or deny work through Cargomatic, and had the freedom to manage their hours or their workload as they saw fit. Moreover, Plaintiffs did not transport freight for CEVA, but transported freight through Cargomatic, as the broker, for CEVA's customers, as CEVA was the shipper. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 104:11-105:5 <br><br> SUF 42-43, 45, 49, 58, 60-62, 64. |
| 26. | | Plaintiff Fernandez typically worked full- time—40 hours a week or more—transporting freight for CEVA. <br><br> Evidence: Exh. 4, Fernandez Depo. 176:14-178:25. <br><br> Fernandez Decl. ¶ 11. | Disputed.  Plaintiffs had the ability to accept or deny work through Cargomatic, and had the freedom to manage their hours or their workload as they saw fit Moreover, Plaintiffs did not transport freight for CEVA, but transported freight through Cargomatic, as the broker, for CEVA's customers, as CEVA was the shipper. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 104:11-105:5 <br><br> SUF 42-43, 45, 49, 58, 60-62, 64. |
| 27. | | Plaintiff Guzman typically worked full-time—40 hours a week or more— transporting freight for CEVA. <br><br> Evidence: Exh. 5, Guzman Depo. 134:13-16, 136:12-13, 143:23-144:1, 144:8-15, 146:9-14. <br><br> Guzman Decl. ¶ 11. | Disputed.  Plaintiffs had the ability to accept or deny work through Cargomatic, and had the freedom to manage their hours or their workload as they saw fit Moreover, Plaintiffs did not transport freight for CEVA, but transported freight through Cargomatic, as the broker, for CEVA's customers, as CEVA was the shipper. <br><br> Plaintiffs also misstate the evidence. Plaintiff Guzman testified that he chose to work part-time for a period of time because he was also working on his house. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 104:11-105:5 <br><br> SUF 42-43, 45, 49, 58, 60-62, 64. <br><br> SUF 60 (Guzman Depo. 31:16-32:11; |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 67:16-69:24) |
| 28. CEVA operates five ground operation warehouse facilities in California, located near airports at Ontario (Bloomington), Sacramento, San Diego, San Francisco, and Los Angeles (Torrance).<br><br>Evidence: Exh. 1, CEVA Depo. 26:13-23, 27:7-19. | Disputed. Plaintiffs transported CEVA shipments only from CEVA's Los Angeles and Ontario locations, so the existence of other locations is irrelevant. Plaintiffs misstate the evidence that CEVA's facilities are located near airports.<br><br>Evidence:<br><br>SUF 24.<br><br>Plaintiffs' Exh. 1, CEVA Depo. 26:13-23, 27:7-19. |
| 29. CEVA's Southern California ground operations include picking up and delivering freight to business and residential customers and shuttling freight to and from airports.<br><br>Evidence: Exh. 1, CEVA Depo. 25:5-26:3, 64:21-65:13, 75:7-76:20. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 30. CEVA's Southern California ground operations handle "high value" movements, which involve extra security arrangements.<br><br>Evidence: Exh. 1, CEVA Depo. 45:15-48:19. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers ( like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 53, 73-80. |
| | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 31. CEVA's Southern California ground operations include performing "white glove" deliveries, where items are unpacked, installed, and packing materials removed from the delivery site.<br><br>Evidence: Exh. 1, CEVA Depo. 44:14-45:14, 50:2-7, 127:6-14. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. Moreover, "white glove" service is a service offered by Cargomatic for its customers, including, but not limited to CEVA.<br><br>Evidence: Plaintiffs Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 42:9-45:2; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| 32. CEVA's Southern California ground operations include transporting empty and filled pallets and trailers to and from business customers.<br><br>Evidence: Exh. 1, CEVA Depo. 76:21-77:23. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. Cargomatic drivers may operate straight trucks, vans, and tractor trailers. CEVA's employee drivers do not operate vans. Plaintiffs' did not operate trailers.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 53, 57, 59, 73-80. |
| | CE, Ex. 7: Hogan Depo. 44:9-45:2; 53:1-8; 65:11-20; 66:8-13; 79:1-80:4; 121:11-21; 170:7-171:1; 241:22-25. |
| | CE, Ex. 5: Ramirez Depo. 29:23-30:18; 209:13-210:15; 210:4-12. |
| | SUF 67, 75-80; Dkt. 119-18, at Ex. 14 (Interrogatory Response No. 16) |
| 33.  CEVA's Southern California ground operations provide "picking and packing" services or orders, where CEVA stores items for its business customers at its facilities and then fills orders from the items on hand.<br><br>Evidence: Exh. 1, CEVA Depo. 63:10-15, 65:1-13. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 34.  Drivers also move freight from the airport to a CEVA transportation hub in Fontana, California, where the freight is then transferred to out-of-state and international destinations.<br><br>Evidence: Exh. 1, CEVA Depo. 56:5-7, 68:8-70:7. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| 35. | The Bellwether Plaintiffs worked out of CEVA's facilities in or around Torrance and Bloomington.<br><br>Evidence: Exh. 3, Espinosa Depo. 78:11-17, 199:11-24, 200:1-4, 234:20-235:1.<br>Exh. 4, Fernandez Depo. 176:19-177:2.<br>Exh. 5, Guzman Depo. 145:17-19, 146:1-8, 147:3-11.<br>Espinosa Decl. ¶ 7.<br>Fernandez Decl. ¶ 7.<br>Guzman Decl. ¶ 6. | Disputed that Plaintiffs "worked out of CEVA's facilities."<br><br>Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA. When Plaintiffs chose to deliver shipments for CEVA's customers, they would pick up that shipment from one of CEVA's facilities.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17<br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62. |
| 36. | Between CEVA's facilities in Torrance and Bloomington, there are approximately 65 Drivers, 5 Company Drivers, and 4 Direct Contract Drivers.<br><br>Evidence: Exh. 1, CEVA Depo. 28:4-16, 29:12-25, 30:12-18, 103:8-12.<br>Exh. 2, Cargomatic Depo. 24:5-9. | Disputed that Plaintiffs worked out of "CEVA's facilities."<br><br>Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA. When Plaintiffs chose to deliver shipments for CEVA's customers, they would pick up that shipment from one of CEVA's facilities.<br><br>Evidence:<br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62, 73-80.<br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17 |
| 37. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform pickup and delivery assignments.<br><br>Evidence: Exh. 1, CEVA Depo. 28:4-30:18, 103:8-12.<br>Exh. 2, Cargomatic Depo. 24:5-9. | Disputed that Plaintiffs were "working out of CEVA's facilities."<br><br>Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA. When Plaintiffs chose to deliver shipments for CEVA's customers, they would pick up that shipment from one of CEVA's facilities.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17<br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62, 73-80. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| 38. | Bellwether Plaintiff Espinosa performed pickup and delivery assignments for CEVA and its customers.<br><br>Evidence: Espinosa Decl. ¶ 8. | Disputed that Plaintiff Espinosa "performed pickup and delivery assignments for CEVA."<br><br>Plaintiffs, as licensed motor carriers, delivered freight for Cargomatic's customers, including but not limited to CEVA.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 53:1-8 104:11-105:5; 117:16-118:12; 183:5-9; 121:11-21; 131:2-132:1; 238:15-17.<br><br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62. |
| 39. | Bellwether Plaintiff Fernandez performed pickup and delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Fernandez Decl. ¶ 8. | Disputed that Plaintiff Espinosa "performed pickup and delivery assignments for CEVA."<br><br>Plaintiffs, as licensed motor carriers, delivered freight for Cargomatic's customers, including but not limited to CEVA.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 104:11-105:5; 117:16-118:12; 183:5-9; 121:11-21; 131:2-132:1; 238:15-17<br><br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62. |
| 40. | Bellwether Plaintiff Guzman performed pickup and delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Guzman Decl. ¶ 7. | Disputed that Plaintiff Espinosa "performed pickup and delivery assignments for CEVA."<br><br>Plaintiffs, as licensed motor carriers, delivered freight for Cargomatic's customers, including but not limited to CEVA.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 53:1-8<br><br>104:11-105:5; 117:16-118:12; 183:5-9; 121:11-21; 131:2-132:1; 238:15-17<br><br>SUF 16, 17, 19, 32, 38-43, 59, 60, 62. |
| 41. | The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "white glove" delivery assignments. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| Evidence: Exh. 1, CEVA Depo. 43:2-15, 50:2-7, 127:6-14. | freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. |
| | Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA. When Plaintiffs chose to deliver shipments for CEVA's customers, they would pick up that shipment from one of CEVA's facilities. |
| | Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12. |
| | SUF 2, 9, 16-20, 31-32, 37, 38-43, 49, 53, 59, 60, 62 73-80. |
| | CE, Ex. 7: Hogan Depo. 42:9-18; 44:9-45:13; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| | CE, Ex. 5: Ramirez Depo. 50:2-10. |
| | CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17 |
| | CE, Ex. 7: Hogan Depo. 42:9-45:2; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| 42. Bellwether Plaintiff Espinosa performed "white glove" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Espinosa Decl. ¶ 9. | Disputed. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Disputed that Plaintiffs were "working for CEVA." Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA.<br><br>Evidence:<br><br>SUF 2, 9, 16-20, 31-32, 37, 38-43, 49, 53, 59, 60, 62, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21.<br><br>CE, Ex. 7: Hogan Depo. 104:11-105:5; |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | | 117:16-118:12; 238:15-17 |
| | | CE, Ex. 7: Hogan Depo. 42:9-45:2; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| 43. | Bellwether Plaintiff Fernandez performed "white glove" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Fernandez Decl. ¶ 9. | Disputed. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Disputed that Plaintiffs were "working for CEVA." Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA.<br><br>Evidence:<br><br>SUF 2, 9, 16-20, 31-32, 37, 38-43, 49, 53, 59, 60, 62, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21.<br><br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17<br><br>CE, Ex. 7: Hogan Depo. 42:9-45:2; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| 44. | Bellwether Plaintiff Guzman performed "white glove" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Guzman Decl. ¶ 8. | Disputed. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Disputed that Plaintiffs were "working for CEVA." Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA.<br><br>Evidence:<br><br>SUF 2, 9, 16-20, 31-32, 37, 38-43, 49, |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 53, 59, 60, 62, 73-80. |
| | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| | CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17 |
| | CE, Ex. 7: Hogan Depo. 42:9-45:2; 48:17-49:20; 53:1-8; 66:8-13; 121:11-21. |
| 45. The Drivers, Company Drivers and Direct Contract Drivers working out of CEVA's facilities in Torrance and Bloomington perform "high value" delivery assignments.<br><br>Evidence: Exh. 1, CEVA Depo. 43:2-15, 48:13-19. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client.<br><br>Disputed that Plaintiffs were "working out of CEVA's facilities."<br><br>Plaintiffs delivered shipments for Cargomatic's customers, including, but not limited to CEVA. When Plaintiffs chose to deliver shipments for CEVA's customers, they would pick up that shipment from one of CEVA's facilities.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 238:15-17. |
| 46. Bellwether Plaintiff Espinosa performed "high value" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Exh. 1, CEVA Depo. 49:13-50:1. | Disputed. Plaintiffs misstate the testimony. The testimony cited states that Plaintiff Espinosa performed high value transports "when he was under direct contract with CEVA" – which is *before* the relevant time period.<br><br>Moreover, CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| Espinosa Decl. ¶ 10. | U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. |
| | Evidence: Plaintiffs' Exh. 1, CEVA Depo. 49:13-50:1. |
| | SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80 |
| | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 47. Bellwether Plaintiff Fernandez performed "high value" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Fernandez Decl. ¶ 10. | Disputed. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. |
| | Evidence: |
| | SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80. |
| | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 48. Bellwether Plaintiff Guzman performed "high value" delivery assignments for CEVA and its customers during the liability period.<br><br>Evidence: Guzman Decl. ¶ 9. | Disputed. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. |
| | Evidence: |
| | SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80. |
| | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| 49. | CEVA provides some Drivers with trailers.<br><br>Evidence: Exh. 1, CEVA Depo. 30:8-11, 30:22-24, 209:19-24. | Disputed. Plaintiff misstates the evidence. Cargomatic drivers may operate straight trucks, vans, and tractor trailers. CEVA's employee drivers do not operate vans. Plaintiffs' did not operate trailers. Some motor carriers have their own trailers, and those motor carriers, who choose to use CEVA's trailers, do so through an interchange agreement, with an extra charge. Plaintiffs' did not operate trailers.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 44:9-45:2, 65:11-20, 79:1-80:4, 241:22-25.<br><br>CE, Ex. 5: Ramirez Depo. 209:13-210:15<br><br>SUF 57, 59, 67, 75-80; Dkt. 119-18, at Ex. 14 (Interrogatory Response No. 16) |
| 50. | CEVA provides some Drivers with padlocks to secure high-value freight.<br><br>Evidence: Exh. 1, CEVA Depo. 126:12-17. | Disputed that CEVA only provides motor carriers with padlocks for high value shipments, as a result of motor carriers previously being robbed.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 207:21-208:3, 208:24-209:10. |
| 51. | CEVA allows some Drivers in Southern California access to dollies and pallet jacks.<br><br>Evidence: Exh. 1, CEVA Depo. 127:2-5. | Disputed. Plaintiffs misstate the evidence. CEVA only provides access to dollies or pallet jacks if a driver's equipment fails while the driver is at a CEVA facility.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 126:18-127:5.<br><br>SUF 67. |
| 52. | CEVA provides Drivers in Southern California with trash cans to dispose of debris from pickups and deliveries.<br><br>Evidence: Exh. 1, CEVA Depo. 175:24-177:2. | Disputed to the extent that CEVA provides receptacles for trash disposal as a result of motor carriers leaving trash at CEVA's facilities, thereby creating safety issues.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 206:8-25. |
| 53. | CEVA employs several layers of non-driver staff to serve its ground operations in the greater Los Angeles area, including | Disputed. CEVA employs several non-driver staff to manage the transportation of its customers' freight. |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|---|
| | | operations managers, ground supervisors, warehouse supervisors, freight handlers, dispatchers, supply chains operation specialists, rating and billing clerks, and operations key account managers. | Evidence: SUF 51-52. |
| | | Evidence: Exh. 1, CEVA 22:7-17, 24:3-16, 205:21-208:17, 261:7-18. | |
| 54. | | CEVA's ground operations staff includes approximately 25 employees in its Torrance facility and approximately 27 in its Bloomington facility. | Undisputed. |
| | | Evidence: Exh. 1, CEVA Depo. 204:6-205:20. | |
| 55. | | CEVA supply chain specialists schedule pickups and deliveries for CEVA customers and transmit the assignments for dispatching to drivers. | Disputed. CEVA employees communicate with the customers, and Cargomatic, to arrange for the transportation of the customers' freight. CEVA employees do not dispatch directly to Cargomatic's motor carriers. |
| | | Evidence: Exh. 1, CEVA Depo. 37:16-38:11, 40:2-6. | Evidence: CE, Ex. 7: Hogan Depo. 116:10-117:3; 134:8-13; 160:16-162:7; 182:5-24. SUF 51-52. |
| 56. | | CEVA provides documentation for the assignments, including movement orders, bills of lading, and specific instructions about pickups and deliveries (e.g., white- glove deliveries, security for high value freight movements), which dispatchers relay to drivers. | Disputed. All communications and instructions for any pickups and deliveries are relayed to Cargomatic, which shares the information with the drivers, if necessary. Moreover, Cargomatic does not employ "dispatchers." |
| | | Evidence: Exh. 1, CEVA Depo. 51:25-52:4, 54:6-12, 112:1-15, 183:12-18. | Evidence: CE, Ex. 7: Hogan Depo. 37:7-16; 107:23-108:5; 112:4-9; 116:10-117:3; 134:8-13; 160:16-162:7; 182:5-24; 187:11-23; 210:4-12. SUF 51-53. CE, Ex. 7: Hogan Depo. 26:4-10. |
| 57. | | CEVA distributes the freight | Disputed.  CEVA does not distribute |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| movement assignments in Southern California to both Drivers (through Cargomatic) and Company Drivers, often documenting assignments to both groups of drivers on the same chart tracking freight movement assignments.<br><br>Evidence: Exh. 1, CEVA Depo. 36:18-23, 39:13-15, 43:9-15, 290:3-22.<br><br>Exh. 19, Business Appointments Driver Assignment chart. | freight assignments to Cargomatic motor carriers. Cargomatic's motor carriers have the freedom to choose which shipments to make, and have the ability to refuse to make shipments.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 134:8-13; 160:16-162:7; 182:5-24; 197:19-198:4; 210:4-12.<br><br>SUF 51-52, 58, 75-80. |
| 58. CEVA dispatchers in Southern California make assignments to the Company Drivers directly, while CEVA transmits assignments for Drivers to Cargomatic dispatchers to assign and relay any instructions.<br><br>Evidence: Exh. 1, CEVA Depo. 43:9-15, 183:3-18. | Disputed. CEVA does not transmit assignments for drivers to Cargomatic dispatchers to assign. CEVA, as shipper, provides shipments to Cargomatic, as a broker, to arrange for the transportation of such shipments. Cargomatic then offers shipments through their proprietary app to motor carriers to choose, or not, to fulfill. Cargomatic's motor carriers have the freedom to choose which shipments to make, and have the ability to refuse to make shipments. Cargomatic does not employ "dispatchers."<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 134:8-13; 160:16-162:7; 182:5-24; 197:19-198:4; 210:4-12.<br><br>SUF 34, 51-52, 58, 75-80.<br><br>CE, Ex. 7: Hogan Depo. 26:4-10. |
| 59. Sometimes CEVA selects a specific Driver to perform an assignment in Southern California.<br><br>Evidence: Exh. 1, CEVA Depo. 52:9-53:13, 276:5-20.<br><br>Exh. 17, CEVA emails re Amazon FC missed pickups. | Disputed. Plaintiffs misstate the evidence.<br><br>CEVA does not select specific drivers to perform assignments. Cargomatic's motor carriers have the freedom to choose which shipments to make, and have the ability to refuse to make shipments.<br><br>Evidence: Exh. 1, CEVA Depo. 52:9-53:13, 276:5-20.<br><br>CE, Ex. 7: Hogan Depo. 104:11-105:5; |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 117:16-118:12; 126:12-22; 134:8-13; 160:16-162:7; 182:5-24; 197:19-198:4; 210:4-12. |
| | SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 52-53, 58, 73-80. |
| 60.   In Southern California, CEVA does not typically differentiate what kinds of freight movements are assigned to the three categories of drivers— Drivers, Company Drivers, and Direct Contract Drivers; but rather most work is assigned based on availability, and the vehicle type needed.    Evidence: Exh. 1, CEVA Depo. 32:3-33:6, 34:3-10, 39:1-7, 40:7-13, 50:2-10, 65:7-66:15, 71:8-25, 76:18-77:19, 288:22-291:22.    Exh. 19, Business Appointments Driver Assignment chart. | Disputed. Plaintiffs misstate the evidence. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102.  CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight. Employee drivers perform specific work at specific hours or that requires specific equipment depending upon the needs of the client. Additionally, pages 288 and 291 are not included in Exh. 1.    Evidence: Exh. 1, CEVA Depo. 32:3-34:13, 43:2-15, 48:10-19, 50:2-10, 53:14-19, 75:7-12.    SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.    CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 61.   Drivers "service the same set of CEVA business clients on a regular basis."    Evidence: Exh. 1, CEVA Depo. 53:7-13. | Disputed.  Plaintiffs had the ability to accept or deny work through Cargomatic, and they often did.    Evidence:    CE, Ex. 7: Hogan Depo. 104:11-105:5; 117:16-118:12; 126:12-22; 197:19-198:4.    SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80. |
| 62.   Cargomatic dispatchers work inside CEVA's Southern California facilities and are in daily contact with other CEVA staff.    Evidence: Exh. 1, CEVA Depo. 53:20-24, 54:13-20, 55:9-20. | Disputed.  Cargomatic does not employ "dispatchers."    Evidence:    CE, Ex. 7: Hogan Depo. 26:4-10.    SUF 51-52. |
| 63.   The Bellwether Plaintiffs regularly communicated directly | Disputed. Cargomatic, not CEVA, communicates with the licensed motor |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | with CEVA dispatchers and other staff regarding their assignments, such as when Cargomatic dispatchers were not available, to receive additional assignments while in the field, or if customer service issues arose.<br><br>Evidence: Exh. 1, CEVA 23:3-8, 24:3-16.<br><br>Exh. 3, Espinosa Depo. 204:7-20, 218:19-222:24.<br><br>Exh. 4, Fernandez Depo. 166:1-3, 170:4-174:7.<br><br>Exh. 5, Guzman Depo. 148:1-150:24.<br><br>Espinosa Decl. ¶¶ 12, 15.<br><br>Fernandez Decl. ¶¶ 12, 15.<br><br>Guzman Decl. ¶ 15. | carriers regarding shipments and assignments.<br><br>Also, Plaintiff also misstates the testimony. In 2019, Mr. Ramirez had regular contact as a Ground Supervisor with "company drivers and independent contractors" not Cargomatic drivers.<br><br>Evidence: Exh. 1, CEVA 23:3-8.<br><br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 107:23-108:5; 112:4-9; 116:10-117:3; 134:8-13; 160:16-162:7; 182:5-24; 210:4-12.<br><br>SUF 51-52. |
| 64. | Inside CEVA's Torrance and Bloomington facilities, CEVA dock supervisors plan for the daily freight movement orders.<br><br>Evidence: Exh. 1, CEVA Depo. 196:2-199:2. | Disputed. Cargomatic, not CEVA, communicates with the licensed motor carriers regarding shipments and assignments.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 107:23-108:5; 112:4-9; 116:10-117:3; 134:8-13; 160:16-162:7; 182:5-24; 187:11-23; 210:4-12.<br><br>SUF 51-52. |
| 65. | Inside CEVA's Torrance and Bloomington facilities, CEVA freight handlers pull and stage the freight for the movement orders to be performed by the Drivers.<br><br>Evidence: Espinosa Decl. ¶13.<br><br>Fernandez Decl. ¶14.<br><br>Guzman Decl. ¶13.<br><br>Exh. 4, Fernandez Depo. 165:12-16.<br><br>Exh. 5, Guzman Depo. 137:19- | Disputed. Freight handlers stage the freight for Cargomatic drivers, but nothing else.<br><br>Evidence:<br><br>CE, Ex. 4: Ramirez Depo. 127:17-23; 202:11-14.<br><br>SUF 51-52. |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | 20. | |
| 66. | Inside CEVA's Torrance and Bloomington facilities, CEVA staff or the customers load and unload the trailers pulled by the Drivers.<br><br>Evidence: Exh. 1, CEVA Depo. 77:24-78:15. | Disputed, and irrelevant. Plaintiffs did not operate trailers.<br><br>Evidence:<br><br>SUF 25, 51-52, 67, 75-80; Dkt. 119-18, at Ex. 14 (Interrogatory Response No. 16). |
| 67. | Inside CEVA's Torrance and Bloomington facilities, CEVA handlers also help the drivers load and unload freight on occasion.<br><br>Evidence: Exh. 1, CEVA Depo. 77:24-78:15. | Disputed. Plaintiffs misstate the testimony. The testimony cited pertains to loading and unloading of a trailer, which none of the Plaintiffs operated.<br><br>Motor carriers are responsible for loading and unloading freight for straight trucks.<br><br>Evidence: Plaintiffs' Exh. 1, CEVA Depo. 78:16-20.<br><br>CE, Ex. 5: Ramirez Depo. 127:15-23.<br><br>Company drivers participate in the loading and unloading of trucks they operate.<br><br>CE, Ex. 5: Ramirez Depo. 78:25-79:7<br><br>SUF 51-52.<br><br>SUF 25, 67, 75-80; Dkt. 119-18, at Ex. 14 (Interrogatory Response No. 16) |
| 68. | Inside CEVA's Torrance and Bloomington facilities, CEVA warehouse supervisors interact with Drivers daily.<br><br>Evidence: Exh. 1, CEVA Depo. 35:25-36:5. | Disputed. Cargomatic communicates with the motor carriers, not CEVA.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 107:23-108:5; 112:4-9; 116:10-117:3; 134:8-13; 160:16-162:7; 182:5-24; 210:4-12.<br><br>SUF 51-52. |
| 69. | To leave the warehouse, the Bellwether Plaintiffs first gave CEVA staff paperwork documenting what freight was loaded on their vehicles.<br><br>Evidence: Exh. 3, Espinosa Depo. 206:2-208:12. | Disputed. Plaintiffs were required to give the paperwork to Cargomatic.<br><br>Evidence: Plaintiffs' Exh. 3, Espinosa Depo, 206:8-21.)<br><br>CE, Ex. 7: Hogan Depo. 190:3-7.<br><br>SUF 51-52. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | Exh. 4, Fernandez Depo. 166:17-167:8, 168:13-20.<br><br>Espinosa Decl. ¶ 14.<br><br>Fernandez Decl. ¶ 14.<br><br>Guzman Decl. ¶ 14. | |
| 70. | Cargomatic and CEVA entered a TSA in late 2016 and another one in early 2017, under which Cargomatic committed to providing CEVA with "motor carriers of property," who are the Drivers.<br><br>Evidence: Exh. 1, CEVA Depo. 225:16-226:17, 227:3-7, 230:20-231:12.<br>Exh. 2, CARGOMATIC Depo. 63:22-64:6.<br>Exh. 6, TSA, Oct. 25, 2016, ¶ 2, CARGOMATIC_012144-45.<br>Exh. 16, TSA, Jan. 1, 2017, ¶ 2, CEVA_036902-03. | Disputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. The covered period is January 27, 2019 to the present.<br><br>CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; *see also* 49 U.S.C. § 13102. CEVA contracts with motor carriers (like the businesses operated by Plaintiffs) through a broker (Cargomatic) who directly transport freight.<br><br>Evidence:<br><br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, 53, 73-80.<br><br>CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 71. | CEVA committed to and has generally tendered 90 percent of its shipments to Cargomatic.<br><br>Evidence: Exh. 1, CEVA Depo. 234:9-235:7.<br>Exh. 16, TSA, Jan. 1, 2017, ¶ 5, CEVA_036903. | Disputed. Plaintiffs misstate the evidence. CEVA has not "generally tendered" 90% of shipments to Cargomatic.<br><br>CEVA has not always tendered 90% of shipments to Cargomatic.<br><br>Evidence: Exh. 1, CEVA Depo. 234:9-235:7.<br><br>CE, Ex. 7: Hogan Depo. 67:11-68:5.<br><br>SUF 16-17, 19, 20. |
| 72. | Cargomatic began supplying Drivers for CEVA transports in late 2016 or early 2017.<br><br>Evidence: Exh. 2, Cargomatic Depo. 32:3-7. | Undisputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential liability period for this case. The covered period is January 27, 2019 to the present. |
| 73. | Most of the Drivers moving CEVA freight in California had previously worked for CEVA as | Undisputed, but this fact is irrelevant to Plaintiffs' claims because the time period is outside of the potential |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| "owner operators" under direct contracts with CEVA.<br><br>Evidence: Exh. 1, CEVA Depo. 227:13-228:2. | liability period for this case. The covered period is January 27, 2019 to the present.<br><br>Plaintiffs also misstate the evidence. The testimony relates to the time period "right before the transition to Cargomatic."<br><br>Evidence: Exh. 1, CEVA Depo. 227:13-228:2.CE, Ex. 7: Hogan Depo. 126:12-22. |
| 74. Drivers "pickup and deliver CEVA freight."<br><br>Evidence: Exh. 2, Cargomatic Depo. 24:11-12. | Disputed. Plaintiffs misstate the testimony. "Carrier Partners" as defined by Cargomatic, are those motor carriers that pick up and deliver freight for Cargomatic's customers, including, but not limited to CEVA.<br><br>Moreover, Plaintiffs had the ability to accept or deny work through Cargomatic, which they did.<br><br>Evidence:<br><br>CE, Ex. 7: Hogan Depo. 42:9-45:2; 53:1-8; 104:11-105:5; 117:16-118:12; 121:11-21; 131:2-132:1; 183:5-9; 253:22-254:24.<br><br>SUF 16-17, 37, 41, 49, 53, 58. |
| 75. Cargomatic provides a smartphone app that is used to assign CEVA freight movements to the Drivers.<br><br>Evidence: Exh. 2, Cargomatic Depo. 34:14-35:17, 48:20 49:20.<br>Exh. 16, TSA, Jan. 1, 2017, ¶ 6.e, CEVA_036904. | Disputed. CEVA had no communication with Cargomatic as to what would be included on Cargomatic's proprietary app. Disputed that the app is used to assign only CEVA freight movements.<br><br>Evidence:<br><br>CE, Ex. 5: Ramirez Depo. 157:13-20.<br><br>CE, Ex. 7: Hogan Depo. 48:17-49:20; 107:13-16.<br><br>SUF 34. |
| 76. Drivers use the Cargomatic app to document completion of shipments, including uploading completed shipment documents and taking photographs to document completion of the delivery, and that information is then shared with CEVA. | Disputed. Plaintiffs misstate the evidence. Proof of delivery is not always shared with CEVA.<br><br>Evidence: Exh. 2, Cargomatic Depo. 36:7-19, 38:7-39:1, 48:20-50:12, 83:17-87:9, 108:6-109:2, 203:1-22, 213:4-214:9.<br><br>CE, Ex. 7: Hogan Depo. 36: 3-19; 37: |

| | | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|---|
| | | Evidence: Exh. 2, Cargomatic Depo. 36:7-19, 38:7-39:1, 48:20-50:12, 83:17-87:9, 108:6-109:2, 203:1-22, 213:4-214:9. <br><br> Espinosa Decl. ¶ 4. <br><br> Fernandez Decl. ¶ 4. <br><br> Guzman Decl. ¶ 4. <br><br> Exh. 16, TSA, Jan. 1, 2017, ¶ 6.e, CEVA_036904, Appx. A-1, CEVA_036915. | 7-16; 48:17-49:20; 107:13-16; 190:3-7. <br><br> CE, Ex. 5: Ramirez Depo. 157:13-20; 186:4-7. <br><br> SUF 34. |
| 77. | | The Cargomatic app has geolocation functions that can rack the Drivers' current locations; that information is shared with CEVA in near real time as possible. <br><br> Evidence: Exh. 2, Cargomatic Depo. 34:18-35:17, 38:7-39:1, 48:20-50:12. | Disputed. Cargomatic geo-references the location of the freight for several reasons, including whether to evaluate if the freight is going to be delivered during the delivery window, so that adjustments with the end-customer can be communicated. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 38:7-40:16; 48:17-49:20; 86:23-87:25; 160:16-162:7; 191:1-18; 210:4-12. <br><br> CE, Ex. 5: Ramirez Depo. 157:13-20 <br><br> SUF 34, 52. |
| 78. | | Both the Drivers and Company Drivers record their work on CEVA- provided forms, such as driver manifests and proofs of delivery. <br><br> Evidence: Exh. 1, CEVA Depo. 90:16-91:10, 147:24-148:13, 150:6-12, 19-22, 166:12-167:2. <br><br> Exh. 2, Cargomatic Depo. 36:9-19, 37:7-16, 180:1-22. <br><br> Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044. <br><br> Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019, CARGOMATIC_000002. | Disputed that these forms are CEVA forms. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 187:11-23. |
| 79. | | Drivers upload completed forms | Disputed. Proof of delivery is not |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| into the Cargomatic app and turn in hard copies to Cargomatic, which then deposits them with CEVA.<br><br>Evidence: Exh. 1, CEVA Depo. 144:23-145:24, 146:23-147:18, 239:16-18.<br>Exh. 2, Cargomatic Depo. 203:1-22.<br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000041.<br>Espinosa Decl. ¶14.<br>Guzman Decl. ¶14. | always provided to CEVA. And Disputed to the extent CEVA had any communications with what to include on Cargomatic's proprietary app.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 48:17-49:20; 107:113-16; 108:12-109:2<br>CE, Ex. 5: Ramirez Depo. 157:13-20<br>SUF 34. |
| 80. | For deliveries not requiring a receipt signature, CEVA has instructed Drivers to photograph the completion of the delivery and upload the photo into the Cargomatic app.<br><br>Evidence: Exh. 1, CEVA Depo. 184:23-185:15, 186:1-7.<br>Exh. 2, Cargomatic Depo. 37:7-16, 101:5-13, 106:5-109:2.<br>Exh. 7, NSR Shipment Delivery Process | Disputed. CEVA does not instruct Cargomatic's motor carriers. Disputed to the extent that CEVA had any communication with Cargomatic as to what to include on their proprietary app.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 37:7-16; 48:17-49:20; 53:1-8; 71:21-72:5; 82:11-19; 100:2-24; 106:10-23; 107:13-16; 112:4-9; 121:11-21; 134:8-13; 134:14-24; 160:16-162:7; 200:12-25; 210:4-12.<br>CE, Ex. 5: Ramirez Depo. 157:13-20; 186:4-7.<br>SUF 16, 17, 34, 37, 49, 53. |
| 81. | With the work of the Drivers and others, CEVA moves 400 to 500 shipments a day out of its Bloomington and Torrance facilities.<br><br>Evidence: Exh. 2, Cargomatic Depo. 119:14-121:10. | Disputed. Plaintiffs misstate the evidence that "with the work of the Drivers and others, CEVA moves" shipments. CEVA is a federally regulated shipper pursuant to 49 CFR §§ 350.105, 371.2, 390.5; see also 49 U.S.C. § 13102. CEVA contracts with carriers (Drivers) through a broker (Cargomatic) who directly transport freight.<br><br>Evidence: Plaintiffs' Exh. 2, Cargomatic Depo. 119:14-121:10.<br>SUF 2, 9, 16-20, 31-32, 37, 39-43, 49, |

Case No. 2:23-cv-00659-ODW-E

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | | 53, 73-80. |
| | | CE, Ex. 7: Hogan Depo. 53:1-8; 66:8-13; 121:11-21. |
| 82. | As part of managing the CEVA/Cargomatic relationship, CEVA's Operations Manager in Southern California meets with Cargomatic's Operations Manager monthly and otherwise communicates a few times a week.<br><br>Evidence: Exh. 1, CEVA Depo. 56:9-21. | Undisputed, but irrelevant. |
| 83. | Cargomatic has had a "CEVA Account Manager," and "CEVA Operations Managers" and other staff stationed inside CEVA's Torrance and Bloomington facilities to facilitate freight movements for CEVA and its customers.<br><br>Evidence: Exh. 2, Cargomatic Depo. 57:22-58:10; 113:14-22, 119:14-121:10. | Undisputed, but irrelevant. |
| 84. | Cargomatic managers have regular business reviews with CEVA managers to ensure Drivers are "meeting CEVA's operational expectations and key performance indicators," including on time pickups and deliveries.<br><br>Evidence: Exh. 1, CEVA Depo. 248:15-249:6.<br>Exh. 2, Cargomatic Depo. 34:5-8, 34:18-35:17, 37:17-38:6. | Undisputed, but irrelevant. |
| 85. | Many of the CEVA operational staff in CEVA's warehouses, including the Operations Manager, have daily interactions with Cargomatic dispatchers. | Disputed. Cargomatic does not employ "dispatchers."<br>Evidence:<br>CE, Ex. 7: Hogan Depo. 26:4-10. |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | Evidence: Exh. 1, CEVA Depo. 53:20-55:20. | |
| 86. | Cargomatic submits regular reports to CEVA showing drivers' check-in and check-out times at CEVA's facilities, and unsuccessful delivery attempts.<br><br>Evidence: Exh. 1, CEVA Depo. 292:2-293:12; 293:13-20.<br>Exh. 2, Cargomatic Depo. 231:22-234:20.<br>Exh. 14, Matrix attempts chart.<br>Exh. 15, Driver Check In/Out chart, Mar. 21, 2024.<br>Exh. 20, Driver Check In/Out chart, Mar. 14, 2024. | Undisputed, but irrelevant. Cargomatic supplies check in and check out times at CEVA's facilities to evaluate speed with which trucks are loaded and to determine how to make the process more efficient. Cargomatic does not micromanage motor carriers, and neither Cargomatic nor CEVA supervises motor carriers.<br><br>Unsuccessful delivery attempts are captured because both the motor carrier and Cargomatic are paid for attempted deliveries.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 71:21-72:5; 74:25-75:9; 86:23-87:25; 100:2-24; 106:10-23; 121:22-122:11; 134:14-24 191:1-18; 198:5-8; 200:12-25; 232:17-233:4.<br>CE, Ex. 7: Hogan Depo. 230:24-231:9. |
| 87. | CEVA customers can track their freight in transport, whether it is being moved by Drivers or Company Drivers.<br><br>Evidence: Exh. 1, CEVA Depo. 88:10-25. | Disputed.  Misstates the testimony.<br><br>Employee drivers do not use the Cargomatic app, so customers do not track freight in transport through the Cargomatic app; CEVA offers a web portal for customers to track their freight, which is entirely different than the Cargomatic app.<br><br>Evidence:<br>CE, Ex. 5: Ramirez Depo. 87:4-88:22; 157:13-20.<br>CE, Ex. 7: Hogan Depo. 48:17-50:4; 107:13-16; 170:13-16.<br>SUF 34. |
| 88. | If a Driver cannot complete an assignment due to vehicle failure, Cargomatic informs CEVA and CEVA informs the customer.<br><br>Evidence: Exh. 1, CEVA Depo. 212:10-16. | Disputed. Motor carriers inform Cargomatic that the delivery cannot be completed; Cargomatic then contacts CEVA, who contacts the customer for instruction.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 51:13-15; 160:16-162:7. |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| Exh. 14, Matrix attempts chart. | SUF 51-52. |
| 89. CEVA "has the customer relationship with the shipper." <br><br> Evidence: Exh. 1, CEVA Depo. 242:24-243:1. | Disputed. Cargomatic is the broker, and CEVA is the shipper, and CEVA has relationships with its customers. <br><br> Evidence: <br><br> CE, Ex. 7: Hogan Depo. 53:1-8; 100:2-24; 121:11-21; 131:2-132:1; 183:5-9. <br><br> SUF 16-17, 37, 49, 53. |
| 90. CEVA charges its customers a "tariff rate" for each freight movement performed by a Driver and then pays Cargomatic a percentage of the tariff. <br><br> Evidence: Exh. 1, CEVA Depo. 243:7-13. <br> Exh. 2, Cargomatic Depo. 77:12-78:8. | Disputed. Plaintiffs misstate the evidence. CEVA bills its customer a tariff for each movement. <br><br> Rates are negotiated and paid pursuant to the contracted Transportation Services Agreement executed between CEVA and Cargomatic. The rate matrix is distance and weight based. <br><br> Cargomatic then contracts with the motor carriers based on the Terms and Services Agreement. <br><br> Evidence: Plaintiffs' Exh. 1, CEVA Depo. 243:7-13. <br><br> CE, Ex. 7: Hogan Depo. 90:18-22; 141:2-5. <br><br> CE, Ex. 5: Ramirez Depo. 257:10-258:5. <br><br> SUF 16-17. <br><br> CE, Ex, 7: Hogan Depo. 77:12-78:8; 139:16-141:1; 141:2-5. <br><br> SUF 49-50. |
| 91. CEVA invoices and collects payment from customers for all pickups and deliveries performed by Drivers and Company Drivers. <br><br> Evidence: Exh. 1, CEVA Depo. 96:20-25, 97:7-16, 243:7-9. | Disputed. Misstates the evidence. CEVA invoices and collects payment from its customers for all transportation services. <br><br> Evidence: <br><br> CE, Ex. 5: Ramirez Depo. 41:4-5; 96:16-97:16. <br><br> SUF 16-17. |
| 92. The TSA prohibits Cargomatic and the Drivers from performing freight transportation services for any CEVA customers for an 18-month period after cessation of | Disputed to the extent that it applies solely to Cargomatic and its motor carriers—such provision is standard in any logistics agreement. There is a similar provision in the TOS executed |

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | services.<br><br>Evidence: Exh. 1, CEVA Depo. 244:19-245:7.<br><br>Exh. 16, TSA, Jan. 1, 2017, CEVA_36910, ¶21. | with each Plaintiff and Cargomatic.<br><br>Also misstates the testimony, as the deponent testified only as to what the document said, not to what it meant.<br><br>Evidence:<br><br>CE. Ex. 7: Hogan Depo. 80:5-81:2; 134:25-135:11<br><br>SUF 16-17. |
| 93. | Cargomatic trains the Drivers on CEVA's service requirements and those of its customers.<br><br>Evidence: Exh. 2, Cargomatic Depo. 158:19-162:23, 172:18-179:25, 182:21-183:4, 193:10-194:7.<br><br>Exh. 9, email forwarding Driver Customer Service training document.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual, CARGOMATIC_000042, 000044.<br><br>Exh. 11, Cargomatic Driver Training manual. | Disputed. CEVA does not provide training to motor carriers. CEVA provides training only for employee drivers. CEVA does not share training materials with third-party agents, such as Cargomatic. Cargomatic creates documents to train motor carriers based on its customers requirements, as it true for any of Cargomatic's customers.<br><br>Evidence:<br><br>CE, Ex. 6: Bateman Depo, 26:11-20, 29:12-30:1; 30:21-25, 31:6-10, 33:9-16, 36:8-15, 37:3-9.<br><br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 100:2-24; 106:10-23; 112:4-9; 134:14-24; 121:11-21; 192:25-194:7.<br><br>CE, Ex. 5: Ramirez Depo. 106:22-107:4; 115:7-12; 134:2-4; 156:12-24<br><br>SUF 51-53, 66. |
| 94. | CEVA and Cargomatic have substantively the same driver training manuals, as Cargomatic based its manual on CEVA's.<br><br>Evidence: Exh. 2, Cargomatic Depo. 192:20-193:6.<br><br>Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br><br>Exh. 11, Cargomatic Driver Training manual. | Disputed. CEVA does not provide training to motor carriers. CEVA provides training only for employee drivers. CEVA does not share training materials with third-party agents such as Cargomatic.<br><br>Evidence:<br><br>CE, Ex. 6: Bateman Depo, 26:11-20, 29:12-30:1; 30:21-25, 31:6-10, 33:9-16, 36:8-15, 37:3-9.<br><br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 100:2-24; 106:10-23; 112:4-9; 134:14-24; 121:11-21; 192:25-194:7; 207:21-208:3<br><br>CE, Ex. 5: Ramirez Depo. 106:22- |

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| | 107:4; 115:7-12; 134:2-4; 156:12-24 SUF 51-53. |
| 95. Both CEVA's and Cargomatic's manuals set expectations on customer services, completing pickups and deliveries on time, completing and turning in driver manifests and proofs of delivery, dress, and how to perform high-value deliveries.<br><br>Evidence: Exh. 10, CEVA Vendor/Delivery Agent Customer Service Training manual.<br>Exh. 11, Cargomatic Driver Training manual. | Disputed. CEVA does not provide training to motor carriers. CEVA provides training only for employee drivers. CEVA does not share training materials with third-party agents such as Cargomatic.<br><br>Evidence:<br>CE, Ex. 6: Bateman Depo, 26:11-20, 29:12-30:1; 30:21-25, 31:6-10, 33:9-16, 36:8-15, 37:3-9.<br>CE, Ex. 7: Hogan Depo. 37:7-16; 82:11-19; 100:2-24; 106:10-23; 112:4-9; 134:14-24; 121:11-21; 192:25-194:7; 207:21-208:3<br>CE, Ex. 5: Ramirez Depo. 106:22-107:4; 115:7-12; 134:2-4; 156:12-24<br>SUF 51-53. |
| 96. Cargomatic tracks and reports to CEVA regarding Drivers' performance on metrics established by CEVA, including on-time delivery and pickup.<br><br>Evidence: Exh. 2, Cargomatic Depo. 63:20-64:1, 85:6-88:14.<br>Exh. 6, TSA, Oct. 25, 2016), Appx. A-1, CARGOMATIC_12159-61.<br>Exh. 16, TSA, Jan. 1, 2017, Appx., A-1, CEVA_036915-17.<br>Exh. 18, emails re ONT Daily Shift Meetings. | Disputed. Plaintiffs misstates the evidence. Cargomatic does not share motor-carrier specific performance and/or metrics with CEVA.<br><br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 38:7-40:16; 74:25-75:9; 85:6-22; 86:23-87:25; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 132:5-19; 134:14-24; 166:7-11; 184:6-185:21; 198:5-8; 200:12-25; 204:5-206:3; 121:11-21; 222:20-223:6.<br>SUF 16-17, 49. |
| 97. Cargomatic ensures the Drivers meet "CEVA's key performance metrics and operational requirements."<br><br>Evidence: Exh. 2, Cargomatic Depo. 31:1-19. | Disputed. Cargomatic ensures that motor carriers conform to its customers' requirements that Cargomatic contractually agreed to, and the terms of the SOP, which motor carriers agree to when they sign the TOS.<br><br>CE, Ex. 7: Hogan Depo. 35:18-36:2; |

Case No. 2:23-cv-00659-ODW-E

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | | 38:7-40:16; 74:25-75:9; 85:6-22; 86:23-87:25; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 132:5-19; 134:14-24; 166:7-11; 184:6-185:21; 198:5-8; 200:12-25; 204:5-206:3; 121:11-21; 222:20-223:6.<br><br>SUF 16-17, 49, 53.. |
| 98. | CEVA determines when the Drivers can pick up freight at the warehouse.<br><br>Evidence: Exh. 2, Cargomatic Depo. 35:18-21.<br>Exh. 4, Fernandez Depo. 164:8-165:7. | Disputed. Cargomatic ensures that motor carriers conform to its customers' requirements that Cargomatic contractually agreed to, and the terms of the SOP, which motor carriers agree to when they sign the TOS. Delivery windows are determined by CEVA's customers, not CEVA.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 38:7-40:16; 74:25-75:9; 85:6-22; 86:23-87:25; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 132:5-19; 134:14-24; 166:7-11; 184:6-185:21; 198:5-8; 200:12-25; 204:5-206:3; 121:11-21; 222:20-223:6.<br><br>SUF 16-17, 49, 51-53. |
| 99. | CEVA and its customers determine the time windows for pickups and deliveries.<br><br>Evidence: Exh. 2, Cargomatic Depo. 74:25-75:9. | Disputed. CEVA does not determine the time windows for pickups and deliveries. Cargomatic ensures that motor carriers conform to its customers' requirements that Cargomatic contractually agreed to, and the terms of the SOP, which motor carriers agree to when they sign the TOS. Delivery windows are determined by CEVA's customers, not CEVA.<br><br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 38:7-40:16; 74:25-75:9; 85:6-22; 86:23-87:25; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 132:5-19; 134:14-24; 166:7-11; 184:6-185:21; 198:5-8; 200:12-25; 204:5-206:3; 121:11-21; 222:20-223:6.<br><br>SUF 16-17, 49, 51-53. |
| 100. | CEVA requires the Drivers to return undeliverable freight to | Disputed. CEVA requires Cargomatic to have returned any freight they |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| | Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|---|
| | CEVA's facilities and tag the freight with a CEVA dock tag that documents why the delivery could not be completed.<br><br>Evidence: Exh. 1, CEVA Depo. 174:16-19.<br>Exh. 13, CEVA LAX – Cargomatic Freight Return & Dock Protocol. | agreed to transport, but which was undeliverable in order to prevent theft.<br>Evidence:<br>CE, Ex. 7: Hogan Depo. 53:1-8; 100:2-24; 106:10-23; 121:11-21; 134:14-24; 183:5-9; 201:6-24.<br>SUF 16-17, 37, 49, 51-53. |
| 101. | CEVA sets delivery instructions, rules and regulations for Drivers transporting CEVA freight, including delivery times with their customers, safety expectations, and freight handling and documentation requirements.<br><br>Evidence: Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8,111:14-112:9, 134:8-24, 142:6-8, 159:18-162:23, 178:11-183:24, 184:6-13, 195:23-197:12.<br>Exh. 12, Cargomatic/Ceva Driver Service Rules & Regulations 2019. | Disputed.. CEVA, as a shipper, requires Cargomatic, as a broker, and its motor carriers, to comply with CEVA's customer's specifications.<br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 37:7-16; 74:25-75:9; 53:1-8; 82:11-19; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 121:11-21; 131:2-132:1; 132:5-19; 134:14-24; 166:7-11; 170:7-171:1; 183:5-9; 192:25-194:7; 196:1-197:12; 198:5-8; 198:16-199:8; 200:12-25; 201:6-24; 207:21-208:3; 208:24-209:10; 210:4-12.<br>SUF 16-17, 37, 49, 51-53. |
| 102. | Cargomatic communicates with Drivers to facilitate their compliance with CEVA's rules and regulations.<br><br>Evidence: Exh. 2, Cargomatic Depo. 34:14-37:16, 40:3-8, 111:14-112:9, 134:8-24, 159:18-162:23, 178:11-183:24, 195:23-197:12. | Disputed.  CEVA, as a shipper, requires Cargomatic, as a broker, and its motor carriers, to comply with CEVA's customer's specifications.<br>Evidence:<br>CE, Ex. 7: Hogan Depo. 35:18-36:2; 37:7-16; 74:25-75:9; 53:1-8; 82:11-19; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 121:11-21; 131:2-132:1; 132:5-19; 134:14-24; 166:7-11; 170:7-171:1; 183:5-9; 192:25-194:7; 196:1-197:12; 198:5-8; 198:16-199:8; 200:12-25; 201:6-24; 207:21-208:3; 208:24-209:10; 210:4-12.<br>SUF 16-17, 37, 49, 51-53. |
| 103. | CEVA expects Cargomatic to take necessary steps to see to it that Drivers comply with CEVA's requirements. | Disputed. CEVA, as a shipper, requires Cargomatic, as a broker, and its motor carriers, to comply with CEVA's customer's specifications. |

DEFENDANT'S STATEMENT OF GENUINE DISPUTES

| Plaintiffs' Undisputed Material Facts | Defendant's Response |
|---|---|
| Evidence: Exh. 1, CEVA Depo.124:19-125:7. Exh. 2, Cargomatic Depo. 111:14-112:9. | Evidence: CE, Ex. 7: Hogan Depo. 35:18-36:2; 37:7-16; 74:25-75:9; 53:1-8; 82:11-19; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 121:11-21; 131:2-132:1; 132:5-19; 134:14-24; 166:7-11; 170:7-171:1; 183:5-9; 192:25-194:7; 196:1-197:12; 198:5-8; 198:16-199:8; 200:12-25; 201:6-24; 207:21-208:3; 208:24-209:10; 210:4-12. SUF 16-17, 37, 49, 51-53. |
| 104. CEVA has asked Cargomatic to no longer assign CEVA freight to Drivers who have had performance issues. Evidence: Exh. 1, CEVA Depo. 125:8-24. Exh. 2, Cargomatic Depo. 205:8-206:3. | Disputed. While CEVA may request that motor carriers no longer delivery shipment for CEVA's customers, ultimately, the decision is Cargomatic's. Plaintiffs misstate the evidence. CEVA requested Cargomatic staff to have a conversation with the driver, not to no longer assign the driver to deliver CEVA freight. Evidence: Exh. 1, CEVA Depo. 125:8-24. CE, Ex. 7: Hogan Depo. 37:7-16; 53:1-8; 85:6-22; 88:1-10; 100:2-24; 106:10-23; 112:4-9; 121:11-21; 122:12-123:17; 131:2-132:1; 134:14-24; 141:18-142:5; 155:13-15; 160:16-162:7; 183:5-9; 184:6-185:21; 186:3-187:3; 192:4-17; 200:12-25; 204:5-206:3; 215:15-216:2; 222:20-223:6; 228:4-10. SUF 16-17, 20-21, 37, 49, 51- 53. |

DATED: June 16, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Alexander M. Chemers
    Robert R. Roginson
    Alexander M. Chemers
    Juliana C. Vallier

Attorneys for Defendant
CEVA FREIGHT, LLC

90433003.v3-OGLETREE